# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ARLENE & RONALD J SILVER
**Case Number:** 2:17-BK-07624-SHG  **Chapter:** 11
**Date / Time / Room:** THURSDAY, MAY 10, 2018 02:30 PM  3RD FLOOR #301
**Bankruptcy Judge:** SCOTT H. GAN
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** MARGARET KELLY

## Matter:

STATUS HEARING ON DISCLOSURE STATEMENT (AND CHAPTER 11 PLAN).

**R / M #:** 70 / 0

## Appearances:

KYLE A. KINNEY, ATTORNEY FOR ARLENE SILVER, RONALD J SILVER

## Proceedings:

Mr. Kinney explains that the delay in filing is because he is waiting for information from the CPA regarding liquidating the Glendale property. Also, a motion has been filed to sell the Scottsdale condo.

The Court would like counsel to file a Plan and Disclosure Statement that can be flexible to allow these things to be done post confirmation. If any objections are filed they will be dealt with.

***COURT: IT IS ORDERED THAT MR. KINNEY IS TO FILE THE DISCLOSURE STATEMENT IN THE NEXT THIRTY DAYS AND THEN NOTICE A HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT OR THE CASE MAY BE DISMISSED OR CONVERTED.***

The Court reminds Mr. Kinney to address the A.C. Williams factors.

The hearing is adjourned.

C=> MEB