Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors;*
RONALD AND ARLENE SILVER

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | **Chapter 11** |
|---|---|
| RONALD AND ARLENE SILVER, husband and wife, | **Case No. 2:17-bk-07624-SHG** |
| Debtors. | **NOTICE OF LODGING ORDER GRANTING APPLICATION TO EMPLOY CLAY BREEDEN** |

NOTICE IS HEREBY GIVEN that the Debtors have lodged an Order regarding their Application to Employ licensed associate broker Clay Breeden ("Mr. Breeden") in the form attached hereto.

DATED this 14th day of May 2018.

**Law Offices of Kyle A. Kinney, PLLC:**

By:*/s/ Kyle A. Kinney*
Kyle A. Kinney (027189)
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
*kyle@kinneylaw.net*
*Attorney for Debtors*

This is to certify that the foregoing was
e-filed on this 14th day of May 2018, in the
United States Bankruptcy Court,
COPY of the foregoing served via electronic
Notification that same date on:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

RENEE SANDLER SHAMBLIN
Office of the U. S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

Kim Lepore
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
*Attorneys for Nissan*

ALDRIDGE PITE, LLP
ecfazb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Attorneys for Ocwen Loan Servicing*

Lori L. Winkelman
Amelia B. Valenzuela
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
lori.winkelman@quarles.com
amelia.valenzuela@quarles.com
*Attorneys for Capital One, NA as servicer forGreenpoint Mortgage Funding, Inc.*

Joseph J. Tirello, Jr., Esq.
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012
E-mail: Jtirello@zbslaw.com
*Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3*

By:*/s/* Paula D. Hillock

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RONALD AND ARLENE SILVER, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG**<br><br>**ORDER RE APPLICATION TO EMPLOY LICENSED ASSOCIATE BROKER CLAY BREEDEN** |

This matter having come before this Court of Debtors' Application For Order Pursuant To 11 U.S.C. §§ 327(A) And 1107 Authorizing The Employment And Retention Of Clay Breeden As Associate Real Estate Broker, and good cause appearing,

**IT IS HEREBY ORDERED,** approving the employment of the Clay Breeden as broker for the Debtors in this Chapter 11 proceeding.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

SIGNED AND DATED AS SET FORTH ABOVE