**ZIEVE, BRODNAX & STEELE, LLP**
3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
Phone: 602-282-6188
Fax: 602-865-1854
E-mail: Jtirello@zbslaw.com
Joseph J. Tirello, Jr., Esq. (AZ Bar #033371)
Eric L. Cook, Esq. (AZ Bar #020797)
Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3
[File No. 17002370]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arlene Silver and Ronald J. Silver,<br><br>Debtor(s), | Case #:2:17-bk-07624-SHG<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3,<br><br>Movant<br>v.<br><br>Arlene Silver and Ronald J. Silver, Debtor<br><br>Respondent(s), | **Hearing –**<br>Date: June 19, 2018<br>Time: 2:00 p.m.<br>Place: 230 N. First Avenue<br>Phoenix, AZ 85003<br>Courtroom: 301 |

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3, ("Movant") has filed a Motion for Relief from the Automatic Stay. An Opposition to the Motion has been filed, as such; a hearing regarding the Motion is hereby requested.

**NOTICE IS GIVEN** that the hearing on said motion will be held before a United States Bankruptcy Judge at the following location, **230 N. First Avenue, Phoenix, AZ 85003**, **Courtroom 301** at **2:00 p.m.**, on **June 19, 2018**.

Respectfully submitted this 30th day of May, 2018

Zieve, Brodnax & Steele, LLP

By: */s/ Joseph J. Tirello, Jr.*
    Joseph J. Tirello, Jr., Attorney for Movant

Original e-filed this 30th day of May, 2018 with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing, mailed the 30th day of May, 2018 to:

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
Renee Sandler Shamblin
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003

Counsel for Debtor:
**KYLE A. KINNEY**
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N 77TH ST., SUITE 6
SCOTTSDALE, AZ 85257

Debtor:
**Arlene Silver,** *Debtor*
8329 E. Charter Oak Road
Scottsdale, AZ 85260-5230

**Ronald J Silver**
42 Augusta Drive
Deerfield, IL 60015

By     /s/ Joseph J. Tirello, Jr.