# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

ARLENE & RONALD J SILVER

Debtor(s)

CASE NO.   2:17-bk-07624-SHG

**INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF         Apr-18

DATE PETITION FILED:     7/5/2017

TAX PAYER ID NO. :       1430

Nature of Debtor's Business:    REAL ESTATE RENTAL
Nature of Co-Debtor's Business:   NONE

DATE DISCLOSURE STATEMENT   FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

| | |
|---|---|
| ORIGINAL SIGNATURE OF DEBTOR | ORIGINAL SIGNATURE OF CO-DEBTOR |
| ARLENE SILVER | RONALD J SILVER |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| DATE | DATE |

**PREPARER:**

| | |
|---|---|
| ORIGINAL SIGNATURE OF PREPARER | CPA |
| JOEL L RUBEN | TITLE |
| PRINTED NAME OF PREPARER | 4/10/18 |
| | DATE |

**PERSON TO CONTACT REGARDING THIS REPORT:**    JOEL L RUBEN

PHONE NUMBER:    602-291-1196

ADDRESS:    P O Box 62641
PHOENIX, AZ 85082-2641

**FILE REPORT ELECTRONICALLY WITH THE COURT**

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Bank Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Checking | Checking | |
| | | | 7285 | 3591 | |
| **Balance at Beginning of Period** | | | 37214 | 2627 | 39841 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | 1030 | 1030 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| REFUND | | | | | |
| Rental Income | | | 15756 | | 15756 |
| Transfers from Other DIP Accounts | | | | | |
| SOCIAL SECURITY | | | 821 | 1155 | 1976 |
| FROM PROP MGR | | | | | |
| **TOTAL RECEIPTS** | | | 16577 | 2185 | 18762 |

| **TOTAL DISBURSEMENTS** | | | 16445 | 2234 | 18679 * |
|---|---|---|---|---|---|
| **Balance at End of Month** | | | 37346 | 2578 | 39924 |

| **CREDIT CARD ACTIVITY** | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 18,679.00 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 7,628.00 |
| Plus: Payroll Deductions (from page 3) | 262.00 |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | **26,569.00** |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month:** Apr-18
**Account #** 4503

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | NONE | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | NONE | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 3

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month:** Apr-18
**Account #** 7285

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE SCHEDULE ATTACHED | 4699 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 4699 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE SCHEDULE ATTACHED | 11746 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 11746 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 16445 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | N/A | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 3

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month:** Apr-18
**Account #** 3591

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE ATTACHED | 255 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 255 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE ATTACHED | 1979 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 1979 |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 2234 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | 4/13/2018 | 719 | | | 572 | 147 |
| | 4/27/2018 | 573 | | | 458 | 115 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | 262 |

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: _____NONE_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

ATTEMPTING TO RENT VACANT COMMERCIAL SPACE

**Identify any matters that are delaying the filing of a plan of reorganization:**

NONE

Page 4

**DBA BUSINESS ENTITY**
REAL ESTATE RENTAL

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | Total |
| | | | # | # | |
| Balance at Beginning of Period | | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | ALL INFORMATION INCLUDED IN INDIVIDUAL DIP ACCOUNTS | | | |
| Other  (attach list) | | | | | |
| ARIZONA SALES TAX | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | | | | |

| Balance at End of Month | | | | | |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 19938 | 184262 | 184262 |
| Less: Returns & Discounts | | | |
| Net Revenue | 19938 | 184262 | 184262 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 557 | 5694 | 5694 |
| Other Expenses (attach detail) | 10581 | 109838 | 109838 |
| Total Operating Expenses | 11138 | 115532 | 115532 |

| Income Before Non-operating Income and Expense | 8800 | 68730 | 68730 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | 8800 | 68730 | 68730 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | 0 | 1300 | 1300 |
| Other (attach list) | | | |
| Total Reorganization Expenses | 0 | 1300 | 1300 |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 8800 | 67430 | 67430 |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 3,522 | 39,924 | 39,841 |
| Restricted Cash | | | |
| Total Cash | 3,522 | 39,924 | 39,841 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (DUE FROM PROP MGR) | | 4,427 | 2,195 |
| Total Current Assets | 3,522 | 44,351 | 42,036 |
| Property, Plant & Equipment | 3,311,600 | 3,311,600 | 3,311,600 |
| Less: Accumulated Depreciation | | 33,300 | 29,600 |
| Net Property, Plant & Equip. | 3,311,600 | 3,278,300 | 3,282,000 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | 63,482 | 63,482 | 63,482 |
| Other (attach list) | | | |
| TOTAL ASSETS | 3,378,604 | 3,386,133 | 3,387,518 |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | 557 | 557 |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (security deposit) | | 1,943 | 1,943 |
| Total Post-Petition Liabilities | | 2,500 | 2,500 |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | 2,841,008 | 2,818,628 | 2,822,230 |
| Priority Debt | | - | - |
| Unsecured Debt | 47,301 | 47,301 | 47,301 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 2,888,309 | 2,865,929 | 2,869,531 |
| TOTAL LIABILITIES | 2,888,309 | 2,868,429 | 2,872,031 |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | 490,295 | 486,193 | 486,193 |
| Post-Petition Cumulative Profit/Loss | | 31,511 | 29,294 |
| Direct Charges to Equity (explain) | | | |
| Total Equity | 490,295 | 517,704 | 515,487 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 3,378,604 | 3,386,133 | 3,387,518 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | | | |
| Less Amount Considered Uncollectible | 0 | | | |
| Net Accounts Receivable | 0 | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: N/A

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | 3311600 | | | 3311600 |
| Accumulated Depreciation | 33300 | | | 33300 |
| Net Buildings | 3278300 | | | 3278300 |
| Equipment | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:
NONE

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | 557 | 557 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (security deposit) | 1,943 | - | | | 1943 |
| | | | | | |
| **Total Post-Petition Liabilities** | 2,500 | 557 | - | - | 1,943 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

|  | GLENDALE | HATCHER | CONDOS | TOTAL |
|---|---|---|---|---|
| DEPRECIATION | 1,700 | 200 | 1,800 | 3,700 |
| INTEREST | - | 1,980 | 1,100 | 3,080 |
| PROPERTY TAX | 1,870 | 310 | 230 | 2,410 |
| REFUSE | 85 |  |  | 85 |
| HOA FEES | - |  | 634 | 634 |
| PEST CONTROL | 41 |  |  | 41 |
| UTILITIES | 89 |  | - | 89 |
| INSURANCE | - |  | 191 | 191 |
| REPAIRS | 351 |  | - | 351 |
|  |  |  |  |  |
| TOTAL EXPENSES |  |  |  | 10,581 |

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **UNRESTRICTED CASH** | | | | | |
| **WELLS FARGO 3591** | | | | | |
| Check | 04/02/2018 | DM | SAVERS | SUPPLIES | -7.92 |
| Check | 04/02/2018 | DM | SAVERS | SUPPLIES | -5.65 |
| Check | 04/05/2018 | DM | BELTONE HEARING | MEDICAL SUP... | -116.66 |
| Check | 04/10/2018 | 139 | GLIC PHONE PAY | HEALTH INSU... | -1,978.77 OK |
| Check | 04/11/2018 | DM | SHRINERS HOSPIT... | DONATION | -25.00 |
| Check | 04/16/2018 | DM | WALLMART | SUPPLIES | -35.90 |
| Check | 04/17/2018 | DM | SAVERS | SUPPLIES | -9.13 |
| Check | 04/23/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -28.61 |
| Check | 04/25/2018 | DM | GOODWILL | DONATION | -10.00 |
| Check | 04/25/2018 | DM | AMPM | AUTO FUEL | -16.60 |
| Total WELLS FARGO 3591 | | | | | -2,234.24 |
| Total UNRESTRICTED CASH | | | | | -2,234.24 |
| **TOTAL** | | | | | **-2,234.24** |

CHECK 1979
ELECTRONIC 255

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 7285
### Month of April 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **UNRESTRICTED CASH** | | | | | |
| **WELLS FARGO 7285** | | | | | |
| Check | 04/02/2018 | 186 | RUSS | BUSINESS EXP | -36.00 *Ck* |
| Check | 04/02/2018 | 190 | NISSAN MOTOR CRE... | AUTO LEASE | -480.91 *ck* |
| Check | 04/02/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -5.00 |
| Check | 04/02/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -10.88 |
| Check | 04/02/2018 | DM | COSTCO | HOUSEHOLD ... | -16.24 |
| Check | 04/02/2018 | DM | USPS | BUSINESS EXP | -35.00 |
| Check | 04/02/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -2.42 |
| Check | 04/02/2018 | DM | WALLMART | HOUSEHOLD ... | -42.68 |
| Check | 04/02/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -1.77 |
| Check | 04/03/2018 | 165 | PROPERTY MANAGER | RECEIVABLE ... | -678.00 *Ck* |
| Check | 04/03/2018 | 192 | PROPERTY MANAGER | RECEIVABLE ... | -1,500.00 *Ck* |
| Check | 04/03/2018 | 191 | OCWEN | SECURED DE... | -4,449.45 *ck* |
| Check | 04/03/2018 | DM | COSTCO | HOUSEHOLD ... | -18.28 |
| Check | 04/03/2018 | DM | CRIME INFOCHECK | BUSINESS EXP | -18.95 |
| Check | 04/04/2018 | DM | NICKS AT FRANK LL... | HOUSEHOLD ... | -7.98 |
| Check | 04/04/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -10.98 |
| Check | 04/04/2018 | DM | SALT RIVER PROJECT | UTILITIES | -60.00 |
| Check | 04/04/2018 | DM | AMERICAN CONTINE... | HEALTH INSU... | -134.95 |
| Check | 04/04/2018 | DM | IL BUONO SOLAR | UTILITIES | -137.77 |
| Check | 04/05/2018 | 169 | SWEEPING SERVICE | REPAIR | -117.00 *Ck* |
| Check | 04/05/2018 | DM | COSTCO | HOUSEHOLD ... | -54.74 |
| Check | 04/05/2018 | DM | SAFECO | AUTO INSURA... | -306.00 |
| Check | 04/05/2018 | DM | UNITED HEALTH CARE | HEALTH INSU... | -427.00 |
| Check | 04/06/2018 | DM | BUTTER'S PANCAKES | RESTAURANT | -11.60 |
| Check | 04/06/2018 | DM | NICKS AT FRANK LL... | HOUSEHOLD ... | -29.83 |
| Check | 04/06/2018 | DM | DRAGON DISPOSAL | REFUSE PICK... | -85.00 |
| Check | 04/06/2018 | DM | MEDIFAST | MEDICINE | -27.86 |
| Check | 04/06/2018 | DM | WALLMART | HOUSEHOLD ... | -25.82 |
| Check | 04/06/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -9.12 |
| Check | 04/09/2018 | 187 | AARP | BUSINESS EXP | -16.00 *Ck* |
| Check | 04/09/2018 | 197 | PROPERTY MANAGER | RECEIVABLE ... | -3,000.00 *Ck* |
| Check | 04/09/2018 | DM | DISH NETWORK | UTILITIES | -176.33 |
| Check | 04/09/2018 | DM | DESERT SIERA MEDI... | MEDICINE | -76.75 |
| Check | 04/09/2018 | DM | COX | CABLE | -83.93 |
| Check | 04/09/2018 | DM | PUREFORMULAS | MEDICINE | -47.70 |
| Check | 04/09/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -16.25 |
| Check | 04/09/2018 | DM | COSTCO GAS | AUTO FUEL | -13.16 |
| Check | 04/09/2018 | DM | COSTCO | HOUSEHOLD ... | -11.53 |
| Check | 04/09/2018 | DM | COSTCO | HOUSEHOLD ... | -11.17 |
| Check | 04/09/2018 | DM | COSTCO | HOUSEHOLD ... | -18.28 |
| Check | 04/09/2018 | DM | APS | UTILITIES | -20.97 |
| Check | 04/10/2018 | 196 | PROPERTY MANAGER | RECEIVABLE ... | -500.00 *Ck* |
| Check | 04/10/2018 | DM | COSTCO | HOUSEHOLD ... | -60.89 |
| Check | 04/10/2018 | DM | COSTCO GAS | AUTO FUEL | -10.64 |
| Check | 04/10/2018 | DM | NATURAL GROCERS | HOUSEHOLD ... | -4.29 |
| Check | 04/10/2018 | DM | SOUTHWEST GAS | UTILITIES | -146.99 |
| Check | 04/11/2018 | DM | PORTILLOS HOT DO... | RESTAURANT | -2.15 |
| Check | 04/11/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -16.69 |
| Check | 04/11/2018 | DM | AETNA | HEALTH INSU... | -21.50 |
| Check | 04/12/2018 | DM | FEDERAL EXPRESS | BUSINESS EXP | -13.75 |
| Check | 04/12/2018 | DM | FEDERAL EXPRESS | BUSINESS EXP | -7.38 |
| Check | 04/12/2018 | DM | MIMI'S CAFE | RESTAURANT | -9.05 |
| Check | 04/12/2018 | DM | COSTCO | HOUSEHOLD ... | -53.90 |
| Check | 04/12/2018 | DM | SHELL GAS | AUTO FUEL | -17.78 |
| Check | 04/13/2018 | DM | COSTCO | HOUSEHOLD ... | -36.08 |
| Check | 04/13/2018 | DM | WALLMART | SUPPLIES | -25.01 |
| Check | 04/16/2018 | 172 | CITY OF SCOTTSDALE | UTILITIES | -47.56 *Ck* |
| Check | 04/16/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -10.90 |
| Check | 04/16/2018 | DM | BUTTER'S PANCAKES | RESTAURANT | -11.87 |
| Check | 04/16/2018 | DM | COSTCO | HOUSEHOLD ... | -11.17 |
| Check | 04/16/2018 | DM | AJ'S | HOUSEHOLD ... | -17.25 |
| Check | 04/16/2018 | DM | BILLMATRIX | INSURANCE | -4.95 |
| Check | 04/16/2018 | DM | MSA GROUP | INSURANCE | -185.90 |
| Check | 04/16/2018 | DM | COSTCO | HOUSEHOLD ... | -8.12 |
| Check | 04/17/2018 | 189 | CITY OF PHOENIX W... | UTILITIES | -28.81 *Ck* |
| Check | 04/17/2018 | DM | COSTCO | HOUSEHOLD ... | -15.54 |

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| Check | 04/17/2018 | DM | GLIC PHONE PAY | HEALTH INSU... | -1,023.36 |
| Check | 04/18/2018 | 193 | RUSS | BUSINESS EXP | -60.00 ℮℮ |
| Check | 04/18/2018 | DM | NICKS AT FRANK LL... | HOUSEHOLD ... | -7.98 |
| Check | 04/18/2018 | DM | COSTCO | HOUSEHOLD ... | -12.43 |
| Check | 04/18/2018 | DM | COSTCO | HOUSEHOLD ... | -65.50 |
| Check | 04/19/2018 | DM | NICKS AT FRANK LL... | HOUSEHOLD ... | -22.35 |
| Check | 04/19/2018 | DM | AZ DEPT OF REAL E... | BUSINESS EXP | -65.00 |
| Check | 04/19/2018 | DM | RACHEL GILBERT | BEAUTITION | -19.00 |
| Check | 04/23/2018 | DM | OLIVE GARDEN | RESTAURANT | -11.02 |
| Check | 04/23/2018 | DM | ARIZONA REPUBLIC | NEWSPAPER | -6.91 |
| Check | 04/23/2018 | DM | USPS | BUSINESS EXP | -5.00 |
| Check | 04/23/2018 | DM | COSTCO | HOUSEHOLD ... | -64.47 |
| Check | 04/23/2018 | DM | COSTCO | HOUSEHOLD ... | -30.84 |
| Check | 04/23/2018 | DM | WALLMART | SUPPLIES | -18.80 |
| Check | 04/23/2018 | DM | WALLMART | HOUSEHOLD ... | -5.05 |
| Check | 04/24/2018 | 174 | ARIZONA DEPT OF R... | SALES TAX E... | -557.27 ᴸᴿ |
| Check | 04/26/2018 | DM | GEORGE & SONS | RESTAURANT | -11.66 |
| Check | 04/26/2018 | DM | COSTCO | HOUSEHOLD ... | -16.24 |
| Check | 04/26/2018 | DM | SAFECO | AUTO INSURA... | -306.70 |
| Check | 04/27/2018 | DM | AZ 88 | RESTAURANT | -17.36 |
| Check | 04/27/2018 | DM | WALLMART | HOUSEHOLD ... | -8.79 |
| Check | 04/30/2018 | 194 | M ZINGER | REPAIR | -234.00 ᵁᴿ |
| Check | 04/30/2018 | 198 | LADY BUG PEST | PEST CONTR... | -41.00 ℮℮ |
| Check | 04/30/2018 | DM | CONSUMER CELLUL... | TELEPHONE | -163.60 |
| Check | 04/30/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -5.00 |
| Check | 04/30/2018 | DM | COSTCO | HOUSEHOLD ... | -40.42 |
| Check | 04/30/2018 | DM | AJ'S | HOUSEHOLD ... | -10.25 |
| Check | 04/30/2018 | DM | COSTCO | HOUSEHOLD ... | -83.33 |
| Check | 04/30/2018 | DM | WALLMART | HOUSEHOLD ... | -13.54 |
| Check | 04/30/2018 | DM | COSTCO GAS | AUTO FUEL | -16.95 |

|  |  |
|---|---|
| Total WELLS FARGO 7285 | -16,445.29 |
| Total UNRESTRICTED CASH | -16,445.29 |
| **TOTAL** | **-16,445.29** |

CHECKS     11746
electronic     4699

# Wells Fargo Everyday Checking



RONALD J SILVER
DEBTOR IN POSSESSION
CH 11 CASE #17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|:---:|---|:---:|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $2,627.24 |
| Deposits/Additions | 2,184.53 |
| Withdrawals/Subtractions | - 2,234.24 |
| **Ending balance on 4/30** | **$2,577.53** |

Account number:  **6959313591**

**RONALD J SILVER**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-07624 (AZ)**

*Wisconsin/Illinois account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  071101307

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Purchase authorized on 03/30 Savers - 1178 Scottsdale AZ S588089733461095 Card 7373 | | 7.92 | |
| 4/2 | | Purchase authorized on 04/02 Savers - 1178 15020 No Scottsdale AZ P00000000171690549 Card 7373 | | 5.65 | 2,613.67 |
| 4/3 | | SSA Treas 310 Xxsoc Sec 040318 xxxxx5538A SSA Ronald J Silver | 1,155.00 | | 3,768.67 |
| 4/5 | | Purchase authorized on 04/02 Beltone Hearing & Morton Grove IL S588092541115039 Card 7373 | | 116.66 | 3,652.01 |
| 4/10 | 139 | Check _insurance_ | | 1,978.77 | 1,673.24 |
| 4/11 | | Purchase authorized on 04/10 Bb *Shriners Hospi 855-401-4897 _Denation_ FL S588100857901009 Card 7373 | | 25.00 | 1,648.24 |
| 4/13 | | Home Depot U.S.A Reg Salary 180413 xxxxx9745 Silver,Ronald J | 571.44 | | 2,219.68 |
| 4/16 | | Purchase authorized on 04/16 WM Superc Wal-Mart Sup Scottsdale (N AZ P0000000135539248 Card 7373 | | 35.90 | 2,183.78 |
| 4/17 | | Purchase authorized on 04/16 Savers - 1178 Scottsdale AZ S588106683269650 Card 7373 | | 9.13 | 2,174.65 |
| 4/23 | | Purchase authorized on 04/21 Frys-Food 10450 N. 90T Scottsdale AZ P00000000783332688 Card 7373 | | 28.61 | 2,146.04 |
| 4/25 | | Purchase authorized on 04/23 Goodwill Central A Scottsdale AZ S588114034429483 Card 7373 | | 10.00 | 2,136.04 |
| 4/25 | | Purchase authorized on 04/25 Arco #42686 Ampm Scottsdale AZ P0000000772172440 Card 7373 | | 16.60 | 2,119.44 |
| 4/27 | | Home Depot U.S.A Reg Salary 180427 xxxxx9745 Silver,Ronald J | 458.09 | | 2,577.53 |
| Ending balance on 4/30 | | | | | 2,577.53 |
| **Totals** | | | **$2,184.53** | **$2,234.24** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 139 | 4/10 | 1,978.77 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,648.24 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $2,184.53 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 9 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)      ☐
RC/RC

# Wells Fargo Everyday Checking



ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $37,213.83 |
| Deposits/Additions | 16,577.55 |
| Withdrawals/Subtractions | - 16,445.29 |
| **Ending balance on 4/30** | **$37,346.09** |

Account number: 6725367285

**ARLENE SILVER**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 17-07624 (AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|---------|---------|---------|
| 4/2 | | Purchase authorized on 03/31 Roses Hallmark PO Scottsdale AZ S388090582057149 Card 5138 | | 5.00 *STAMPS* | |
| 4/2 | | Purchase authorized on 03/31 Frys-Food 10450 N. 90T Scottsdale AZ P00000000480351352 Card 5138 | | 10.88 | |
| 4/2 | | Purchase authorized on 03/31 Costco Whse #0427 Scottsdale AZ P00388090625536576 Card 5138 | | 16.24 | |
| 4/2 | | Purchase authorized on 03/31 USPS PO 03766006 8175 E E Scottsdale AZ P00388090655246308 Card 5138 | | 35.00 *STAMPS* | |
| 4/2 | | Purchase authorized on 04/01 Frys-Food-Drg #1 10450 N. Scottsdale AZ P00468091599560521 Card 5138 | | 2.42 | |
| 4/2 | | Purchase authorized on 04/01 Wal-Mart #2766 Scottsdale AZ P00000000783236339 Card 5138 | | 42.68 | |
| 4/2 | | Purchase authorized on 04/02 Frys-Food-Drg #1 10450 N. Scottsdale AZ P00468092693453976 Card 5138 | | 1.77 | |
| 4/2 | 186 *Russ* | Check *17* | | 36.00 | |
| 4/2 | 190 *Ann* | Check | | 480.91 | 36,582.93 |
| 4/3 | | Deposit Made In A Branch/Store | 13,813.37 | | |
| 4/3 | | Purchase authorized on 04/03 Costco Whse #0427 Scottsdale AZ P00588093621824050 Card 5138 | | 18.28 | |
| 4/3 | 165 *Hatcher* | Check *Scott* | | 678.00 | |
| 4/3 | 192 | Check *SS* | | 1,500.00 | |
| 4/3 | 191 *8329* | Check | | 4,449.45 *Mtg.* | 43,750.57 |
| 4/4 | | Purchase authorized on 04/02 Crimeinfocheckcom 877-2933608 GA S388093009918068 Card 5138 | | 18.95 *Bus* | |
| 4/4 | | Purchase authorized on 04/02 Nicks at Frank Llo Scottsdale AZ S388093019699588 Card 5138 | | 7.98 | |
| 4/4 | | Purchase authorized on 04/04 Frys-Food 10450 N. 90T Scottsdale AZ P00000000439740303 Card 5138 | | 10.98 | |
| 4/4 | 2201 | Srp Surepay 180402 xxxxx0002 Suntex Ltr & Troph Inc | | 60.00 | |
| 4/4 | | American Contine Ins Pymt 180402 Aci2155156 Arlene Silver | | 134.95 | |
| 4/4 | *Solar* | IL Buono Solar I Echeckpay Txid00004065627 Arlene Silver | | 137.77 | 43,379.94 |
| 4/5 | | Purchase authorized on 04/05 Costco Whse #0427 Scottsdale AZ P00308095603911011 Card 5138 | | 54.74 | |
| 4/5 | | Safeco Insurance Ins Prem 041018 72838275746 Ronald Silver Arlene S | | 306.00 | |
| 4/5 | | Unitedhealthcare Premium 0197632271 Silver R | | 427.00 | |
| 4/5 | 169 *Sweep* | Check | | 117.00 | 42,475.20 |
| 4/6 | | Deposit Made In A Branch/Store *Scotch* | 1,943.18 | | |
| 4/6 | | Purchase authorized on 04/01 Butters Pancakes & Scottsdale AZ S308091665267098 Card 5138 | | 11.60 | |
| 4/6 | | Purchase authorized on 04/04 Nicks at Frank Llo Scottsdale AZ S588095065918100 Card 5138 | | 29.83 | |
| 4/6 | 2701 | Recurring Payment authorized on 04/05 Dragon Disposal 480-513-4065 AZ S468095405504616 Card 5138 | | 85.00 | |
| 4/6 | | Purchase authorized on 04/06 Medifast Weight Contro Scottsdale AZ P00000000777598237 Card 5138 | | 27.86 *Rx* | |
| 4/6 | | Purchase authorized on 04/06 Wal-Mart #4232 Phoenix AZ P00000000171111958 Card 5138 | | 25.82 | |
| 4/6 | | Purchase authorized on 04/06 Frys-Food 10450 N. 90T Scottsdale AZ P00000000177833579 Card 5138 | | 9.12 | 44,229.15 |
| 4/9 | | Purchase authorized on 04/05 Dish Network-One T 800-333-3474 CO S468095547237345 Card 5138 | | 176.33 | |
| 4/9 | | Purchase authorized on 04/06 Desert Sierra Medi Scottsdale AZ S588096599712602 Card 5138 | | 76.75 *Rx* | |
| 4/9 | | Purchase authorized on 04/06 Cox Phoenix Comm S 800-234-3993 AZ S588096719982441 Card 5138 | | 83.93 | |
| 4/9 | | Purchase authorized on 04/06 Pureformulas.Com 800-383-6008 FL S388096832670691 Card 5138 | | 47.70 *Rx* | |
| 4/9 | | Purchase authorized on 04/06 Frys-Food 10450 N. 90T Scottsdale AZ P00000000772077328 Card 5138 | | 16.25 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/9 | | Purchase authorized on 04/07 Costco Gas #0427 Scottsdale AZ P00388097609935308 Card 5138 | | 13.16 | |
| 4/9 | | Purchase authorized on 04/07 Costco Whse #0427 Scottsdale AZ P00388097615997560 Card 5138 | | 11.53 | |
| 4/9 | | Purchase authorized on 04/07 Costco Whse #0427 Scottsdale AZ P00468097629077489 Card 5138 | | 11.17 | |
| 4/9 | | Purchase authorized on 04/09 Costco Whse #0427 Scottsdale AZ P00468099738485585 Card 5138 | | 18.28 | |
| 4/9 ~YR14 MBerg~ | 187 | AARP AARP 040718 00187 980978638640238 | | 16.00 | |
| 4/9 | | APS Electric Pmt Payment 180405 4592451000 Silver,Ronald J | | 20.97 ~ 8329 | |
| 4/9 | 197 | Check *55* | | 3,000.00 | 40,737.08 |
| 4/10 | | Purchase authorized on 04/10 Costco Whse #0427 Scottsdale AZ P00308100592539784 Card 5138 | | 60.89 | |
| 4/10 | | Purchase authorized on 04/10 Costco Gas #0427 Scottsdale AZ P00308100598111302 Card 5138 | | 10.64 | |
| 4/10 | | Purchase authorized on 04/10 Natural Grocers Sr 101 Phoenix AZ P00588100620968228 Card 5138 ~Food~ | | 4.29 | |
| 4/10 ~8329~ | | Southwest Gas App 180406 4212748833021 Silver Ronaldj | | 146.99 | |
| 4/10 | 196 | Check *515* | | 500.00 ~Scott~ | 40,014.27 |
| 4/11 | | Purchase authorized on 04/09 Portillos Hot Dogs Scottsdale AZ S588099819156305 Card 5138 ~Food~ | | 2.15 | |
| 4/11 | | Purchase authorized on 04/11 Frys-Food 10450 N. 90T Scottsdale AZ P00000000986044214 Card 5138 | | 16.69 | |
| 4/11 | | Aetna877-2564476 Cippremium 041118 Mebn7D9S Arlene Silver ~medicare D~ | | 21.50 | 39,973.93 |
| 4/12 | | Purchase authorized on 04/10 Fedex 780459085671 Memphis TN S388100612260777 Card 5138 ~pkg to kids~ | | 13.75 | |
| 4/12 | | Purchase authorized on 04/10 Fedex 910261899544 Memphis TN S588100612500939 Card 5138 ~cards~ | | 7.38 | |
| 4/12 | | Purchase authorized on 04/11 Mimis Cafe 25 Scottsdale AZ S388102063193695 Card 5138 | | 9.05 | |
| 4/12 | | Purchase authorized on 04/12 Costco Whse #0427 Scottsdale AZ P00388102733627348 Card 5138 | | 53.90 | |
| 4/12 | | Purchase authorized on 04/12 Shell Service Station Scottsdale AZ P00308103018476142 Card 5138 | | 17.78 | 39,872.07 |
| 4/13 | | Purchase authorized on 04/13 Costco Whse #0427 Scottsdale AZ P00468103618123300 Card 5138 | | 36.08 | |
| 4/13 | | Purchase authorized on 04/13 Wal-Mart Super Center Scottsdale (N AZ P00000000275582122 Card 5138 | | 25.01 | 39,810.98 |
| 4/16 | | Purchase authorized on 04/14 Frys-Food 10450 N. 90T Scottsdale AZ P00000000972954631 Card 5138 | | 10.90 | |
| 4/16 | | Purchase authorized on 04/14 Butters Pancakes & Scottsdale AZ S308104586669474 Card 5138 | | 11.87 | |
| 4/16 | | Purchase authorized on 04/14 Costco Whse #0427 Scottsdale AZ P00468104609107066 Card 5138 | | 11.17 | |
| 4/16 | | Purchase authorized on 04/14 Aj's #118 Scottsdale AZ P00000000571301553 Card 5138 ~Food~ | | 17.25 | |
| 4/16 | | Purchase authorized on 04/16 Costco Whse #0427 Scottsdale AZ P00468106648231220 Card 5138 | | 8.12 | |
| 4/16 | | Billmatrix Billpayfee 180413 12816416732 Billmatrix ~APS for MSA group~ | | 4.95 ~conda payment~ | |
| 4/16 | ^172 | Cityofscottsdale Checkpymt 00172 000000000000 | | 47.56 | |
| 4/16 | | MSA Group (Non-A Bill Pay 180413 12816416731 Ron,Arlenescottsilver ~condo JAS~ | | 185.90 | 39,513.26 |
| 4/17 | | Purchase authorized on 04/17 Costco Whse #0427 Scottsdale AZ P00308107670233448 Card 5138 | | 15.54 | |
| 4/17 | | Glic Phone Pay 180416 000000930583398 Arlene Silver ~Arlene LTC~ | | 1,023.36 | |
| ~2701~ 4/17 ~City Water~ | 189 | Check | | 28.81 | 38,445.55 |
| 4/18 | | SSA Treas 310 Xxsoc Sec 041818 xxxxx1430A SSA Arlene Silver *5/5* | 821.00 | | |
| 4/18 | | Purchase authorized on 04/16 Nicks at Frank Llo Scottsdale AZ S588107033002767 Card 5138 | | 7.98 | |
| 4/18 | | Purchase authorized on 04/18 Costco Whse #0427 Scottsdale AZ P00468108638278525 Card 5138 | | 12.43 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/18 | | Purchase authorized on 04/18 Costco Whse #0427 Scottsdale AZ P00588108654418846 Card 5138 | | 65.50 | |
| 4/18 | 193 | Check | | 60.00 | 39,120.64 |
| 4/19 | | Purchase authorized on 04/17 Nicks at Frank Llo Scottsdale AZ S308107681863910 Card 5138 | | 22.35 | |
| 4/19 | | Purchase authorized on 04/17 AZ Dept of Real Es 602-771-7767 AZ S308108240350288 Card 5138 | | 65.00 | |
| 4/19 | | Purchase authorized on 04/18 Sq *Rachel Gilbert Phoenix AZ S468108676339938 Card 5138 | | 19.00 | 39,014.29 |
| 4/23 | | Purchase authorized on 04/19 Olive Garden 0001 Scottsdale AZ S308110053014028 Card 5138 | | 11.02 | |
| 4/23 | | Purchase authorized on 04/20 Gan*AZ Rep Sub 602-444-8000 AZ S468110271951676 Card 5138 | | 6.91 | |
| 4/23 | | Purchase authorized on 04/21 USPS PO 03766006 8175 E E Scottsdale AZ P00468111573532327 Card 5138 | | 5.00 | |
| 4/23 | | Purchase authorized on 04/21 Costco Whse #0427 Scottsdale AZ P00388111631703376 Card 5138 | | 64.47 | |
| 4/23 | | Purchase authorized on 04/22 Costco Whse #0427 Scottsdale AZ P00388112658908833 Card 5138 | | 30.84 | |
| 4/23 | | Purchase authorized on 04/23 Wal-Mart #2766 Scottsdale AZ P0000000036671941 Card 5138 | | 18.80 | |
| 4/23 | | Purchase authorized on 04/23 WM Superc Wal-Mart Sup Scottsdale (N AZ P0000000376280054 Card 5138 | | 5.05 | 38,872.20 |
| 4/24 | 174 | Check | | 557.27 | 38,314.93 |
| 4/26 | | Purchase authorized on 04/24 George & Sons Asia Scottsdale AZ S388114755001424 Card 5138 | | 11.66 | |
| 4/26 | | Purchase authorized on 04/26 Costco Whse #0427 Scottsdale AZ P00468116689993999 Card 5138 | | 16.24 | |
| 4/26 | | Safeco Insurance Ins Prem 050118 72838275746 Ronald Silver Arlene S | | 306.70 | 37,980.33 |
| 4/27 | | Purchase authorized on 04/25 AZ 88 Scottsdale AZ S308116087779029 Card 5138 | | 17.36 | |
| 4/27 | | Purchase authorized on 04/27 Wal-Mart #2766 Scottsdale AZ P0000000171164062 Card 5138 | | 8.79 | 37,954.18 |
| 4/30 | | Purchase authorized on 04/27 Consumer Cellular 800-6864460 OR S308117508718368 Card 5138 | | 163.60 | |
| 4/30 | | Purchase authorized on 04/28 Roses Hallmark PO Scottsdale AZ S588118583212116 Card 5138 | | 5.00 | |
| 4/30 | | Purchase authorized on 04/28 Costco Whse #0427 Scottsdale AZ P00588118745116975 Card 5138 | | 40.42 | |
| 4/30 | | Purchase authorized on 04/28 Aj's #118 Scottsdale AZ P0000000970322833 Card 5138 | | 10.25 | |
| 4/30 | | Purchase authorized on 04/29 Costco Whse #0427 Scottsdale AZ P00308119663947728 Card 5138 | | 83.33 | |
| 4/30 | | Purchase authorized on 04/29 WM Superc Wal-Mart Sup Scottsdale (N AZ P0000000474024373 Card 5138 | | 13.54 | |
| 4/30 | | Purchase authorized on 04/30 Costco Gas #0427 Scottsdale AZ P00588120513738784 Card 5138 | | 16.95 | |
| 4/30 | 194 | Check | | 234.00 | |
| 4/30 | 198 | Check | | 41.00 | 37,346.09 |
| | | **Ending balance on 4/30** | | | 37,346.09 |
| **Totals** | | | **$16,577.55** | **$16,445.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*



## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 165 | 4/3 | 678.00 | 187 | 4/9 | 16.00 | 193 | 4/18 | 60.00 |
| 169 * | 4/5 | 117.00 | 189 * | 4/17 | 28.81 | 194 | 4/30 | 234.00 |
| 172 * | 4/16 | 47.56 | 190 | 4/2 | 480.91 | 196 * | 4/10 | 500.00 |
| 174 * | 4/24 | 557.27 | 191 | 4/3 | 4,449.45 | 197 | 4/9 | 3,000.00 |
| 186 * | 4/2 | 36.00 | 192 | 4/3 | 1,500.00 | 198 | 4/30 | 41.00 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $36,582.93 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $821.00 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 69 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |



**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐
RC/RC

# ✔️ IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Your account ownership" section of the Consumer Account Agreement under the question "What if an account owner or authorized signer is declared incompetent or dies?" is effective April 30, 2018:

We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

Important information about the Wells Fargo Rewards® Program Terms and Conditions for the Wells Fargo Propel American Express® Card. These changes are effective June 23, 2018. These changes do not impact the Wells Fargo Propel 365 American Express® Card or Wells Fargo Propel World American Express® Card.

You will no longer earn a relationship bonus on your Wells Fargo Propel American Express® Card. If you own a Wells Fargo consumer checking, savings or Portfolio by Wells Fargo® account the last day you will earn your relationship bonus will be May 31, 2018. You will receive your last relationship bonus payout no later than June 24, 2018.

Points earned on this credit card account will not expire as long as this credit card account remains open.

ARLENE AND RONALD SILVER
DEBTOR IN POSESSION
CASE NUMBER 2:17-bk-07624-SHG
INCOME STATEMENT PROPERTIES

|  | FOR THE MONTH OF APRIL, 2018 | | | | FOR THE PERIOD JULY 5, 2017 THROUGH APRIL 30, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
|  | GLENDALE | HATCHER | CONDOS | TOTAL | GLENDALE | HATCHER | CONDOS | TOTAL |
| RENT INCOME | 15,076 | 2,496 | 2,366 | 19,938 | 132,296 | 21,837 | 30,129 | 184,262 |
| EXPENSES |  |  |  |  |  |  |  |  |
| INTEREST EXPENSE | - | 1,980 | 1,100 | 3,080 | 12,450 | 17,820 | 9,940 | 40,210 |
| DEPRECIATION | 1,700 | 200 | 1,800 | 3,700 | 15,300 | 1,800 | 16,200 | 33,300 |
| PROPERTY TAX | 1,870 | 310 | 230 | 2,410 | 16,830 | 2,790 | 2,070 | 21,690 |
| INSURANCE |  |  | 191 | 191 |  |  | 563 | 563 |
| SALES TAX | 421 | 70 | 66 | 557 | 4,088 | 675 | 931 | 5,694 |
| REFUSE PICKUP | 85 | - | - | 85 | 972 | - | - | 972 |
| PEST CONTROL | 41 |  |  | 41 | 245 |  |  | 245 |
| UTILITIES | 89 | - | - | 89 | 723 | - | 72 | 795 |
| REPAIRS/TURNOVER | 351 |  | - | 351 | 1,662 |  | 3,581 | 5,243 |
| INSPECTION |  |  |  |  | 40 |  |  | 40 |
| REFUND SEC DEPOSIT | - | - |  |  | - | - | 416 | 416 |
| EVICTION COSTS |  |  |  |  |  |  | 358 | 358 |
| FINDER'S FEE |  |  |  |  |  |  | 300 | 300 |
| HOA FEE | - | - | 634 | 634 | - | - | 5,706 | 5,706 |
| TOTAL EXPENSES | 4,557 | 2,560 | 4,021 | 11,138 | 52,310 | 23,085 | 40,137 | 115,532 |
| NET RENTAL INCOME | 10,519 | (64) | (1,655) | 8,800 | 79,986 | (1,248) | (10,008) | 68,730 |