Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors,*
RONALD AND ARLENE SILVER

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>Arlene Silver and<br>Ronald J. Silver, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG** |

**EX PARTE MOTION FOR ORDER SHORTENING NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**

Debtors in Possession, Arlene Silver and Ronald J. Silver, through undersigned counsel, hereby submit this Ex Parte Motion for Order Shortening Notice (this "Motion") of hearing on approval of the Debtors' Disclosure Statement for First Amended Plan of Reorganization Dated June 8, 2018 ("Disclosure Statement") (Docket Entry No. 97) and in support state as follows:

1. Debtors filed their voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on July 4, 2017. Debtors are debtors-in-possession pursuant to 1107(a) and 1108 of the Bankruptcy Code.

2. The Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested in this Motion are Rules 9006(c) and 2002(b) of the Federal Rules of Bankruptcy Procedure.

4. On June 8, 2018 the Debtors filed the Disclosure Statement as well as a First Amended Plan of Reorganization Dated June 8, 2018 (the "First Amended Plan").

5. On June 19, 2018 this Court held a hearing on creditor Ocwen's Motion for Stay Relief. Ocwen is the only creditor to object to the Disclosure Statement and the Debtor is not aware of any other creditors who may file an objection to the proposed fully funded plan. The parties informed the Court that they are negotiating both Ocwen's Objection to the Disclosure Statement as well as a resolution to the Stay Relief Motion and the Court set a continued hearing on Stay Relief to July 19, 2018 at 2:00p.m.

6. Bankruptcy Rule 2002(b) provides that all parties in interest shall be provided with 28 days notice of the hearing on and an opportunity to object to the approval of a proposed disclosure statement, however, the 28 days may be reduced pursuant to Bankruptcy Rule 9006(c)(1) for cause and in the Court's sound discretion.

7. The Debtors request that the Court enter an order shortening the notice of the hearing on the approval of the Disclosure Statement to 21 days, and shortening notice of the deadline to object to the adequacy of the Disclosure Statement to fourteen (14) days. Given that the Disclosure Statement has already been on file for 18 days and the fact that the plan is fully funded, as well as the limited shortening of the notice periods under Bankruptcy Rule 2002(b), the Debtors respectfully submit that no party in interest will be prejudiced by the relief requested.

8. The Debtors respectfully request that the Court set **July 12, 2018** as the deadline to object to the adequacy of the Disclosure Statement and set **July 19, 2018** at 2:00p.m. as the date and time for the hearing on approval of the Disclosure Statement. Based upon the representations of Ocwen's counsel at the June 19, 2018 stay relief hearing as well as during negotiations, Debtors believe that the sole party who has filed an objection (Ocwen) is without objection to holding the hearing on approval of the Disclosure Statement on the same day as the continued Stay Relief hearing.

9. Assuming an order granting this Motion and setting the objection deadlines and hearing date for the approval of the Disclosure Statement is entered on June 27, 2018,

| | |
|---|---|
| 1 | the Debtors believe such an order can be served on all parties in interest on or before June |
| 2 | 28, 2018.  This will provide parties in interest with approximately 14 days notice of the |
| 3 | opportunity to object to approval of the Disclosure Statement (notwithstanding that the |
| 4 | Disclosure Statement has been on file and served since June 8, 2018) and approximately 21 |
| 5 | days notice of the hearing on approval of the Disclosure Statement. Under the |
| 6 | circumstances, the Debtors respectfully submit that such periods are reasonable and will not |
| 7 | prejudice any party in interest in this case. |

RESPECTFULLY SUBMITTED this 26th day of June, 2018

LAW OFFICES OF KYLE A. KINNEY, PLLC

By:/s/ *Kyle A. Kinney*
    Kyle A. Kinney, Esq.
    1717 N. 77th Street, Suite 6
    Scottsdale, AZ 85257
    Attorney for Debtors

COPY of the foregoing mailed or served via electronic notification this 9th day of May, 2018 to:

**RENEE SANDLER SHAMBLIN**
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: renee.s.shamblin@usdoj.gov

and COPIES served via email to all other persons requesting notice

Margaret A. Gillespie
Collins, May, Potenza, Baran & Gillespie, P.C.
201 N. Central Avenue, 22nd Floor
Phoenix, AZ 85004-0608
*Attorneys for Zions First National Bank.*

Kim Lepore
klepore@wrightlegal.net
Jamin S. Neil
jneil@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
*Attorneys for Nissan*

ALDRIDGE PITE, LLP
ecfazb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Attorneys for Ocwen Loan Servicing*

Nationstar Mortgage LLC
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Suite 100
Boca Raton, FL 33487-2853||

Lori L. Winkelman
Amelia B. Valenzuela
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
lori.winkelman@quarles.com
amelia.valenzuela@quarles.com
*Attorneys for Capital One, NA as servicer for Greenpoint Mortgage Funding, Inc.*

Joseph J. Tirello, Jr., Esq.
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012
E-mail: Jtirello@zbslaw.com
*Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3*

See attached mailing matrix for additional parties

By: */s/* Paula D. Hillock