THIS ORDER IS APPROVED.

Dated: June 27, 2018

_____
Scott H. Gan, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In Re:

Arlene Silver and
Ronald J. Silver, husband and wife,

Debtors.

**Chapter 11**

**Case No. 2:17-bk-07624-SHG**

**ORDER SHORTERNING NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION *AND* NOTICE OF HEARING**

This matter having come before the court on Debtors in Possession, Arlene Silver and Ronald J. Silver's Ex Parte Motion for Order Shortening Time to Notice hearing on approval of the Debtors' Disclosure Statement for First Amended Plan of Reorganization Dated June 8, 2018, and good cause appearing therefore,

IT IS HEREBY ORDERED that the notice of the deadline to object to the adequacy of the Disclosure Statement is hereby shortened to fourteen (14) days.

IT IS FURTHER ORDERED that **July 12, 2018** is the deadline to object to the adequacy of the Disclosure Statement and **July 19, 2018** at 2:00 p.m. is the date and time set for hearing on approval of the Disclosure Statement. Debtors shall serve said Notice of Hearing and a copy of this Order no later than June 28, 2018.

DATED AND SIGNED AS SET FORTH ABOVE