Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480] 269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors,*
RONALD AND ARLENE SILVER

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Arlene Silver and<br>Ronald J. Silver, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG**<br><br>**NOTICE OF EXPEDITED HEARING ON DISCLOSURE STATEMENT**<br><br>**DATE:** July 19, 2018<br>**TIME:** 2:00 PM |

To creditors, and other parties in interest in this matter: A disclosure statement and a first amended plan under chapter 11 of the Bankruptcy Code having been filed by Debtors Arlene and Ronald Silver on June 9, 2018,

**NOTICE IS HEREBY GIVEN**, that:

1. The hearing to consider approval of the disclosure statement shall be held at: United States Bankruptcy Court for the District of Arizona, located at 230 N. 1st Avenue, Courtroom 301, Phoenix, Arizona, on **July 19, 2018, at 2:00 o'clock p.m**.

2. **July 12, 2018** is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

3. Requests for copies of the disclosure statement and plan shall be mailed to counsel for the Debtors, at 1717 N. 77th Street, Suite 6, Scottsdale, Arizona, 85257, or by telephone call to 480-694-5697 and leaving a message of where the Plan and Disclosure Statement shall be mailed.

DATED this 28th day of June, 2018

LAW OFFICES OF KYLE A. KINNEY, PLLC

By:*/s/ Kyle A. Kinney*
    Kyle A. Kinney, Esq.
    1717 N. 77th Street, Suite 6
    Scottsdale, AZ 85257
    Attorney for Debtors

COPY of the foregoing mailed or served via electronic notification this 28th day of June 2018 to:

**RENEE SANDLER SHAMBLIN**
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: renee.s.shamblin@usdoj.gov

Kim Lepore
klepore@wrightlegal.net
Jamin S. Neil
jneil@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
*Attorneys for Nissan*

ALDRIDGE PITE, LLP
ecfazb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Attorneys for Ocwen Loan Servicing*

Nationstar Mortgage LLC
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue Suite 100
Boca Raton, FL 33487-2853||

See attached Mailing Matrix

Lori L. Winkelman
Amelia B. Valenzuela
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
lori.winkelman@quarles.com
amelia.valenzuela@quarles.com
*Attorneys for Capital One, NA as servicer forGreenpoint Mortgage Funding, Inc.*

Joseph J. Tirello, Jr., Esq.
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012
E-mail: Jtirello@zbslaw.com
*Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3*

By:*/s/* Paula D. Hillock

-2-

THIS ORDER IS APPROVED.

Dated: June 27, 2018

_____
Scott H. Gan, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In Re:

Arlene Silver and
Ronald J. Silver, husband and wife,

Debtors.

Chapter 11

Case No. 2:17-bk-07624-SHG

**ORDER SHORTERNING NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION *AND* NOTICE OF HEARING**

This matter having come before the court on Debtors in Possession, Arlene Silver and Ronald J. Silver's Ex Parte Motion for Order Shortening Time to Notice hearing on approval of the Debtors' Disclosure Statement for First Amended Plan of Reorganization Dated June 8, 2018, and good cause appearing therefore,

IT IS HEREBY ORDERED that the notice of the deadline to object to the adequacy of the Disclosure Statement is hereby shortened to fourteen (14) days.

IT IS FURTHER ORDERED that **July 12, 2018** is the deadline to object to the adequacy of the Disclosure Statement and **July 19, 2018** at 2:00 p.m. is the date and time set for hearing on approval of the Disclosure Statement. Debtors shall serve said Notice of Hearing and a copy of this Order no later than June 28, 2018.

DATED AND SIGNED AS SET FORTH ABOVE

| Label Matrix for local noticing<br>0970-2<br>Case 2:17-bk-07624-SHG<br>District of Arizona<br>Phoenix<br>Wed Jun 27 16:25:43 MST 2018 | ARIZONA DEPARTMENT OF REVENUE<br>ATTENTION BK PAYMENT UNIT<br>c/o 1275 W WASHINGTON ST.<br>PHOENIX, AZ 85007-2926 | AZ DEPARTMENT OF REVENUE<br>BANKRUPTCY & LITIGATION<br>1600 W. MONROE, 7TH FL.<br>PHOENIX, AZ 85007-2650 |
|---|---|---|
| Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | Nissan-Infiniti LT<br>Wright, Finlay & Zak, LLP<br>c/o Jamin S Neil<br>16427 N. Scottsdale Road, Suite 300<br>Scottsdale, AZ 85254-1597 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bank National Association, as Trustee f<br>Zieve, Brodnax & Steele, LLP<br>3550 N. Central Ave., Ste. 625<br>PHOENIX, AZ 85012-0004 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| ARIZONA DEPARTMENT OF REVENUE<br>2005 N. CENTRAL AVE., SUITE 100<br>PHOENIX, AZ 85004-1546 | ARIZONA DEPARTMENT OF REVENUE<br>ATTENTION BK PAYMENT UNIT<br>c/o 2005 N CENTRAL AVE, SUITE 100<br>PHOENIX, AZ 85004-1546 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 |
| BVA Compass Bank<br>PO Box 2210<br>Dectur, AL 35699-0001 | Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | COMPASS BANK<br>401 WEST VALLEY AVE<br>HOMEWOOD, AL 35209-4800 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, NA as servicer for<br>Greenpoint Mortgage Funding, Inc.<br>c/o Molly J. Kjartanson<br>Quarles & Brady LLP<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2391 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citibank / The Home Depot<br>PO Box 790328<br>St. Louis, MO 63179-0328 | Comenity Capital Bank/Paypal Credit<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Deutsche Bank National Trust Company<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Law Office of Kyle A. Kinney, PLLC<br>1717 N 77th St Ste 6<br>Scottsdale, AZ 85257-2253 | National Bank of Arizona<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130-0709 |
| National Bank of Arizona<br>c/o Outsource Receivables Management<br>12349 Washington Blvd.<br>Ogden, UT 84404 | Nationstar Mortgage<br>PO Box 619063<br>Dallas, TX 75261-9063 | Nissan<br>POB 660366<br>Dallas, TX  75266-0366 |
| Nissan Motors Acceptance Corporation<br>PO Box 742657<br>Cincinnati, OH 45274-2657 | Ocwen Loan Servicing<br>1661 Worthington Rd Ste 100<br>West Palm Bch, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>c/o ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |

| | | |
|---|---|---|
| PayPal Credit<br>Comenity Capital Bank<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Rein & Grossoehme Commerical Real Estate LLC<br>James K Edwards Jr<br>8767 E. Via De Ventura, Suite 290<br>Scottsdale AZ 85258-3384 | Sam's Club<br>PO Box 530981<br>Atlanta, GA 30353-0981 |
| Sam's Club<br>PO Box 960013<br>Orlando, FL 32896-0013 | Sears / TGI Mastercard<br>PO Box 78051<br>Phoenix, AZ 85062-8051 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank / Gap Visa<br>PO Box 965004<br>Orlando, FL 32896-5004 | The Home Depot<br>Fortiva<br>Po Box 790393<br>Saint Louis, MO 63179-0393 | U.S. Bank National Association<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO BOX 619094<br>Dallas, TX 75261-9094 |
| U.S. Bank National Association,<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Wells Fargo Bank, N.A.<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Cash on Demand Account<br>PO Box 660553<br>Dallas, TX 75266-0553 | Arlene Silver<br>8329 E. Charter Oak Road<br>Scottsdale, AZ 85260-5230 |
| KYLE A. KINNEY<br>LAW OFFICES OF KYLE A. KINNEY, PLLC<br>1717 N 77TH ST., SUITE 6<br>SCOTTSDALE, AZ 85257-2253 | Ronald J Silver<br>42 Augusta Drive<br>Deerfield, IL 60015-5067 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Citi Card<br>PO Box 78045<br>Phoenix, AZ 85062-8045 | (d)The Home Depot<br>PO Box 78011<br>Phoenix, AZ 85062-8011 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital One, NA as servicer for Greenpoint | (u)Ocwen Loan Servicing, LLC | (d)Nissan Motors Acceptance Corporation<br>Po Box 742657<br>Cincinnati, OH 45274-2657 |