Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors;*
RONALD AND ARLENE SILVER

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RONALD AND ARLENE SILVER, husband and wife,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:17-bk-07624-SHG<br><br>**NOTICE OF LODGING ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107 AUTHORIZING THE EMPLOYMENT AND RETENTION OF JOEL L. RUBEN AS CPA FOR DEBTORS** |

NOTICE IS HEREBY GIVEN pursuant to Rule 9022-1(b), Arizona Local Rules of Bankruptcy Procedures, that the Debtors have lodged an Order regarding their Application to Employ Certified Public Accountant Joel L. Ruben in the form attached hereto.

DATED this 28th day of June 2018.

                                                  **Law Offices of Kyle A. Kinney, PLLC:**

                                                  By:*/s/ Kyle A. Kinney*
                                                       Kyle A. Kinney (027189)
                                                       1717 N. 77th Street, Suite 6
                                                       Scottsdale, AZ 85257
                                                       *kyle@kinneylaw.net*
                                                       *Attorney for Debtors*

| | |
|---|---|
| This is to certify that the foregoing was e-filed on this 28th day of June 2018, in the United States Bankruptcy Court, COPY of the foregoing served via electronic Notification that same date on: | |
| Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br><br>RENEE SANDLER SHAMBLIN<br>Office of the U. S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br><br>Kim Lepore<br>klepore@wrightlegal.net<br>Jamin S. Neil<br>jneil@wrightlegal.net<br>WRIGHT, FINLAY & ZAK, LLP<br>16427 N. Scottsdale Road, Suite 300<br>Scottsdale, Arizona 85254<br>*Attorneys for Nissan*<br><br>ALDRIDGE PITE, LLP<br>ecfazb@aldridgepite.com<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>*Attorneys for Ocwen Loan Servicing* | Lori L. Winkelman<br>Amelia B. Valenzuela<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, Arizona 85004-2391<br>lori.winkelman@quarles.com<br>amelia.valenzuela@quarles.com<br>*Attorneys for Capital One, NA as servicer forGreenpoint Mortgage Funding, Inc.*<br><br>Joseph J. Tirello, Jr., Esq.<br>**ZIEVE, BRODNAX & STEELE, LLP**<br>3550 North Central Avenue, Suite 625<br>Phoenix, AZ 85012<br>E-mail: Jtirello@zbslaw.com<br>*Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3* |

By:*/s/* Paula D. Hillock

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RONALD AND ARLENE SILVER, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG**<br><br>**ORDER RE APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107 AUTHORIZING THE EMPLOYMENT AND RETENTION OF JOEL L. RUBEN AS CPA FOR DEBTORS** |

This matter having come before this Court of Debtors' Application For Order pursuant to 11 U.S.C. §§ 327(A) And 1107 Authorizing The Employment And Retention Of Joel L Ruben as CPA for Debtors (Docket Entry No. 41), and the deadline to file objections having passed with no objections having been received, and good cause appearing,

**IT IS HEREBY ORDERED,** approving the employment of Joel L. Ruben as the Certified Public Accountant for the Debtors in this Chapter 11 proceeding.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other

| | |
|---|---|
| 1 | parties-in-interest, and the court must have an opportunity to review any objections which |
| 2 | any party may have. The court may also consider the application in the absence of any |
| 3 | objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. |
| 4 | §§ 327, 328, 329, 330, and 331. |

SIGNED AND DATED AS SET FORTH ABOVE