SANFORD J. GERMAINE, PC
4040 East Camelback Road, Suite 110
Phoenix, Arizona 85018
Telephone: (602) 953-5588
Fax: (602) 953-5590
Sanford J. Germaine (012722)
sgermaine@germaine-law.com
Attorneys for: Lee & Associates

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| In re:<br><br>ARLENE SILVER AND RONALD J. SILVER,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:17-bk-07624-SHG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND REQUEST FOR COPIES OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION** |

TO: CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that Sanford J. Germaine, PC, 4040 East Camelback Road, Suite 110, Phoenix, Arizona 85018, hereby requests on behalf of Lee & Associates ("Lee"), a creditor in the above-referenced bankruptcy case, pursuant to Rule 2002, that a copy of all notices to creditors, equity security holders, lessors, creditors' committees, or equity security holders' committees, whether sent by the Court, the Debtor, or any other party in this case, also be sent to the address set forth below.

In addition, pursuant to Bankruptcy Rule 3017(a), Lee also requests that any Disclosure Statement and Plan of Reorganization be mailed to the undersigned at the same time as, and

together with any notices of the hearing on the Disclosure Statement and that the following be

added to the Court's Master Mailing List.

Sanford J. Germaine, Esq.
Sanford J. Germaine, PC
4040 East Camelback Road, Suite 110
Phoenix, Arizona 85018

DATED this 3rd day of July, 2018.

SANFORD J. GERMAINE, PC


By _____ /s/ Sanford J. Germaine #012722
Sanford J. Germaine
4040 East Camelback Road, Suite 110
Phoenix, Arizona 85018
Attorneys for Lee

COPY of the foregoing mailed
this 3rd day of July, 2018 to:

Kyle A. Kinney
Law Offices of Kyle A. Kinney, PLLC
1717 North 77th Street, Suite 6
Scottsdale, Arizona 85257
Attorneys for Debtors

_/s/ Sanford J. Germaine #012722