Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 842-3368
Facsimile: (949) 608-9142

Attorneys for *Movant*
Nissan-Infiniti LT

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARLENE SILVER and RONALD J SILVER,<br><br>Debtors.<br><br>NISSAN-INFINITI LT,<br><br>Movant,<br><br>vs.<br><br>ARLENE SILVER and RONALD J SILVER, Debtors,<br><br>Respondents. | Case No. 2:17-bk-07624-SHG<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Susan Earnest, declare that:

I am employed in the County of Orange, State of California. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am over the age of eighteen years and not a party to this cause.

On July 11, 2018, I caused the following documents:

- **Motion for Relief from Automatic Stay**;
- **Notice of Motion for Relief from Automatic Stay; and**
- **[Proposed] Order Granting Motion for Relief from Automatic Stay.**

to be served in said cause by placing a copy of thereof, enclosed in a sealed envelope with postage

-1-
**PROOF OF SERVICE**

1 | prepaid, in the United States Mail at Newport Beach, California and/or via electronic means pursuant
2 | to Local Bankruptcy Rule 5005-2(k) as follows:

**DEBTORS**
**(Via U.S. Mail)**
Arlene Silver
8329 E. Charter Oak Road
Scottsdale, AZ 85260-5230

Ronald J Silver
42 Augusta Drive
Deerfield, IL 60015

**DEBTORS' ATTORNEY**
**(Via ECF Notification)**
Kyle A. Kinney
Law Offices of Kyle A. Kinney, PLLC
1717 N 77th St., Suite 6
Scottsdale, AZ 85257

**U.S. TRUSTEE**
**(Via ECF Notification)**
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2018         /s/ *Susan Earnest*
                             SUSAN EARNEST