# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | | CASE NO. 2:17-bk-07624-SHG |
|---|---|---|
| ARLENE & RONALD J SILVER | | **INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT** |
| | | MONTH OF: Jun-18 |
| | | DATE PETITION FILED: 7/5/2017 |
| Debtor(s) | | TAX PAYER ID NO. : 1430 |

Nature of Debtor's Business: REAL ESTATE RENTAL
Nature of Co-Debtor's Business: NONE

DATE DISCLOSURE STATEMENT FILED ______ TO BE FILED ______
DATE PLAN OF REORGANIZATION FILED ______ TO BE FILED ______

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

**RESPONSIBLE PARTY:**

| | |
|---|---|
| ORIGINAL SIGNATURE OF DEBTOR | ORIGINAL SIGNATURE OF CO-DEBTOR |
| ARLENE SILVER | RONALD J SILVER |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| DATE | DATE |

**PREPARER:**

| | |
|---|---|
| [signature] | CPA |
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| JOEL L RUBEN | 7/21/18 |
| PRINTED NAME OF PREPARER | DATE |

**PERSON TO CONTACT REGARDING THIS REPORT:** JOEL L RUBEN

PHONE NUMBER: 602-291-1196

ADDRESS: P O Box 62641
PHOENIX, AZ 85082-2641

**FILE REPORT ELECTRONICALLY WITH THE COURT**

2:17-bk-07624-SHG

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Bank Accounts | | | | |
|---|---|---|---|---|---|
| | Cash | Checking | Checking | Checking | TOTAL |
| | | | 7285 | 3591 | |
| Balance at Beginning of Period | | | 45974 | 2045 | 48019 |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | | | 945 | 945 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | 39552 | | 39552 |
| REFUND | | | 211 | 24 | 235 |
| Rental Income | | | 16097 | | 16097 |
| Transfers from Other DIP Accounts | | | | | |
| SOCIAL SECURITY | | | 821 | 1155 | 1976 |
| FROM PROP MGR | | | | | |
| **TOTAL RECEIPTS** | | | 56681 | 2124 | 58805 |
| **TOTAL DISBURSEMENTS** | | | 16278 | 936 | 17214 * |
| **Balance at End of Month** | | | 86377 | 3233 | 89610 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 17,214.00 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 148,415.00 |
| Plus: Payroll Deductions (from page 3) | 237.00 |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 165,866.00 |

2:17-bk-07624-SHG

# DISBURSEMENT DETAIL

(INDIVIDUAL ACCOUNTS)

**Month:** Jun-18

**Account #** 4503

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | NONE | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| **Salary / Payroll** | Pay Date | Gross Pay | less Net Pay = | Payroll Deductions |
|---|---|---|---|---|
| Debtor | | | | |
| | | | | |
| | | | | |
| Co-Debtor | | | NONE | |
| | | | | |
| | | | | |
| | | | **Total Payroll Deductions - report on page 2** | |

2:17-bk-07624-SHG

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month:** Jun-18
**Account #** 7285

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | SEE SCHEDULE ATTACHED | 8055 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 8055 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | SEE SCHEDULE ATTACHED | 8223 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 8223 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 16278 |
|---|---|

| **Salary / Payroll** | Pay Date | Gross Pay | less Net Pay = | Payroll Deductions |
|---|---|---|---|---|
| Debtor | | | | |
| | | | | |
| | | | N/A | |
| Co-Debtor | | | | |
| | | | | |
| | | | | |
| | | | **Total Payroll Deductions - report on page 2** | |

2:17-bk-07624-SHG

# DISBURSEMENT DETAIL

(INDIVIDUAL ACCOUNTS)

**Month:** Jun-18

**Account #** 3591

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | SEE ATTACHED | 706 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 706 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | SEE ATTACHED | 230 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 230 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 936 |
|---|---|

| **Salary / Payroll** | Pay Date | Gross Pay less | Net Pay = | Payroll Deductions |
|---|---|---|---|---|
| Debtor | 6/8/2018 | 618 | 493 | 125 |
| | 6/22/2018 | 564 | 452 | 112 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total Payroll Deductions - report on page 2** | 237 |

2:17-bk-07624-SHG

## CASE STATUS

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: NONE

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

ATTEMPTING TO RENT VACANT COMMERCIAL SPACE

SALE OF ASSETS

**Identify any matters that are delaying the filing of a plan of reorganization:**

NONE

| 2:17-bk-07624-SHG |
|---|

**DBA BUSINESS ENTITY**
REAL ESTATE RENTAL

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | | # | # | |
| Balance at Beginning of Period | | | | |
| **RECEIPTS** | | | | |
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | ALL INFORMATION INCLUDED IN INDIVIDUAL DIP ACCOUNTS | | | |
| Other (attach list) | | | | |
| ARIZONA SALES TAX | | | | |
| | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | | | | |
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

2:17-bk-07624-SHG

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 20278 | 226421 | 226421 |
| Less: Returns & Discounts | | | |
| Net Revenue | 20278 | 226421 | 226421 |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| GROSS PROFIT | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 562 | 6819 | 6819 |
| Other Expenses (attach detail) | 12029 | 133757 | 133757 |
| Total Operating Expenses | 12591 | 140576 | 140576 |
| Income Before Non-operating Income and Expense | 7687 | 85845 | 85845 |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | 7687 | 85845 | 85845 |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | 650 | 1950 | 1950 |
| Other (attach list) | | | |
| Total Reorganization Expenses | 650 | 1950 | 1950 |
| Income Tax | | | |
| NET PROFIT OR (LOSS) | 7037 | 83895 | 83895 |

Case Number:2:17-bk-07624-SHG

## COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 3,522 | 89,609 | 48,019 |
| Restricted Cash | | | |
| Total Cash | 3,522 | 89,609 | 48,019 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (DUE FROM PROP MGR) | | (31) | 4,342 |
| Total Current Assets | 3,522 | 89,578 | 52,361 |
| Property, Plant & Equipment | 3,311,600 | 3,173,600 | 3,311,600 |
| Less: Accumulated Depreciation | | 34,100 | 37,000 |
| Net Property, Plant & Equip. | 3,311,600 | 3,139,500 | 3,274,600 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | 63,482 | 63,482 | 63,482 |
| Other (attach list) | | | |
| TOTAL ASSETS | 3,378,604 | 3,292,560 | 3,390,443 |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | 557 | 557 |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (security deposit) | | 1,943 | 1,943 |
| Total Post-Petition Liabilities | | 2,500 | 2,500 |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | 2,841,008 | 2,679,833 | 2,821,157 |
| Priority Debt | | - | - |
| Unsecured Debt | 47,301 | 47,301 | 47,301 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 2,888,309 | 2,727,134 | 3,868,458 |
| TOTAL LIABILITIES | 2,888,309 | 2,729,634 | 3,870,958 |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | 490,295 | 486,193 | 486,193 |
| Post-Petition Cumulative Profit/Loss | | 76,733 | 33,292 |
| Direct Charges to Equity (explain) | | | |
| Total Equity | 490,295 | 562,926 | 519,485 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 3,378,604 | 3,292,560 | 4,390,443 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

| Case Number: 2:17-bk-07624-SHG |
|---|

## STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | | | |
| Less Amount Considered Uncollectible | 0 | | | |
| Net Accounts Receivable | 0 | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: N/A

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | 3311600 | | 138000 | 3173600 |
| Accumulated Depreciation | 37000 | 3100 | 6000 | 34100 |
| Net Buildings | 3274600 | -3100 | 132000 | 3139500 |
| Equipment | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

CONDOMINIUM AT 7009 ACOMA DR, SCOTTADALE AZ SOLD ON JUNE 14, 2018

COURT ORDER DATED JUNE 5, 2018

Case Number:2:17-bk-07624-SHG

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | 557 | 557 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (security deposit) | 1,943 | - | | | 1943 |
| | | | | | |
| **Total Post-Petition Liabilities** | 2,500 | 557 | - | - | 1,943 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

Case Number:2:17-bk-07624-SHG **SCHEDULE OF OTHER OPER**

MONTH OF JUNE 2018

| | GLENDALE | HATCHER | CONDOS | TOTAL |
|---|---|---|---|---|
| | | | | |
| DEPRECIATION | 1,700 | 200 | 1,200 | 3,100 |
| INTEREST | - | 1,980 | 430 | 2,410 |
| PROPERTY TAX | 1,870 | 310 | 607 | 2,787 |
| REFUSE | 85 | | | 85 |
| HOA FEES | - | | 1,212 | 1,212 |
| PEST CONTROL | 51 | | | 51 |
| UTILITIES | 73 | | 44 | 117 |
| INSURANCE | - | | 733 | 733 |
| REPAIRS | 584 | | 950 | 1,534 |
| | | | | |
| TOTAL EXPENSES | | | | 12,029 |

## ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 3591
Month of June 2018

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| UNRESTRICTED CASH | | | | | |
| WELLS FARGO 3591 | | | | | |
| Check | 06/01/2018 | DM | SUBWAY | RESTAURANT | -7.01 |
| Check | 06/01/2018 | DM | FRY'S FOODS | HOUSEHOLD FO... | -20.29 |
| Check | 06/04/2018 | DM | BELTONE HEARING | MEDICAL SUPPL... | -116.66 |
| Check | 06/12/2018 | DM | WALMART | -SPLIT- | -111.73 |
| Check | 06/13/2018 | DM | QUICK TRIP | AUTO FUEL | -27.37 |
| Check | 06/14/2018 | DM | FRY'S FOODS | -SPLIT- | -78.67 |
| Check | 06/18/2018 | DM | FRY'S FOODS | -SPLIT- | -69.93 |
| Check | 06/19/2018 | DM | CIRCLE K | AUTO FUEL | -23.49 |
| Check | 06/20/2018 | 150 | ST MARY FOOD B... | DONATION | -20.00 CK |
| Check | 06/20/2018 | DM | SHRINERS HOSPIT... | DONATION | -25.00 |
| Check | 06/21/2018 | DM | SUBWAY | RESTAURANT | -3.77 |
| Check | 06/21/2018 | DM | FRY'S FOODS | -SPLIT- | -70.17 |
| Check | 06/22/2018 | 144 | RYAN BLUM | GIFT | -50.00 CK |
| Check | 06/22/2018 | 145 | RACHEL BLUM | GIFT | -50.00 |
| Check | 06/22/2018 | 146 | STACY BLUM | GIFT | -100.00 |
| Check | 06/25/2018 | DM | MOTOR VEHICLE ... | TRANSPORTATI... | -10.00 |
| Check | 06/26/2018 | 148 | USO | DONATION | -10.00 CK |
| Check | 06/26/2018 | DM | UPS | BUSINESS EXP | -133.46 |
| Check | 06/27/2018 | DM | SUBWAY | RESTAURANT | -8.84 |
| Total WELLS FARGO 3591 | | | | | -936.39 |
| Total UNRESTRICTED CASH | | | | | -936.39 |
| **TOTAL** | | | | | **-936.39** |

CHECKS 230
ELECTRONIC 706

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 7285
### Month of June 2018

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| UNRESTRICTED CASH | | | | | |
| WELLS FARGO 7285 | | | | | |
| Check | 06/01/2018 | DM | COUNSELLING AF... | MEDICAL SUPP... | -100.00 |
| Check | 06/01/2018 | DM | COSTCO | HOUSEHOLD FO... | -11.53 |
| Check | 06/01/2018 | DM | TRADER JOE'S | HOUSEHOLD FO... | -13.78 |
| Check | 06/04/2018 | 183 | M ZINGER | REPAIR | -200.00 |
| Check | 06/04/2018 | 179 | NISSAN MOTOR C... | AUTO LEASE | -480.91 |
| Check | 06/04/2018 | 207 | PROPERTY MANA... | RECEIVABLE FR... | -679.00 |
| Check | 06/04/2018 | DM | NICKS AT FRANK L... | HOUSEHOLD FO... | -12.85 |
| Check | 06/04/2018 | DM | COSTCO | HOUSEHOLD FO... | -2.15 |
| Check | 06/04/2018 | DM | CRIME INFOCHECK | BUSINESS EXP | -18.95 |
| Check | 06/04/2018 | DM | DISH NETWORK | UTILITIES | -97.00 |
| Check | 06/04/2018 | DM | RACHEL GILBERT | BEAUTITION | -69.00 |
| Check | 06/04/2018 | DM | WALMART | HOUSEHOLD FO... | -26.37 |
| Check | 06/04/2018 | DM | COSTCO | HOUSEHOLD FO... | -55.10 |
| Check | 06/04/2018 | DM | AJ'S | HOUSEHOLD FO... | -6.24 |
| Check | 06/04/2018 | DM | SAFECO | AUTO INSURAN... | -306.69 |
| Check | 06/05/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -5.00 |
| Check | 06/05/2018 | DM | COSTCO | HOUSEHOLD FO... | -32.50 |
| Check | 06/05/2018 | DM | AMERICAN CONTI... | HEALTH INSUR... | -134.95 |
| Check | 06/05/2018 | DM | IL BUONO SOLAR | UTILITIES | -137.77 |
| Check | 06/05/2018 | DM | UNITED HEALTH C... | HEALTH INSUR... | -427.00 |
| Check | 06/05/2018 | 208 | INSURANCE COMP... | INSURANCE | -197.90 |
| Check | 06/06/2018 | DM | PORTILLOS HOT D... | RESTAURANT | -4.30 |
| Check | 06/06/2018 | DM | COUNSELLING AF... | MEDICAL SUPP... | -100.00 |
| Check | 06/06/2018 | DM | NICKS AT FRANK L... | HOUSEHOLD FO... | -21.59 |
| Check | 06/06/2018 | DM | DRAGON DISPOSAL | REFUSE PICKUP | -85.00 |
| Check | 06/06/2018 | DM | A.SILVER | WALKING AROU... | -50.00 |
| Check | 06/06/2018 | DM | PAPYRUS | BUSINESS EXP | -23.73 |
| Check | 06/06/2018 | DM | AJ'S | HOUSEHOLD FO... | -6.94 |
| Check | 06/06/2018 | DM | SALT RIVER PROJ... | UTILITIES | -44.00 |
| Check | 06/07/2018 | 211 | OCWEN | SECURED DEBT | -4,449.45 |
| Check | 06/07/2018 | DM | COX | CABLE | -83.84 |
| Check | 06/07/2018 | DM | APS | UTILITIES | -22.37 |
| Check | 06/08/2018 | DM | DISH NETWORK | UTILITIES | -80.69 |
| Check | 06/08/2018 | DM | COSTCO GAS | AUTO FUEL | -16.07 |
| Check | 06/08/2018 | DM | MR COOPER | SECURED DEBT | -884.82 |
| Check | 06/11/2018 | 209 | CITY OF SCOTTSD... | UTILITIES | -49.23 |
| Check | 06/11/2018 | 210 | CITY OF PHOENIX ... | UTILITIES | -28.81 |
| Check | 06/11/2018 | DM | CULVER'S | RESTAURANT | -4.31 |
| Check | 06/11/2018 | DM | COSTCO | HOUSEHOLD FO... | -30.46 |
| Check | 06/11/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -10.24 |
| Check | 06/11/2018 | DM | COSTCO GAS | AUTO FUEL | -29.81 |
| Check | 06/11/2018 | DM | TRADER JOE'S | HOUSEHOLD FO... | -8.30 |
| Check | 06/11/2018 | DM | A.SILVER | REPAIRS | -200.00 |
| Check | 06/11/2018 | DM | SOUTHWEST GAS | UTILITIES | -61.33 |
| Check | 06/12/2018 | DM | AJ'S | HOUSEHOLD FO... | -26.66 |
| Check | 06/12/2018 | DM | WELLS FARGO | BUSINESS EXP | -135.00 |
| Check | 06/12/2018 | DM | COSTCO | HOUSEHOLD FO... | -35.03 |
| Check | 06/12/2018 | DM | AETNA | HEALTH INSUR... | -21.50 |
| Check | 06/12/2018 | DM | GLIC PHONE PAY | HEALTH INSUR... | -1,023.36 |
| Check | 06/13/2018 | 124 | ROY CORREZ | REPAIRS | -750.00 |
| Check | 06/13/2018 | DM | CHOMPIES | RESTAURANT | -7.97 |
| Check | 06/13/2018 | DM | AJ'S | HOUSEHOLD FO... | -7.33 |
| Check | 06/13/2018 | DM | COSTCO | HOUSEHOLD FO... | -12.65 |
| Check | 06/14/2018 | DM | COUNSELLING AF... | MEDICAL SUPP... | -100.00 |
| Check | 06/14/2018 | DM | BRODER BROS | BUSINESS EXP | -40.86 |
| Check | 06/14/2018 | DM | BRODER BROS | BUSINESS EXP | -28.34 |
| Check | 06/14/2018 | DM | WELLS FARGO | PROPERTY SALE | -45.00 |
| Check | 06/14/2018 | DM | ATHLETA | GIFT | -150.00 |
| Check | 06/14/2018 | DM | NCOUNTER | RESTAURANT | -10.32 |
| Check | 06/15/2018 | DM | FRY'S FOODS | HOUSEHOLD FO... | -23.88 |
| Check | 06/15/2018 | DM | COSTCO | HOUSEHOLD FO... | -34.01 |
| Check | 06/15/2018 | DM | APS | UTILITIES | -23.69 |
| Check | 06/18/2018 | DM | BRODER BROS | BUSINESS EXP | -409.79 |
| Check | 06/18/2018 | DM | NICKS AT FRANK L... | HOUSEHOLD FO... | -18.35 |
| Check | 06/18/2018 | DM | WALLMART | HOUSEHOLD FO... | -56.19 |
| Check | 06/18/2018 | DM | COSTCO | HOUSEHOLD FO... | -59.25 |

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION

## Check Register Wells Fargo 7285

Month of June 2018

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Check | 06/18/2018 | DM | WELLS FARGO | PROPERTY SALE | -15.00 |
| Check | 06/19/2018 | 214 | CARMEN DORAS | REPAIR | -150.00 CK |
| Check | 06/19/2018 | DM | SAFECO | AUTO INSURAN... | -1,219.60 |
| Check | 06/19/2018 | DM | COSTCO | HOUSEHOLD FO... | -25.38 |
| Check | 06/20/2018 | 188 | ARIZONA DEPT OF... | SALES TAX EXP... | -561.91 CK |
| Check | 06/20/2018 | DM | PUREFORMULAS | MEDICINE | -47.70 |
| Check | 06/20/2018 | DM | RACHEL GILBERT | BEAUTITION | -46.00 |
| Check | 06/20/2018 | DM | AAA ALARM | UTILITIES | -187.12 |
| Check | 06/20/2018 | DM | AJ'S | HOUSEHOLD FO... | -13.66 |
| Check | 06/20/2018 | DM | COSTCO | HOUSEHOLD FO... | -37.38 |
| Check | 06/21/2018 | 215 | ARLENE SILVER | MEDICAL SUPP... | -70.25 CK |
| Check | 06/21/2018 | DM | ARIZONA REPUBLIC | NEWSPAPER | -6.91 |
| Check | 06/21/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -7.00 |
| Check | 06/21/2018 | DM | COSTCO | HOUSEHOLD FO... | -7.11 |
| Check | 06/21/2018 | DM | COSTCO | HOUSEHOLD FO... | -34.13 |
| Check | 06/22/2018 | 216 | SWEEPING SERVI... | REPAIR | -117.00 CK |
| Check | 06/22/2018 | 204 | SWEEPING SERVI... | REPAIR | -117.00 |
| Check | 06/22/2018 | 206 | RACHEL BLUM | GIFT | -200.00 |
| Check | 06/22/2018 | DM | COUNSELLING AF... | MEDICAL SUPP... | -100.00 |
| Check | 06/22/2018 | DM | HOME SERVE | HOUSING REPAIR | -6.99 |
| Check | 06/22/2018 | DM | WALLMART | HOUSEHOLD FO... | -20.01 |
| Check | 06/25/2018 | DM | DISH NETWORK | UTILITIES | -60.00 |
| Check | 06/25/2018 | DM | COSTCO GAS | AUTO FUEL | -30.50 |
| Check | 06/25/2018 | DM | COSTCO | HOUSEHOLD FO... | -20.31 |
| Check | 06/25/2018 | DM | FRY'S FOODS | HOUSEHOLD FO... | -7.55 |
| Check | 06/25/2018 | DM | JADE PALACE | RESTAURANT | -15.65 |
| Check | 06/26/2018 | 215 | CITY OF SCOTTSD... | UTILITIES | -21.00 CK |
| Check | 06/26/2018 | 217 | LADY BUG PEST | PEST CONTROL | -51.00 |
| Check | 06/26/2018 | DM | COSTCO | HOUSEHOLD FO... | -27.61 |
| Check | 06/26/2018 | DM | APS | UTILITIES | -20.16 |
| Check | 06/27/2018 | 218 | OVERTURE | SUPPLIES | -100.00 CK |
| Check | 06/27/2018 | DM | COUNSELLING AF... | MEDICAL SUPP... | -100.00 |
| Check | 06/27/2018 | DM | FRY'S FOODS | HOUSEHOLD FO... | -6.06 |
| Check | 06/27/2018 | DM | TRADER JOE'S | HOUSEHOLD FO... | -14.63 |
| Check | 06/27/2018 | DM | WALLMART | HOUSEHOLD FO... | -24.80 |
| Check | 06/28/2018 | DM | CONSUMER CELL... | TELEPHONE | -126.66 |
| Check | 06/28/2018 | DM | AJ'S | HOUSEHOLD FO... | -12.10 |
| Check | 06/29/2018 | DM | DISH NETWORK | UTILITIES | -60.00 |
| Check | 06/29/2018 | DM | VILLAGE TAVERN | RESTAURANT | -18.54 |
| Check | 06/29/2018 | DM | BRODER BROS | BUSINESS EXP | -225.86 |
| Check | 06/29/2018 | DM | COSTCO | HOUSEHOLD FO... | -7.11 |
| Check | 06/29/2018 | DM | COSTCO GAS | AUTO FUEL | -9.33 |
| Total WELLS FARGO 7285 | | | | | -16,278.18 |
| Total UNRESTRICTED CASH | | | | | -16,278.18 |
| **TOTAL** | | | | | **-16,278.18** |

CHECKS 8223
ELECTRONIC 8055

# Wells Fargo Everyday Checking

RONALD J SILVER
DEBTOR IN POSSESSION
CH 11 CASE #17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $2,044.56 |
| Deposits/Additions | 2,123.58 |
| Withdrawals/Subtractions | - 936.39 |
| **Ending balance on 6/30** | **$3,231.75** |

Account number: **6959313591**

**RONALD J SILVER**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-07624 (AZ)**

*Wisconsin/Illinois account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 071101307

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | SSA Treas 310 Xxsoc Sec 060118 xxxxx5538A SSA Ronald J Silver | 1,155.00 | | |
| 6/1 | | Purchase authorized on 05/30 Subway 0313 Scottsdale AR S588150765981473 Card 7373 | | 7.01 | |
| 6/1 | | Purchase authorized on 06/01 Frys-Food 10450 N. 90T Scottsdale AZ P00000000071093190 Card 7373 | | 20.29 | 3,172.26 |
| 6/4 | | Purchase authorized on 06/02 Beltone Hearing & Morton Grove IL S588153572312158 Card 7373 | | 116.66 | 3,055.60 |
| 6/8 | | Home Depot U.S.A Reg Salary 180608 xxxxx9745 Silver,Ronald J | 492.95 | | 3,548.55 |
| 6/12 | | Purchase with Cash Back $ 100.00 authorized on 06/12 Wal-Mart #2766 Scottsdale AZ P00000000539091346 Card 7373 | | 111.73 | 3,436.82 |
| 6/13 | | Purchase authorized on 06/13 Quiktrip Phoenix AZ P00588164476681394 Card 7373 | | 27.37 | 3,409.45 |
| 6/14 | | Purchase with Cash Back $ 60.00 authorized on 06/14 Frys-Food 10450 N. 90T Scottsdale AZ P00000000280797453 Card 7373 | | 78.67 | 3,330.78 |
| 6/18 | | Purchase with Cash Back $ 60.00 authorized on 06/17 Frys-Food 10450 N. 90T Scottsdale AZ P00000000573173533 Card 7373 | | 69.93 | 3,260.85 |
| 6/19 | | Purchase authorized on 06/19 Circle K 05410 8890 E Scottsdale AZ P00000000033541296 Card 7373 | | 23.49 | 3,237.36 |
| 6/20 | | Purchase authorized on 06/19 Shrinershospitals 844-739-0849 FL S388170557253674 Card 7373 | | 25.00 | |
| 6/20 | 150 | Check | | 20.00 | 3,192.36 |
| 6/21 | | Purchase authorized on 06/19 Subway 0313 Scottsdale AR S468170836097088 Card 7373 | | 3.77 | |
| 6/21 | | Purchase with Cash Back $ 60.00 authorized on 06/21 Frys-Food 10450 N. 90T Scottsdale AZ P00000000572190279 Card 7373 | | 70.17 | 3,118.42 |
| 6/22 | | Home Depot U.S.A Reg Salary 180622 xxxxx9745 Silver,Ronald J | 451.54 | | |
| 6/22 | 144 | Check | | 50.00 | |
| 6/22 | 145 | Check | | 50.00 | |
| 6/22 | 146 | Check | | 100.00 | 3,369.96 |
| 6/25 | | Purchase authorized on 06/22 Scottsdale Mvd Scottsdale AZ S308173707717539 Card 7373 | | 10.00 | |
| 6/25 | | Purchase authorized on 06/25 The UPS Store #4990 87 Scottsdale AZ P00000000485884991 Card 7373 | | 133.46 | 3,226.50 |
| 6/26 | 148 | Check | | 10.00 | 3,216.50 |
| 6/27 | | Purchase authorized on 06/25 Subway 0313 Scottsdale AR S308176788335607 Card 7373 | | 8.84 | 3,207.66 |
| 6/28 | | Edeposit IN Branch/Store 06/28/18 03:15:02 Pm 10450 N 90th St Scottsdale AZ 7373 | 24.09 | | 3,231.75 |
| **Ending balance on 6/30** | | | | | **3,231.75** |
| **Totals** | | | **$2,123.58** | **$936.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 144 | 6/22 | 50.00 | 146 | 6/22 | 100.00 | 150 * | 6/20 | 20.00 |
| 145 | 6/22 | 50.00 | 148 * | 6/26 | 10.00 | | | |

* *Gap in check sequence.*

Void 147

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

# Wells Fargo Everyday Checking

Account number: **6725367285** ■ June 1, 2018 - June 30, 2018 ■ 

WELLS
FARGO

ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $45,974.34 |
| Deposits/Additions | 56,681.33 |
| Withdrawals/Subtractions | - 16,278.18 |
| **Ending balance on 6/30** | **$86,377.49** |

Account number: **6725367285**
**ARLENE SILVER**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 17-07624 (AZ)**
*Arizona account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 122105278

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

86 377.49 Joel
+ 13 813 37
100,190 86
+ 1943 18
102,134.04 *

(38) Ins =2
Sheet 00001 of 00004


WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Deposit Made In A Branch/Store | 13,813.37 | | |
| 6/1 | | Deposit Made In A Branch/Store | 1,943.18 | | |
| 6/1 | | Purchase authorized on 05/30 Counseling Affilia Scottsdale AZ S588150677357137 Card 5138 | | 100.00 | |
| 6/1 | | Purchase authorized on 05/31 Costco Whse #0427 Scottsdale AZ P00388152113612811 Card 5138 | | 11.53 | |
| 6/1 | | Purchase authorized on 06/01 Trader Joe's # 087 Scottsdale AZ P00468152690904602 Card 5138 | | 13.78 | 61,605.58 |
| 6/4 | | Purchase authorized on 05/31 Nicks at Frank Llo Scottsdale AZ S588151710036094 Card 5138 | | 12.85 | |
| 6/4 | | Purchase authorized on 05/31 Costco Whse #0427 Scottsdale AZ S468152109393946 Card 5138 | | 2.15 | |
| 6/4 | | Purchase authorized on 06/01 Crimeinfocheckcom 877-2933608 GA S588153008803638 Card 5138 | | 18.95 | |
| 6/4 | | Purchase authorized on 06/02 Dish Network-One T 800-333-3474 CO S308153547996253 Card 5138 | | 97.00 | |
| 6/4 | 183 | Cashed Check | | 200.00 | |
| 6/4 | | Purchase authorized on 06/02 Sq *Rachel Gilbert Phoenix AZ S308153739430106 Card 5138 | | 69.00 | |
| 6/4 | | Purchase authorized on 06/03 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000474489325 Card 5138 | | 26.37 | |
| 6/4 | | Purchase authorized on 06/03 Costco Whse #0427 Scottsdale AZ P00388154622833745 Card 5138 | | 55.10 | |
| 6/4 | | Purchase authorized on 06/04 Aj's #118 Scottsdale AZ P00000000137182020 Card 5138 | | 6.24 | |
| 6/4 | | Safeco Insurance Ins Prem 061018 72838275746 Ronald Silver Arlene S | | 306.69 | |
| 6/4 | 179 | Check | | 480.91 | |
| 6/4 | 207 | Check | | 679.00 | 59,651.32 |
| 6/5 | | Purchase authorized on 06/04 Roses Hallmark PO Scottsdale AZ S588155628446614 Card 5138 | | 5.00 | |
| 6/5 | | Purchase authorized on 06/05 Costco Whse #0427 Scottsdale AZ P00468156701251325 Card 5138 | | 32.50 | |
| 6/5 | | American Contine Ins Pymt 180602 Aci2155156 Arlene Silver | | 134.95 | |
| 6/5 | | IL Buono Solar I Echeckpay Txid00004532396 Arlene Silver | | 137.77 | |
| 6/5 | | Unitedhealthcare Premium 0197632271 Silver R | | 427.00 | |
| 6/5 | 208 | Check | | 197.90 | 58,716.20 |
| 6/6 | | Purchase authorized on 06/02 Portillos Hot Dogs Scottsdale AZ S388154045051998 Card 5138 | | 4.30 | |
| 6/6 | | Purchase authorized on 06/04 Counseling Affilia Scottsdale AZ S308155659214947 Card 5138 | | 100.00 | |
| 6/6 | | Purchase authorized on 06/04 Nicks at Frank Llo Scottsdale AZ S588156030667450 Card 5138 | | 21.59 | |
| 6/6 | | Recurring Payment authorized on 06/05 Dragon Disposal 480-513-4065 AZ S468156354632252 Card 5138 | | 85.00 | |
| 6/6 | | Cash eWithdrawal in Branch/Store 06/06/2018 10:01 Am 14595 N Scottsdale Rd Scottsdale AZ 5138 | | 50.00 | |
| 6/6 | | Purchase authorized on 06/06 Papyrus # 15205 N Kier Scottsdale AZ P00000000083177545 Card 5138 | | 23.73 | |
| 6/6 | | Purchase authorized on 06/06 Aj's #118 Scottsdale AZ P00000000981765014 Card 5138 | | 6.94 | |
| 6/6 | | Srp Surepay 180604 xxxxx0002 Suntex Ltr & Troph Inc | | 44.00 | 58,380.64 |
| 6/7 | | Purchase authorized on 06/05 Cox Phoenix Comm S 800-234-3993 AZ S588157058945536 Card 5138 | | 83.84 | |
| 6/7 | | APS Electric Pmt Payment 180605 4592451000 Silver,Ronald J | | 22.37 | |
| 6/7 | 211 | Check | | 4,449.45 | 53,824.98 |
| 6/8 | | Purchase authorized on 06/06 Dish Network-One T 800-333-3474 CO S308157384742695 Card 5138 | | 80.69 | |
| 6/8 | | Purchase authorized on 06/08 Costco Gas #0427 Scottsdale AZ P00388159744563363 Card 5138 | | 16.07 | |



WELLS
FARGO

***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/8 | | Nationstar DBA MR Cooper 180608 0600421978 Ronald Silver | | 884.82 | 52,843.40 |
| 6/11 | | Deposit Made In A Branch/Store | 339.46 | | |
| 6/11 | | Purchase authorized on 06/08 Culver's of Scotts Scottsdale AZ S588159714506252 Card 5138 | | 4.31 | |
| 6/11 | | Purchase authorized on 06/09 Costco Whse #0427 Scottsdale AZ P00588160683557129 Card 5138 | | 30.46 | |
| 6/11 | | Purchase authorized on 06/10 Butters Pancakes & Scottsdale AZ S588161577533206 Card 5138 | | 10.24 | |
| 6/11 | | Purchase authorized on 06/11 Costco Gas #0427 Scottsdale AZ P00468162621040273 Card 5138 | | 29.81 | |
| 6/11 | | Purchase authorized on 06/11 Trader Joe's # 087 Scottsdale AZ P00308162654974281 Card 5138 | | 8.30 | |
| 6/11 | | Cash eWithdrawal in Branch/Store 06/11/2018 4:05 Pm 14595 N Scottsdale Rd Scottsdale AZ 5138 | | 200.00 | |
| 6/11 | ^ 209 | Cityofscottsdale Checkpymt 180610 00209 000000000000 | | 49.23 | |
| 6/11 | | Southwest Gas App 180607 4212748833021 Silver Ronaldj | | 61.33 | |
| 6/11 | 210 | Check | | 28.81 | 52,760.37 |
| 6/12 | | Purchase authorized on 06/12 Aj's #118 Scottsdale AZ P00000000273727427 Card 5138 | | 26.66 | |
| 6/12 | | Purchase Bank Check OR Draft | | 135.00 | |
| 6/12 | | Purchase authorized on 06/12 Costco Whse #0427 Scottsdale AZ P00308164019419730 Card 5138 | | 35.03 | |
| 6/12 | | Aetna877-2564476 Cippremium 061218 Mebn7D9S Arlene Silver | | 21.50 | |
| 6/12 | | Glic Phone Pay 180611 000000948127288 Arlene Silver | | 1,023.36 | 51,518.82 |
| 6/13 | | Purchase authorized on 06/11 Chompies Restauran Scottsdale AZ S308162731267225 Card 5138 | | 7.97 | |
| 6/13 | | Purchase authorized on 06/13 Aj's #118 Scottsdale AZ P00000000080674878 Card 5138 | | 7.33 | |
| 6/13 | | Purchase authorized on 06/13 Costco Whse #0427 Scottsdale AZ P00308164715332431 Card 5138 | | 12.65 | |
| 6/13 | 124 | Check | | 750.00 | 50,740.87 |
| 6/14 | | Purchase authorized on 06/12 Counseling Affilia Scottsdale AZ S468163649334112 Card 5138 | | 100.00 | |
| 6/14 | | Purchase authorized on 06/12 Broder Bros., CO 800-523-4585 PA S468163706464083 Card 5138 | | 40.86 | |
| 6/14 | | Purchase authorized on 06/12 Broder Bros., CO 800-523-4585 PA S468163758174750 Card 5138 | | 28.34 | 50,571.67 |
| 6/15 | | WT Fed#04485 US Bank, NA /Org=Northwest Title LLC, DBA Nextitle Srf# 180615047300 Trn#180615164674 Rfb# 180615047300 | 935.00 | | |
| 6/15 | | WT Fed#04479 US Bank, NA /Org=Northwest Title LLC, DBA Nextitle Srf# 180615047946 Trn#180615167253 Rfb# 180615047946 | 36,909.07 | | |
| 6/15 | | WT Fed#04574 US Bank, NA /Org=Northwest Title LLC, DBA Nextitle Srf# 180615048054 Trn#180615167630 Rfb# 180615048054 | 750.00 | | |
| 6/15 | | Wire Trans Svc Charge - Sequence: 180615164674 Srf# 180615047300 Trn#180615164674 Rfb# 180615047300 | | 15.00 | |
| 6/15 | | Wire Trans Svc Charge - Sequence: 180615167253 Srf# 180615047946 Trn#180615167253 Rfb# 180615047946 | | 15.00 | |
| 6/15 | | Wire Trans Svc Charge - Sequence: 180615167630 Srf# 180615048054 Trn#180615167630 Rfb# 180615048054 | | 15.00 | |
| 6/15 | | Purchase authorized on 06/14 Athleta US 7041 Scottsdale AZ S388165674183453 Card 5138 | | 150.00 | |
| 6/15 | | Purchase authorized on 06/14 Ncounter-Mayo Blvd Phoenix AZ S588165689310078 Card 5138 | | 10.32 | |
| 6/15 | | Purchase authorized on 06/15 Frys-Food 10450 N. 90T Scottsdale AZ P00000000389143756 Card 5138 | | 23.88 | |
| 6/15 | | Purchase authorized on 06/15 Costco Whse #0427 Scottsdale AZ P00388167046659978 Card 5138 | | 34.01 | |
| 6/15 | | APS Electric Pmt Payment 180613 6687845066 Silver,Arlene | | 23.69 | 88,878.84 |
| 6/18 | | Partial Wire Trans Svc Charge Reversal | 7.50 | | |


***Transaction history (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/18 | | Partial Wire Trans Svc Charge Reversal | 7.50 | | |
| 6/18 | | Partial Wire Trans Svc Charge Reversal | 7.50 | | |
| 6/18 | | Purchase authorized on 06/15 Broder Bros., CO 800-523-4585 PA S588166681364419 Card 5138 | | 409.79 | |
| 6/18 | | Purchase authorized on 06/16 Nicks at Frank Llo Scottsdale AZ S588167855258113 Card 5138 | | 18.35 | |
| 6/18 | | Purchase authorized on 06/17 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000170557724 Card 5138 | | 56.19 | |
| 6/18 | | Purchase authorized on 06/17 Costco Whse #0427 Scottsdale AZ P00588168630514177 Card 5138 | | 59.25 | 88,357.76 |
| 6/19 | | WT Fed#03153 US Bank, NA /Org=Northwest Title LLC, DBA Nextitle Srf# 180619031346 Trn#180619131358 Rfb# 180619031346 | 935.00 | | |
| 6/19 | | Wire Trans Svc Charge - Sequence: 180619131358 Srf# 180619031346 Trn#180619131358 Rfb# 180619031346 | | 15.00 | |
| 6/19 | | Purchase authorized on 06/18 Safeco Insurance C 800-332-3226 MA S308169801704836 Card 5138 | | 1,219.60 | |
| 6/19 | | Purchase authorized on 06/19 Costco Whse #0427 Scottsdale AZ P00308171007601952 Card 5138 | | 25.38 | |
| 6/19 | 214 | Check | | 150.00 | 87,882.78 |
| 6/20 | | SSA Treas 310 Xxsoc Sec 062018 xxxxx1430A SSA Arlene Silver | 821.00 | | |
| 6/20 | | Purchase authorized on 06/19 Pureformulas.Com 800-383-6008 FL S388170561911402 Card 5138 | | 47.70 | |
| 6/20 | | Purchase authorized on 06/19 Sq *Rachel Gilbert Phoenix AZ S308170639185969 Card 5138 | | 46.00 | |
| 6/20 | | Purchase authorized on 06/19 AAA Alarm & Securi 623-780-5755 AZ S468170802747484 Card 5138 | | 187.12 | |
| 6/20 | | Purchase authorized on 06/20 Aj's #118 Scottsdale AZ P00000000679405804 Card 5138 | | 13.66 | |
| 6/20 | | Purchase authorized on 06/20 Costco Whse #0427 Scottsdale AZ P00388172030766226 Card 5138 | | 37.38 | |
| 6/20 | 188 | Check | | 561.91 | 87,810.01 |
| 6/21 | | Edeposit IN Branch/Store 06/21/18 09:24:37 Am 14595 N Scottsdale Rd Scottsdale AZ | 135.00 | | |
| 6/21 | | Purchase authorized on 06/20 Gan*AZ Rep Sub 602-444-8000 AZ S388171271347583 Card 5138 | | 6.91 | |
| 6/21 | | Purchase authorized on 06/20 Roses Hallmark PO Scottsdale AZ S308171635337237 Card 5138 | | 7.00 | |
| 6/21 | | Purchase authorized on 06/20 Costco Whse #0427 Scottsdale AZ P00308172039075791 Card 5138 | | 7.11 | |
| 6/21 | | Purchase authorized on 06/21 Costco Whse #0427 Scottsdale AZ P00468172623885368 Card 5138 | | 34.13 | |
| 6/21 | 215 | Check | | 70.25 | 87,819.61 |
| 6/22 | | Purchase Return authorized on 06/21 Crimeinfocheckcom 877-2933608 GA S628173543526775 Card 5138 | 18.95 | | |
| 6/22 | | Purchase Return authorized on 06/21 Crimeinfocheckcom 877-2933608 GA S628173543526776 Card 5138 | 18.95 | | |
| 6/22 | | Purchase Return authorized on 06/21 Crimeinfocheckcom 877-2933608 GA S628173543526777 Card 5138 | 18.95 | | |
| 6/22 | | Purchase authorized on 06/20 Counseling Affilia Scottsdale AZ S588171624663613 Card 5138 | | 100.00 | |
| 6/22 | | Recurring Payment authorized on 06/21 Homeserve USA 888-666-8075 CT S388172439138541 Card 5138 | | 6.99 | |
| 6/22 | | Purchase authorized on 06/22 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000883239066 Card 5138 | | 20.01 | |
| 6/22 | 216 | Check | | 117.00 | |
| 6/22 | 204 | Check | | 117.00 | |
| 6/22 | 206 | Check | | 200.00 | 87,315.46 |
| 6/25 | | Purchase authorized on 06/22 Dish Network-One T 800-333-3474 CO S588173491215881 Card 5138 | | 60.00 | |
| 6/25 | | Purchase authorized on 06/24 Costco Gas #0427 Scottsdale AZ P00308175577121941 Card 5138 | | 30.50 | |


WELLS
FARGO

## *Transaction history (continued)*

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 6/25 | | Purchase authorized on 06/24 Costco Whse #0427 Scottsdale AZ P00388175654028595 Card 5138 | | 20.31 | |
| 6/25 | | Purchase authorized on 06/25 Frys-Food 10450 N. 90T Scottsdale AZ P00000000582227100 Card 5138 | | 7.55 | 87,197.10 |
| 6/26 | | Purchase authorized on 06/25 Jade Palace Scottsdale AZ S388176696936268 Card 5138 | | 15.65 | |
| 6/26 | | Purchase authorized on 06/26 Costco Whse #0427 Scottsdale AZ P00588177679678218 Card 5138 | | 27.61 | |
| 6/26 | | APS Electric Pmt Payment 180622 6687845066 Silver,Arlene | | 20.16 | |
| 6/26 | 215 | Check | | 21.00 | |
| 6/26 | 217 | Check | | 51.00 | 87,061.68 |
| 6/27 | | Purchase authorized on 06/25 Counseling Affilia Scottsdale AZ S308176709849309 Card 5138 | | 100.00 | |
| 6/27 | | Purchase authorized on 06/26 Frys-Food 10450 N. 90T Scottsdale AZ P00000000485277314 Card 5138 | | 6.06 | |
| 6/27 | | Purchase authorized on 06/27 Trader Joe's # 087 Scottsdale AZ P00468178606554771 Card 5138 | | 14.63 | |
| 6/27 | | Purchase authorized on 06/27 Wal-Mart Super Center Scottsdale (N AZ P00000000175513149 Card 5138 | | 24.80 | |
| 6/27 | 218 | Check | | 100.00 | 86,816.19 |
| 6/28 | | Purchase authorized on 06/26 Consumer Cellular 800-6864460 OR S308177837549995 Card 5138 | | 126.66 | |
| 6/28 | | Purchase authorized on 06/28 Aj's #118 Scottsdale AZ P00000000874823488 Card 5138 | | 12.10 | 86,677 43 |
| 6/29 | | Purchase Return authorized on 06/29 Broder Bros., CO 800-523-4585 PA S628180546803470 Card 5138 | 8.80 | | |
| 6/29 | | Purchase Return authorized on 06/29 Broder Bros., CO 800-523-4585 PA S628180546803469 Card 5138 | 12.10 | | |
| 6/29 | | Purchase authorized on 06/27 Dish Network-One T 800-333-3474 CO S468178735761294 Card 5138 | | 60.00 | |
| 6/29 | | Purchase authorized on 06/27 Village Tavern 8 Scottsdale AZ S388179037735113 Card 5138 | | 18.54 | |
| 6/29 | | Purchase authorized on 06/28 Broder Bros., CO 800-523-4585 PA S588179531932848 Card 5138 | | 225.86 | |
| 6/29 | | Purchase authorized on 06/29 Costco Whse #0427 Scottsdale AZ P00588180728022984 Card 5138 | | 7.11 | |
| 6/29 | | Purchase authorized on 06/29 Costco Gas #0427 Scottsdale AZ P00588180739028963 Card 5138 | | 9.33 | 86,377.49 |
| **Ending balance on 6/30** | | | | | **86,377.49** |
| **Totals** | | | **$56,681.33** | **$16,278.18** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ ***Converted check:*** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 124 | 6/13 | 750.00 | 207 | 6/4 | 679.00 | 215 | 6/26 | 21.00 |
| 179 * | 6/4 | 480.91 | 208 | 6/5 | 197.90 | 215 | 6/21 | 70.25 |
| 183 * | 6/4 | 200.00 | 209 | 6/11 | 49.23 | 216 | 6/22 | 117.00 |
| 188 * | 6/20 | 561.91 | 210 | 6/11 | 28.81 | 217 | 6/26 | 51.00 |
| 204 * | 6/22 | 117.00 | 211 | 6/7 | 4,449.45 | 218 | 6/27 | 100.00 |
| 206 * | 6/22 | 200.00 | 214 * | 6/19 | 150.00 | | | |

* *Gap in check sequence.*

ARLENE AND RONALD SILVER
DEBTOR IN POSESSION
CASE NUMBER 2:17-bk-07624-SHG
INCOME STATEMENT PROPERTIES

| | FOR THE MONTH OF JUNE, 2018 | | | | FOR THE PERIOD JULY 5, 2017 THROUGH JUNE 30, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | GLENDALE | HATCHER | CONDOS | TOTAL | GLENDALE | HATCHER | CONDOS | TOTAL |
| RENT INCOME | 15,415 | 2,496 | 2,367 | 20,278 | 164,730 | 26,829 | 34,862 | 226,421 |
| EXPENSES | | | | | | | | |
| INTEREST EXPENSE | - | 1,980 | 430 | 2,410 | 12,450 | 21,780 | 11,470 | 45,700 |
| DEPRECIATION | 1,700 | 200 | 1,200 | 3,100 | 18,700 | 2,200 | 19,200 | 40,100 |
| PROPERTY TAX | 1,870 | 310 | 607 | 2,787 | 20,570 | 3,410 | 2,907 | 26,887 |
| INSURANCE | | | 733 | 733 | | | 1,498 | 1,498 |
| SALES TAX | 427 | 69 | 66 | 562 | 4,957 | 805 | 1,057 | 6,819 |
| REFUSE PICKUP | 85 | - | - | 85 | 1,227 | - | | 1,227 |
| PEST CONTROL | 51 | | | 51 | 347 | | | 347 |
| UTILITIES | 73 | - | 44 | 117 | 885 | - | 169 | 1,054 |
| REPAIRS/TURNOVER | 584 | | 950 | 1,534 | 2,246 | | 6,031 | 8,277 |
| INSPECTION | - | | | - | 40 | | | 40 |
| REFUND SEC DEPOSIT | - | - | | - | - | - | 416 | 416 |
| EVICTION COSTS | | | | - | | | 358 | 358 |
| FINDER'S FEE | - | - | - | - | - | - | 300 | 300 |
| HOA FEE | - | - | 1,212 | 1,212 | - | - | 7,553 | 7,553 |
| TOTAL EXPENSES | 4,790 | 2,559 | 5,242 | 12,591 | 61,422 | 28,195 | 50,959 | 140,576 |
| NET RENTAL INCOME | 10,625 | (63) | (2,875) | 7,687 | 103,308 | (1,366) | (16,097) | 85,845 |