Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors,*
RONALD AND ARLENE SILVER

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In Re:

Arlene Silver and
Ronald J. Silver, husband and wife,

Debtors.

**Chapter 11**

**Case No. 2:17-bk-07624-SHG**

### STIPULATION APPROVING ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY

Debtors in Possession, Arlene Silver and Ronald J. Silver, and first position lienholder Wells Fargo Bank, N.A. as certificate trustee for Gonzalo Residential Asset Trust, through its loan servicer Ocwen Loan Servicing, LLC ("Lienholder") through their respective undersigned counsel, hereby stipulate to the entry of the proposed form of order attached hereto as **Exhibit "1"** granting Debtors' Motion to Approve Sale of Real Property filed on May 9, 2018 at Docket Entry No. 115 ("Motion").

Debtors Motion seeks approval of the sale of real property located at 7009 East Acoma Drive Unit 1052, Scottsdale, Arizona 85254 ("Property") pursuant to 11 U.S.C. § 363(b), FRBP 2002 &6004 and Local Rule 6004-1. Lienholder is the only creditor with a secured interest in the Property. Lienholder filed a limited objection to the Motion on May July 24, 2018 to make sure that any order granting the Motion include certain language to ensure, among other thanks, that Lienholder is paid in full through escrow (Docket Entry No. 120). No other objections to the Motion were filed.

1 | Debtors and Lienholder hereby stipulate and agree that the proposed form of order attached hereto satisfies Lienholder's limited objection and agree that the sale of the Property is in the best interest of the estate.

Wherefore, Debtors and Lienholder hereby stipulate and agree to the entry of the form of order attached hereto.

SO STIPULATED.

RESPECTFULLY SUBMITTED this 7th day of August, 2018

        LAW OFFICES OF KYLE A. KINNEY, PLLC

        By:*/s/ Kyle A. Kinney*
            Kyle A. Kinney, Esq.
            1717 N. 77th Street, Suite 6
            Scottsdale, AZ 85257
            Attorney for Debtors

        ALDRIDGE PITE, LLP

        By:/s/ Janet M. Spears
            Janet M. Spears, Esq.
            4375 Jutland Drive, Suite 200
            P.O. Box 17933
            San Diego, CA 92177
            Attorney for Lienholder

This is to certify that the foregoing was e-filed on this 7th day of August 2018, in the United States Bankruptcy Court, COPY of the foregoing served via electronicNotification that same date on:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

RENEE SANDLER SHAMBLIN
Office of the U. S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

Kim Lepore
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Attorneys for Nissan

ALDRIDGE PITE, LLP
ecfazb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Attorneys for Ocwen Loan Servicing

SANFORD J. GERMAINE
sgermaine@germaine-law.com
4040 E Camelback Rd Ste. 110
Phoenix, AZ 85018
Attorney for Creditor Lee & Associates

Lori L. Winkelman
Amelia B. Valenzuela
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
lori.winkelman@quarles.com
amelia.valenzuela@quarles.com
Attorneys for Capital One, NA as servicer
For Greenpoint Mortgage Funding, Inc.

Joseph J. Tirello, Jr., Esq.
ZIEVE, BRODNAX & STEELE, LLP
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012
E-mail: Jtirello@zbslaw.com
Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small BalanceCommercial Mortgage Pass-Through Certificates, Series 2007-3

BALL, SANTIN &McLERAN, PLC
James E. Shively
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018
Attorney for Lienholder
Nationstar Mortgage, LLC, as servicer for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N, U.S. Bank National Association, as Trustee

By:*/s/* Paula D. Hillock

EXHIBIT 1

Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors,*
RONALD AND ARLENE SILVER

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Arlene Silver and<br>Ronald J. Silver, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG**<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY** |

The Court having received Debtors in Possession, Arlene Silver and Ronald J. Silver, Motion to Approve Sale of Real Property located at 7009 East Acoma Drive Unit 1052, Scottsdale, Arizona 85254 ("Property") pursuant to 11 U.S.C. § 363(b), FRBP 2002 &6004 and Local Rule 6004-1 ("Motion"), and with one limited objection having been filed by lien holder Wells Fargo Bank, N.A. as certificate trustee for Gonzalo Residential Asset Trust ("Lienholder"), through its loan servicer Ocwen Loan Servicing, LLC, within the 21 day period and with proper notice and service haven been made pursuant to Rule 2002 of Federal Rules of Bankruptcy Procedure, and Local Rule 9013-1(k)(1); and with such limited objection having been resolved by way of stipulation of the parties;

IT IS HEREBY ORDERED authorizing Debtors to sell the Property pursuant to the terms as set-forth in the proposed purchase contract attached to the Motion;

IT IS FURTHER ORDERED that Lienholder shall be paid in full at the close of escrow subject to a payoff quote obtained at the time of closing;

IT IS FURTHER ORDERED that Debtors shall contact Lienholder and/or its counsel of record prior to the closing of the sale to obtain an updated payoff quote for the

| | |
|---|---|
| 1 | Subject Loan. Lienholder may require such updated payoff demand prior to the close of |
| 2 | escrow to ensure Lienholder's claim is paid in full; |
| 3 | IT IS FURTHER ORDERED that Lienholder's claim shall not be surcharged in any |
| 4 | way with the costs of the sale, broker commissions, attorneys' fees or any other |
| 5 | administrative claims, costs or expenses in connection with the sale of the Property; |
| 6 | IT IS FURTHER ORDERED that if the sale of the Property is not completed or |
| 7 | funds are not received by Lienholder to satisfy the subject loan in full after closing, |
| 8 | Lienholder shall retain its lien for the full amount due under the subject promissory note; |
| 9 | IT IS FURTHER ORDERED that to the extent Debtors dispute any amounts which |
| 10 | Lienholder claims are owed on the subject loan, that the undisputed amount of the |
| 11 | Lienholder's claim will be paid at the close of the sale and for the disputed amount of |
| 12 | Lienholder's claim to be segregated in an interest bearing account with an additional |
| 13 | $10,000 in sale proceeds pending further Order of this Court to allow for Lienholder and/or |
| 14 | Debtors' potential recovery of any of its reasonable attorney's fees and costs incurred in |
| 15 | successfully prevailing upon such dispute; |
| 16 | IT IS FURTHER ORDERED that if Debtors fail to close escrow and payoff the |
| 17 | subject loan in accordance with this Order within ninety (90) calendar days of entry of this |
| 18 | Order, Debtors shall file and notice a motion with this Court requesting an extension to |
| 19 | complete the sale; |
| 20 | IT IS FURTHER ORDERED that in the event Debtors complete the sale of the |
| 21 | Property prior to confirmation of the Chapter 11 Plan, the Plan and/or Confirmation Order |
| 22 | shall be amended to reflect the sale of the Property and payment of Creditor's secured claim |
| 23 | in full; |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

1    IT IS FURTHER ORDERED that, except for liens, costs and commissions to be paid through escrow as stated in the purchase contract and above, that Debtors shall retain all proceeds received from the sale and shall not make any disbursements unless expressly authorized by this Court or within the ordinary course of business.

**SIGNED AND DATED ABOVE**