THIS ORDER IS APPROVED.

Dated: August 9, 2018

_____
Scott H. Gan, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 2:17-bk-7624-SHG |
| ARLENE and RONALD SILVER, | ) | |
| | ) | **ORDER DENYING APPROVAL OF** |
| | ) | **AMENDED DISCLOSURE** |
| | ) | **STATEMENT AND SETTING STATUS** |
| Debtors. | ) | **HEARING** |

On July 19, 2018, the Court held a hearing on approval of Debtors' Disclosure Statement (DE 97) for Debtors' First Amended Chapter 11 Plan (DE 98). On July 20, 2018, the Court entered its Minute Entry Order (DE 118) which required Debtor to make changes enumerated in Exhibit A to the Minute Entry Order and to file an Amended Disclosure Statement within 15 days of entry of the order.

Debtor filed an Amended Disclosure Statement on August 7, 2018 (DE 123) and provided a red-lined version of the Amended Disclosure Statement to chambers. After reviewing the Amended Disclosure Statement, the Court has determined that Debtor has not complied with the Minute Entry Order. Therefore,

**IT IS ORDERED** that approval of the Amended Disclosure Statement is **DENIED.**

**IT IS FURTHER ORDERED** that a status hearing shall be held on August 23, 2018 at 2:00 p.m. at the U.S. Bankruptcy Court, 230 North First Avenue. Courtroom 301,

Phoenix, AZ 85003 with additional appearance at 38 South Scott Avenue, Courtroom 329, Tucson, AZ 85701.

    Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Arlene Silver
8329 E. Charter Oak Rd
Scottsdale, AZ 85260

Ronald Silver
42 Augusta Dr.
Deerfield, IL 60015

Kyle Kinney
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N 77th St. Ste. 6
Scottsdale, AZ 85257

U.S. Trustee's Office
230 N. First Ave. #204
Phoenix, AZ 85003