# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

)

ARLENE & RONALD J SILVER

)
)
)
)
)
)
)

Debtor(s) )

CASE NO.    2:17-bk-07624-SHG

**INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT**

| | |
|---|---|
| MONTH OF | Jul-18 |
| DATE PETITION FILED: | 7/5/2017 |
| TAX PAYER ID NO. : | 1430 |

| | |
|---|---|
| Nature of Debtor's Business: | REAL ESTATE RENTAL |
| Nature of Co-Debtor's Business: | NONE |

| | | | |
|---|---|---|---|
| DATE DISCLOSURE STATEMENT | FILED | TO BE FILED | |
| DATE PLAN OF REORGANIZATION | FILED | TO BE FILED | |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

s/ Arlene Silver
_____
ORIGINAL SIGNATURE OF DEBTOR

ARLENE SILVER
_____
PRINTED NAME OF DEBTOR

_____
DATE

**PREPARER:**

_Joel Ruben_
_____
ORIGINAL SIGNATURE OF PREPARER

JOEL L RUBEN
_____
PRINTED NAME OF PREPARER

s/ Ronald Silver
_____
ORIGINAL SIGNATURE OF CO-DEBTOR

RONALD J SILVER
_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

CPA
_____
TITLE

8/9/18
_____
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

              JOEL L RUBEN

PHONE NUMBER:    602-291-1196

ADDRESS:    P O Box 62641
               PHOENIX, AZ 85082-2641

**FILE REPORT ELECTRONICALLY WITH THE COURT**

# CASH SUMMARY
## INDIVDUAL DEBTOR

| | Cash | Bank Accounts | | | TOTAL |
|---|---|---|---|---|---|
| | | Checking | Checking | Checking | |
| | | | 7285 | 3591 | |
| Balance at Beginning of Period | | | 86377 | 3233 | 89610 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | 779 | 779 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| REFUND | | | | | |
| Rental Income | | | 15757 | | 15757 |
| Transfers from Other DIP Accounts | | | | | |
| SOCIAL SECURITY | | | 821 | 1155 | 1976 |
| FROM PROP MGR | | | | | |
| **TOTAL RECEIPTS** | | | 16578 | 1934 | 18512 |

| **TOTAL DISBURSEMENTS** | | | 15721 | 4824 | 20545 * |
|---|---|---|---|---|---|

| **Balance at End of Month** | | | 87234 | 343 | 87577 |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 20,545.00 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 4,733.00 |
| Plus: Payroll Deductions (from page 3) | 193.00 |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 25,471.00 |

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month:** Jul-18
**Account #** 4503

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | NONE | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | NONE | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 3

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| **Month:** | Jul-18 |
| **Account #** | 7285 |

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE SCHEDULE ATTACHED | 4214 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 4214 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE SCHEDULE ATTACHED | 11507 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 11507 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 15721 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | N/A | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| **Month:** | Jul-18 |
| **Account #** | 3591 |

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE ATTACHED | 444 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 444 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE ATTACHED | 4378 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 4378 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 4822 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | 7/6/2018 | 416 | | 334 | | 82 |
| | 7/20/2018 | 556 | | 445 | | 111 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | 193 |

# CASE STATUS

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees:    NONE

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

ATTEMPTING TO RENT VACANT COMMERCIAL SPACE

SALE OF ASSETS

**Identify any matters that are delaying the filing of a plan of reorganization:**

NEGOTIATION WITH MORTGAGE HOLDER ON LARGEST ASSET

Page 4

**DBA BUSINESS ENTITY**
REAL ESTATE RENTAL

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll # | Tax # | |
| Balance at Beginning of Period | | | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| TOTAL RECEIPTS | | | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | | ALL INFORMATION INCLUDED IN INDIVIDUAL DIP ACCOUNTS | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | | | | |
| ARIZONA SALES TAX | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| TOTAL DISBURSEMENTS | | | | |

| | | | | |
|---|---|---|---|---|
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 19928 | 19928 | 246349 |
| Less: Returns & Discounts | | | |
| Net Revenue | 19928 | 19928 | 246349 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 571 | 571 | 7390 |
| Other Expenses (attach detail) | 12061 | 12061 | 145818 |
| Total Operating Expenses | 12632 | 12632 | 153208 |

| Income Before Non-operating Income and Expense | 7296 | 7296 | 93141 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | 7296 | 7296 | 93141 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | 1950 | 1950 |
| Other (attach list) | | | |
| Total Reorganization Expenses | 0 | 1950 | 1950 |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 7296 | 5346 | 91191 |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 3,522 | 87,577 | 89,609 |
| Restricted Cash | | | |
| Total Cash | 3,522 | 87,577 | 89,609 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (DUE FROM PROP MGR) | | 1,539 | (31) |
| Total Current Assets | 3,522 | 89,116 | 89,578 |
| Property, Plant & Equipment | 3,311,600 | 3,173,600 | 3,173,600 |
| Less: Accumulated Depreciation | | 37,200 | 34,100 |
| Net Property, Plant & Equip. | 3,311,600 | 3,136,400 | 3,139,500 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | 63,482 | 63,482 | 63,482 |
| Other (attach list) | | | |
| TOTAL ASSETS | 3,378,604 | 3,288,998 | 3,292,560 |
| | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | 557 | 557 |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (security deposit) | | 1,943 | 1,943 |
| Total Post-Petition Liabilities | | 2,500 | 2,500 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | 2,841,008 | 2,676,117 | 2,679,833 |
| Priority Debt | | - | - |
| Unsecured Debt | 47,301 | 47,301 | 47,301 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 2,888,309 | 2,723,418 | 2,727,134 |
| TOTAL LIABILITIES | 2,888,309 | 2,725,918 | 2,729,634 |
| | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | 490,295 | 486,193 | 486,193 |
| Post-Petition Cumulative Profit/Loss | | 76,887 | 76,733 |
| Direct Charges to Equity (explain) | | | |
| Total Equity | 490,295 | 563,080 | 562,926 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 3,378,604 | 3,288,998 | 3,292,560 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | | | |
| Less Amount Considered Uncollectible | 0 | | | |
| Net Accounts Receivable | 0 | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: N/A

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | 3311600 | | 138000 | 3173600 |
| Accumulated Depreciation | 37000 | 6200 | 6000 | 37200 |
| Net Buildings | 3274600 | -6200 | 132000 | 3136400 |
| Equipment | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:
CONDOMINIUM AT 7009 ACOMA DR, SCOTTADALE AZ SOLD ON JUNE 14, 2018

COURT ORDER DATED JUNE 5, 2018

# STATUS OF LIABILITIES
## AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | 557 | 557 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (security deposit) | 1,943 | - | | | 1943 |
| | | | | | |
| Total Post-Petition Liabilities | 2,500 | 557 | - | - | 1,943 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

| | GLENDALE | HATCHER | CONDOS | TOTAL |
|---|---|---|---|---|
| DEPRECIATION | 1,700 | 200 | 1,200 | 3,100 |
| INTEREST | - | 1,980 | 750 | 2,730 |
| PROPERTY TAX | 1,870 | 310 | 150 | 2,330 |
| REFUSE | 85 | | | 85 |
| HOA FEES | - | | 422 | 422 |
| PEST CONTROL | 51 | | | 51 |
| UTILITIES | 81 | | | 81 |
| INSURANCE | - | | 186 | 186 |
| REPAIRS | 2,351 | | 725 | 3,076 |
| | | | | |
| TOTAL EXPENSES | | | | 12,061 |

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 3591
### Month of July 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **UNRESTRICTED CASH** | | | | | |
| **WELLS FARGO 3591** | | | | | |
| Check | 07/05/2018 | 151 | STACY BLUM | GIFT | -1,000.00 *cu* |
| Check | 07/05/2018 | 152 | RACHEL BLUM | GIFT | -100.00 |
| Check | 07/05/2018 | 153 | RYAN BLUM | GIFT | -100.00 |
| Check | 07/05/2018 | 154 | DAVID BLUM | RENT EXPENSE | -200.00 |
| Check | 07/05/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -20.52 |
| Check | 07/05/2018 | DM | BELTONE HEARING | MEDICAL SUP... | -116.66 |
| Check | 07/05/2018 | DM | QUICK TRIP | AUTO FUEL | -35.32 |
| Check | 07/06/2018 | 156 | GENWORTH | HEALTH INSU... | -1,978.00 *cu* |
| Check | 07/10/2018 | 155 | STACY BLUM | GIFT | -1,000.00 |
| Check | 07/10/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -25.13 |
| Check | 07/11/2018 | DM | SUBWAY | RESTAURANT | -9.06 |
| Check | 07/18/2018 | DM | CVS PHARMACY | MEDICINE | -11.86 |
| Check | 07/18/2018 | DM | SAFEWAY | HOUSEHOLD ... | -7.02 |
| Check | 07/18/2018 | DM | UPS | BUSINESS EXP | -24.86 |
| Check | 07/19/2018 | DM | SUBWAY | RESTAURANT | -3.77 |
| Check | 07/23/2018 | DM | FRY'S FOODS | -SPLIT- | -79.56 |
| Check | 07/30/2018 | DM | SANCTUARY | RESTAURANT | -40.00 |
| Check | 07/30/2018 | DM | FRY'S FOODS | -SPLIT- | -70.67 |

Total WELLS FARGO 3591     -4,822.43

Total UNRESTRICTED CASH     -4,822.43

**TOTAL**     -4,822.43

CHECKS   4378
ELECTRONIC  444

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 7285
### Month of July 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **UNRESTRICTED CASH** | | | | | |
| **WELLS FARGO 7285** | | | | | |
| Check | 07/02/2018 | 213 | STACY BLUM | GIFT | -149.00 ᶜᵏ |
| Check | 07/02/2018 | DM | COSTCO | HOUSEHOLD ... | -7.99 |
| Check | 07/02/2018 | DM | MVD | LICENSE | -451.15 |
| Check | 07/02/2018 | DM | CHOMPIES | RESTAURANT | -9.05 |
| Check | 07/02/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -6.01 |
| Check | 07/02/2018 | DM | COSTCO | HOUSEHOLD ... | -13.70 |
| Check | 07/02/2018 | DM | SIRUSXM | AUTO REPAIR | -71.46 |
| Check | 07/02/2018 | DM | COSTCO | HOUSEHOLD ... | -40.72 |
| Check | 07/02/2018 | DM | USPS | BUSINESS EXP | -5.00 |
| Check | 07/03/2018 | 231 | ONE GUARD | HOUSING RE... | -80.00 ᶜ/ᶜ |
| Check | 07/03/2018 | 232 | PROPERTY MANA... | RECEIVABLE ... | -678.00 ⅃ |
| Check | 07/03/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -9.60 |
| Check | 07/03/2018 | DM | CIRCLE K | AUTO FUEL | -10.81 |
| Check | 07/03/2018 | DM | COSTCO | HOUSEHOLD ... | -101.79 |
| Check | 07/03/2018 | DM | SAFEWAY | HOUSEHOLD ... | -5.58 |
| Check | 07/05/2018 | DM | DISH NETWORK | UTILITIES | -57.69 |
| Check | 07/05/2018 | DM | NICKS AT FRANK L... | HOUSEHOLD ... | -8.07 |
| Check | 07/05/2018 | DM | RACHEL GILBERT | BEAUTITION | -46.00 |
| Check | 07/05/2018 | DM | CALIFORNIA PIZZA... | RESTAURANT | -10.13 |
| Check | 07/05/2018 | DM | COSTCO | HOUSEHOLD ... | -38.50 |
| Check | 07/05/2018 | DM | SALT RIVER PROJ... | UTILITIES | -44.00 |
| Check | 07/05/2018 | DM | IL BUONO SOLAR | UTILITIES | -137.77 |
| Check | 07/05/2018 | DM | UNITED HEALTH C... | HEALTH INSU... | -427.00 |
| Check | 07/05/2018 | DM | AMERICAN CONTI... | HEALTH INSU... | -134.95 |
| Check | 07/06/2018 | 230 | CITY OF PHOENIX ... | UTILITIES | -8.00 ᶜᵏ |
| Check | 07/06/2018 | DM | DRAGON DISPOSAL | REFUSE PICK... | -85.00 |
| Check | 07/06/2018 | DM | COX | CABLE | -83.84 |
| Check | 07/06/2018 | DM | WHOLE FOODS | HOUSEHOLD ... | -27.21 |
| Check | 07/09/2018 | 233 | ROY CORREZ | REPAIRS | -425.00 ᶜ ᵉ |
| Check | 07/09/2018 | 234 | ROY CORREZ | REPAIR | -2,000.00 ↓ |
| Check | 07/09/2018 | 229 | CITY OF PHOENIX ... | UTILITIES | -28.81 ᶜᵏ |
| Check | 07/09/2018 | 223 | INSURANCE COMP... | INSURANCE | -185.90 ⅃ |
| Check | 07/09/2018 | DM | MC DONALDS | RESTAURANT | -3.98 |
| Check | 07/09/2018 | DM | DISCOUNT MAG.C... | BUSINESS EXP | -19.99 |
| Check | 07/09/2018 | DM | ATM | WALKING AR... | -200.00 |
| Check | 07/09/2018 | DM | COSTCO | HOUSEHOLD ... | -44.68 |
| Check | 07/10/2018 | 221 | CITY OF SCOTTSD... | UTILITIES | -49.18 ᶜ/ᶜ |
| Check | 07/10/2018 | 235 | PROPERTY MANA... | RECEIVABLE ... | -200.00 |
| Check | 07/10/2018 | 224 | SWEEPING SERVI... | REPAIR | -117.00 |
| Check | 07/10/2018 | 212 | NISSAN MOTOR C... | AUTO LEASE | -480.91 ⅃ |
| Check | 07/10/2018 | DM | WALLMART | HOUSEHOLD ... | -12.08 |
| Check | 07/10/2018 | DM | COSTCO | HOUSEHOLD ... | -20.99 |
| Check | 07/10/2018 | DM | TARGET | SUPPLIES | -4.06 |
| Check | 07/10/2018 | DM | APS | UTILITIES | -34.65 |
| Check | 07/10/2018 | DM | SOUTHWEST GAS | UTILITIES | -62.95 |
| Check | 07/11/2018 | 238 | PROPERTY MANA... | RECEIVABLE ... | -577.30 ᵉ/ᵏ |
| Check | 07/11/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 07/11/2018 | DM | COSTCO | HOUSEHOLD ... | -1.82 |
| Check | 07/11/2018 | DM | AETNA | HEALTH INSU... | -21.50 |
| Check | 07/12/2018 | 222 | JEWISH COMMUNI... | DONATION | -50.00 ᶜᵏ |
| Check | 07/12/2018 | DM | CHOMPIES | RESTAURANT | -6.47 |
| Check | 07/12/2018 | DM | COSTCO | HOUSEHOLD ... | -45.96 |
| Check | 07/12/2018 | DM | AJ'S | HOUSEHOLD ... | -11.34 |
| Check | 07/13/2018 | DM | COSTCO | HOUSEHOLD ... | -24.46 |
| Check | 07/13/2018 | DM | COSTCO GAS | AUTO FUEL | -15.29 |
| Check | 07/16/2018 | 226 | NISSAN MOTOR C... | AUTO LEASE | -480.91 ᶜ/ᶜ |
| Check | 07/16/2018 | 241 | OCWEN | SECURED DE... | -4,463.00 ⅃ |
| Check | 07/16/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -5.00 |
| Check | 07/16/2018 | DM | ATM | REPAIRS | -300.00 |
| Check | 07/16/2018 | DM | AJ'S | HOUSEHOLD ... | -10.98 |
| Check | 07/17/2018 | DM | COSTCO | HOUSEHOLD ... | -8.12 |
| Check | 07/17/2018 | DM | COSTCO GAS | AUTO FUEL | -13.79 |
| Check | 07/17/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -9.13 |
| Check | 07/18/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 07/18/2018 | DM | RACHEL GILBERT | BEAUTITION | -46.00 |
| Check | 07/18/2018 | DM | WALLMART | HOUSEHOLD ... | -7.12 |

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 7285
### Month of July 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| Check | 07/18/2018 | DM | COSTCO | HOUSEHOLD ... | -16.24 |
| Check | 07/18/2018 | DM | BRAKE MASTERS | AUTO REPAIR | -25.14 |
| Check | 07/19/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -11.60 |
| Check | 07/19/2018 | DM | COSTCO | HOUSEHOLD ... | -11.52 |
| Check | 07/19/2018 | DM | DISH NETWORK | UTILITIES | -85.00 |
| Check | 07/20/2018 | DM | COSTCO GAS | AUTO FUEL | -14.02 |
| Check | 07/20/2018 | DM | COSTCO | HOUSEHOLD ... | -5.58 |
| Check | 07/20/2018 | DM | AJ'S | HOUSEHOLD ... | -7.22 |
| Check | 07/20/2018 | DM | AZ REPUBLIC | NEWSPAPER | -6.91 |
| Check | 07/20/2018 | DM | HOMESERVE USA | UTILITIES | -6.99 |
| Check | 07/23/2018 | 195 | ARIZONA DEPT OF... | SALES TAX E... | -571.48 ᶜ ᵏ |
| Check | 07/23/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -11.60 |
| Check | 07/23/2018 | DM | COSTCO | HOUSEHOLD ... | -36.55 |
| Check | 07/23/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -4.45 |
| Check | 07/23/2018 | DM | COSTCO | HOUSEHOLD ... | -17.05 |
| Check | 07/23/2018 | DM | COSTCO GAS | AUTO FUEL | -19.21 |
| Check | 07/23/2018 | DM | BRIO | RESTAURANT | -36.82 |
| Check | 07/25/2018 | 242 | SWEEPING SERVI... | REPAIR | -117.00 ᶜᵏ |
| Check | 07/25/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 07/25/2018 | DM | COSTCO | HOUSEHOLD ... | -12.35 |
| Check | 07/26/2018 | 225 | LADY BUG PEST | PEST CONTR ... | -51.00 ᵁᶜ |
| Check | 07/26/2018 | DM | CHOMPIES | RESTAURANT | -6.47 |
| Check | 07/26/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -11.60 |
| Check | 07/26/2018 | DM | COSTCO | HOUSEHOLD ... | -38.09 |
| Check | 07/27/2018 | 240 | SWEEPING SERVI... | REPAIR | -117.00 ᵁᶜ |
| Check | 07/27/2018 | DM | ATM | WALKING AR... | -100.00 |
| Check | 07/30/2018 | 249 | PROPERTY MANA... | RECEIVABLE ... | -678.00 ᶜᵏ |
| Check | 07/30/2018 | DM | DISH NETWORK | UTILITIES | -45.00 |
| Check | 07/30/2018 | DM | CONSUMER CELL... | TELEPHONE | -136.99 |
| Check | 07/30/2018 | DM | ROSE'S HALLMARK | BUSINESS EXP | -2.50 |
| Check | 07/30/2018 | DM | RACHEL GILBERT | BEAUTITION | -46.00 |
| Check | 07/30/2018 | DM | CALIFORNIA PIZZA... | RESTAURANT | -13.84 |
| Check | 07/30/2018 | DM | COSTCO GAS | AUTO FUEL | -14.49 |
| Check | 07/30/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -11.60 |
| Check | 07/30/2018 | DM | COSTCO | HOUSEHOLD ... | -43.94 |
| Check | 07/30/2018 | DM | ATM | WALKING AR... | -300.00 |
| Check | 07/30/2018 | DM | WALLMART | HOUSEHOLD ... | -17.89 |
| Check | 07/30/2018 | DM | COSTCO GAS | AUTO FUEL | -16.75 |
| Check | 07/31/2018 | DM | PORTILLOS HOT D... | RESTAURANT | -8.41 |
| Check | 07/31/2018 | DM | COSTCO | HOUSEHOLD ... | -8.62 |

| | | |
|---|---|---|
| Total WELLS FARGO 7285 | | -15,721.31 |
| Total UNRESTRICTED CASH | | -15,721.31 |
| **TOTAL** | | **-15,721.31** |

CHECKS    11507
Eectronic. 4214



RONALD J SILVER
DEBTOR IN POSSESSION
CH 11 CASE #17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: **6959313591**

**RONALD J SILVER**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-07624 (AZ)**

*Wisconsin/Illinois account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 071101307

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $3,231.75 |
| Deposits/Additions | 1,934.15 |
| Withdrawals/Subtractions | - 4,822.43 |
| **Ending balance on 7/31** | **$343.47** |

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/3 | | SSA Treas 310 Xxsoc Sec 070318 xxxxx5538A SSA Ronald J Silver | 1,155.00 | | |
| 7/3 | | Purchase authorized on 07/03 Frys-Food 10450 N. 90T Scottsdale AZ P00000000786633336 Card 7373 | | 20.52 | 4,366.23 |
| 7/5 | | Purchase authorized on 07/02 Beltone Hearing & Morton Grove IL S38818351284805 Card 7373 | | 116.66 | |
| 7/5 | | Purchase authorized on 07/04 Quiktrip Phoenix AZ P00468185548749209 Card 7373 | | 35.32 | |
| 7/5 | 153 | Check | | 100.00 | |
| 7/5 | 152 | Check | | 100.00 | |
| 7/5 | 154 | Check | | 200.00 | |
| 7/5 | 151 | Check | | 1,000.00 | 2,814.25 |
| 7/6 | | Home Depot U.S.A Reg Salary 180706 xxxxx9745 Silver,Ronald J | 334.14 | | |
| 7/6 | 156 | Check    _Beware_    LTC | | 1,978.00 | 1,170.39 |
| 7/10 | | Purchase authorized on 07/10 Frys-Food 10450 N. 90T Scottsdale AZ P00000000380730044 Card 7373 | | 25.13 | |
| 7/10 | 155 | Check | | 1,000.00 | 145.26 |
| 7/11 | | Purchase authorized on 07/09 Subway 0025 Scottsdale AZ S308190844441835 Card 7373 | | 9.06 | 136.20 |
| 7/18 | | Purchase authorized on 07/18 Cvs/Pharmacy #09 09210--1 Scottsdale AZ P00388199706380339 Card 7373 | | 11.86 | |
| 7/18 | | Purchase authorized on 07/18 Safeway Store 2032 Scottsdale AZ P00308199713701211 Card 7373 | | 7.02 | |
| 7/18 | | Purchase authorized on 07/18 The UPS Store #4990 87 Scottsdale AZ P00000000137459426 Card 7373 | | 24.86 | 92.46 |
| 7/19 | | Purchase authorized on 07/17 Subway 0313 Scottsdale AR S588198839631339 Card 7373 | | 3.77 | 88.69 |
| 7/20 | | Home Depot U.S.A Reg Salary 180720 xxxxx9745 Silver,Ronald J | 445.01 | | 533.70 |
| 7/23 | | Purchase with Cash Back $ 60.00 authorized on 07/23 Frys-Food 10450 N. 90T Scottsdale AZ P00000000331540054 Card 7373 | | 79.56 | 454.14 |
| 7/30 | | Purchase authorized on 07/27 Sanctuary on Camel Paradise Vall AZ S588209067327744 Card 7373    _det F=07_ | | 40.00 | |
| 7/30 | | Purchase with Cash Back $ 60.00 authorized on 07/30 Frys-Food 10450 N. 90T Scottsdale AZ P00000000170281589 Card 7373 | | 70.67 | 343.47 |
| Ending balance on 7/31 | | | | | 343.47 |
| **Totals** | | | **$1,934.15** | **$4,822.43** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 151 | 7/5 | 1,000.00 | 153 | 7/5 | 100.00 | 155 | 7/10 | 1,000.00 |
| 152 | 7/5 | 100.00 | 154 | 7/5 | 200.00 | 156 | 7/6 | 1,978.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2018 - 07/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
|     Minimum daily balance | $1,500.00 | $88.69 ☐ |

# Wells Fargo Everyday Checking



*Joel's / copy*

ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number:  **6725367285**

ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  122105278

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $86,377.49 |
| Deposits/Additions | 16,577.55 |
| Withdrawals/Subtractions | - 15,721.31 |
| **Ending balance on 7/31** | **$87,233.73** |

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/2 | | Deposit Made In A Branch/Store | 13,813.37 | | |
| 7/2 | | Purchase authorized on 06/29 Costco Whse #0427 Scottsdale AZ S308180730053684 Card 5138  *Food* | | 7.99 ✓ | |
| 7/2 | | Purchase authorized on 06/29 AZ Motor Vehicle D 866-436-9533 *License Acr* AZ S588181166554992 Card 5138 | | 451.15 | |
| 7/2 | | Purchase authorized on 06/30 Chompies Restauran Scottsdale AZ S388181591645971 Card 5138  *Food* | | 9.05 ✓ | |
| 7/2 | | Purchase authorized on 06/30 Frys-Food 10450 N. 90T Scottsdale AZ P00000000973173776 Card 5138  *Food* | | 6.01 ✓ | |
| 7/2 | | Purchase authorized on 06/30 Costco Whse #0427 Scottsdale AZ P00588181722548805 Card 5138  *Food* | | 13.70 ✓ | |
| 7/2 | | Recurring Payment authorized on 06/30 Sxm*Siriusxm.Com/A *For 1 YR. Arlene CAR* 888-635-5144 NY S588181779203109 Card 5138 | | 71.46 ✓ *ONE PAY 6a + TXES* | |
| 7/2 | | Purchase authorized on 07/01 Costco Whse #0427 Scottsdale AZ P00388182648488723 Card 5138  *Food* | | 40.72 ✓ | |
| 7/2 | | Purchase authorized on 07/01 USPS KIOSK 03766 8175 E E Scottsdale AZ P00308182664973136 Card 5138  *Stamps* | | 5.00 ✓ | |
| 7/2 | 213 | Check  *Stacy B.D ck* | | 149.00 ✓ | 99,436.78 |
| 7/3 | | Purchase authorized on 07/02 Butters Pancakes & Scottsdale AZ S308183668256463 Card 5138  *Food* | | 9.60 ✓ | |
| 7/3 | | Purchase authorized on 07/02 Circle K 05410 8890 E Scottsdale AZ P00000000689273276 Card 5138  *Gas* | | 10.81 ✓ | |
| 7/3 | | Purchase authorized on 07/03 Costco Whse #0427 Scottsdale AZ P00468184616357411 Card 5138  *Food* | | 101.79 ✓ | |
| 7/3 | | Purchase authorized on 07/03 Safeway Store 1549 Scottsdale AZ P00588184671080477 Card 5138  *Food* | | 5.58 ✓ | |
| 7/3 | 231 | Check  *ONE GUARD — 8329  Scott Silver Deposit* | | 80.00 ✓ | |
| 7/3 | 232 | Check  *Scott- Hatcher / Cardeal ONE* | | 678.00 ✓ | 98,551.00 |
| 7/5 | | Purchase authorized on 07/02 Dish Network-One T 800-333-3474 CO S388183320498721 Card 5138  *Dish* | | 57.69 ✓ | |
| 7/5 | | Purchase authorized on 07/02 Nicks at Frank Llo Scottsdale AZ S308184027932226 Card 5138  *Food-* | | 8.07 ✓ | |
| 7/5 | | Purchase authorized on 07/03 Sq *Rachel Gilbert Phoenix AZ S308184647088730 Card 5138  *Arlene Hair* | | 46.00 ✓ | |
| 7/5 | | Purchase authorized on 07/03 Cali Pizza Kitc IN Scottsdale AZ S588185069341910 Card 5138  *Food* | | 10.13 ✓ | |
| 7/5 | | Purchase authorized on 07/05 Costco Whse #0427 Scottsdale AZ P00308186643945880 Card 5138  *Food* | | 38.50 ✓ | |
| 7/5 | | Srp Surepay 180702 xxxxx0002 Suntex Ltr & Troph Inc  *Tnl* | | 44.00 ✓ *SRP* | |
| 7/5 | *SON INS* | Unitedhealthcare Premium 0197632271 Silver R | | 427.00 ✓ | |
| 7/5 | *Hor INS* | American Contine Ins Pymt 180702 Aci2155156 Arlene Silver  *Arlene INS* | | 134.95 ✓ | |
| 7/5 | | IL Buono Solar I Echeckpay Txid00004743598 Arlene Silver  *Solar 8329* | | 137.77 ✓ | 97,646.89 |
| 7/6 | | Recurring Payment authorized on 07/05 Dragon Disposal 480-513-4065 AZ S388186367499510 Card 5138  *2701 Garbage* | | 85.00 ✓ | |
| 7/6 | | Purchase authorized on 07/05 Cox Phoenix Comm S *8329 Internet + Hse Phone* 800-234-3993 AZ S588186434720816 Card 5138 | | 83.84 ✓ | |
| 7/6 | | Purchase authorized on 07/06 Wholefds Sct 102 7111 E M Phoenix AZ P00468187642739062 Card 5138  *Food* | | 27.21 ✓ | |
| *WATER* 7/6 | *CITY PHY* 230 | Check  *2701* | | 8.00 ✓ | 97,442.84 |
| 7/9 | | Purchase authorized on 07/05 McDonald's F16274 Scottsdale AZ S58186707337165 Card 5138  *Food* | | 3.98 ✓ | |
| 7/9 | | Purchase authorized on 07/06 Discountmags.Com 800-673-8187 AZ S308188076182457 Card 5138  *Rachel* | | 19.99 ✓ | |
| 7/9 | | ATM Withdrawal authorized on 07/07 Ninethieth St&Mountain Scottsdale AZ 0002393 ATM ID 2632K Card 5138  *EATH* | | 200.00 ✓ | |
| 7/9 | | Purchase authorized on 07/08 Costco Whse #0427 Scottsdale AZ P00308189637684666 Card 5138  *Food* | | 44.68 ✓ | |
| 7/9 | 233 | Check  *Roy — Repairs For Sale Inspection* | | 425.00 ✓ *# 1052* | |
| 7/9 | 234 | Check  *Roy* | | 2,000.00 ✓ *2701, Repair* | |
| 7/9 | 229 | Check  *City of Phy Wate 2701* *See ck # 230* | | 28.81 ✓ | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 7/9 | 223 | Check  *CK. 223 (NS)* | | 185.90 | 94,534.48 |
| 7/10 | | Purchase authorized on 07/10 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000876755613 Card 5138 *Premium for INS RANDE* | | 12.08  *FOOD* | |
| 7/10 | | Purchase authorized on 07/10 Costco Whse #0427 Scottsdale AZ P00468191644765912 Card 5138 *FOOD* | | 20.99 | |
| 7/10 | | Purchase authorized on 07/10 Target T- 15444 N Fran Scottsdale AZ P00000000573953473 Card 5138 *FOOD* | | 4.06 | |
| 7/10 | | APS Electric Pmt Payment 180706 4592451000 Silver,Ronald J  *8329 APS* | | 34.65 | |
| 7/10 | | Southwest Gas App 180706 4212748833021 Silver Ronaldj | | 62.95  *8329* | |
| 7/10 *WADE* | ^221 | Cityofscottsdale Checkpymt 180710 00221 000000000000  *8329* | | 49.18 | |
| 7/10 | 235 | Check  *Scott* | | 200.00 | |
| 7/10 | 224 | Check  *2701 SWEEP* | | 117.00 | |
| 7/10 *CAR* | 212 | Check | | 480.91 | 93,552.66 |
| 7/11 | | Purchase authorized on 07/09 Counseling Affilia Scottsdale AZ S30819066439241 Card 5138  *MEDICAL* | | 100.00 | |
| 7/11 | | Purchase authorized on 07/10 Costco Whse #0427 Scottsdale AZ S308191646010352 Card 5138  *FOOD* | | 1.82 | |
| 7/11 *MEDICARE D* | | Aetna877-2564476 Cippremium 071118 Mebn7D9S Arlene Silver  *Papality* | | 21.50 577.30 | 92,852.04 |
| 7/11 *SCOTT* | 238 | Check | | 6.47 | |
| 7/12 | | Purchase authorized on 07/10 Chompies Restauran Scottsdale AZ S38819157398628 Card 5138  *FOOD* | | | |
| 7/12 | | Purchase authorized on 07/12 Costco Whse #0427 Scottsdale AZ P00588193602349220 Card 5138  *FOOD* | | 45.96 | |
| 7/12 | | Purchase authorized on 07/12 Aj's #118 Scottsdale AZ P00388193678575915 Card 5138  *FOOD* | | 11.34 | |
| 7/12 *DONATION* | 222 | Check  *CAPPY SILVER* | | 50.00 | 92,738.27 |
| 7/13 | | Purchase authorized on 07/13 Costco Whse #0427 Scottsdale AZ P00308194640866218 Card 5138  *FOOD* | | 24.46 | 92,713.81 |
| 7/16 | | Purchase authorized on 07/14 Costco Gas #0427 Scottsdale AZ P00308195662253209 Card 5138  *FOOD* | | 15.29 | |
| 7/16 | | Purchase authorized on 07/14 Roses Hallmark PO Scottsdale AZ S388195673120635 Card 5138  *8329 STAMPS* | | 5.00 | |
| 7/16 *SEEMS* | | ATM Withdrawal authorized on 07/14 Ninethieth St&Mountain Scottsdale AZ 0003339 ATM ID 2632K Card 5138  *CASH* | | 300.00 | |
| 7/16 | | Purchase authorized on 07/16 Aj's #118 Scottsdale AZ P00388197698578485 Card 5138  *FOOD*  *CAR* | | 10.98 480.91  *HOUSE* | |
| 7/16 | 226 | Check | | 4,463.00 | 87,438.63 |
| 7/16 *OCWEN* | 241 | Check | | | |
| 7/17 | | Purchase authorized on 07/17 Costco Whse #0427 Scottsdale AZ P00468198616978519 Card 5138  *FOOD* | | 8.12 | |
| 7/17 | | Purchase authorized on 07/17 Costco Gas #0427 Scottsdale AZ P00388198623026483 Card 5138  *GAS* | | 13.79 | |
| 7/17 | | Purchase authorized on 07/17 Frys-Food 10450 N. 90T Scottsdale AZ P00000000077623099 Card 5138  *FOOD* | | 9.13 | 87,407.59 |
| 7/18 | | SSA Treas 310 Xxsoc Sec 071818 xxxxx1430A SSA Arlene Silver | 821.00  *S/S* | | |
| 7/18 | | Purchase authorized on 07/16 Counseling Affilia Scottsdale AZ S308197663359306 Card 5138  *MEDICAL* | | 100.00 | |
| 7/18 | | Purchase authorized on 07/17 Sq *Rachel Gilbert Phoenix AZ S308198653118087 Card 5138  *Arlene* | | 46.00 | |
| 7/18 | | Purchase authorized on 07/18 Wal-Mart Super Center Scottsdale (N AZ P00000000084539962 Card 5138  *FOOD* | | 7.12 | |
| 7/18 | | Purchase authorized on 07/18 Costco Whse #0427 Scottsdale AZ P00388199611035066 Card 5138  *FOOD* | | 16.24 | |
| 7/18 | | Purchase authorized on 07/18 Brake Masters #146 Scottsdale AZ P00588199652647599 Card 5138  *OIL CHGE / TIRES* | | 25.14 | 88,034.09 |
| 7/19 | | Purchase authorized on 07/18 Butters Pancakes & Scottsdale AZ S308199578786696 Card 5138  *FOOD* | | 11.60 | |
| 7/19 | | Purchase authorized on 07/19 Costco Whse #0427 Scottsdale AZ P00468200645168403 Card 5138  *FOOD* | | 11.52 | 88,010.97 |
| 7/20 | | Purchase authorized on 07/18 Dish Network-One T 800-333-3474 CO S30819939474101S Card 5138  *8329* | | 85.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/20 | | Purchase authorized on 07/19 Costco Gas #0427 Scottsdale AZ P00308201092384321 Card 5138 | *GAS* | 14.02 | |
| 7/20 | | Purchase authorized on 07/20 Costco Whse #0427 Scottsdale AZ P00388201658889158 Card 5138 | *Food* | 5.58 | |
| 7/20 | | Purchase authorized on 07/20 Aj's #118 Scottsdale AZ P00588201678679874 Card 5138 | *Food* | 7.22 | 87,899.15 |
| 7/23 | | Purchase authorized on 07/19 #83 Brio Scottsdal Scottsdale AZ S468201076969123 Card 5138 | *Food* | 36.82 | |
| 7/23 | | Purchase authorized on 07/20 Gan*AZ Rep Sub 602-444-8000 AZ S588201271704316 Card 5138 | *AZ Rep - PAPER* | 6.91 | |
| 7/23 | | Recurring Payment authorized on 07/21 Homeserve USA 888-666-8075 CT S588202350744313 Card 5138 | *8329* *util* | 6.99 | |
| 7/23 | | Purchase authorized on 07/21 Frys-Food 10450 N. 90T Scottsdale AZ P0000000282400177 Card 5138 | *Food* | 11.60 | |
| 7/23 | | Purchase authorized on 07/21 Costco Whse #0427 Scottsdale AZ P00308202621126270 Card 5138 | *Food* | 36.55 | |
| 7/23 | | Purchase authorized on 07/21 Frys-Food 10450 N. 90T Scottsdale AZ P0000000577489059 Card 5138 | *Food* | 4.45 | |
| 7/23 | | Purchase authorized on 07/22 Costco Whse #0427 Scottsdale AZ P00588203707649672 Card 5138 | *Food* | 17.05 | |
| 7/23 | | Purchase authorized on 07/23 Costco Gas #0427 Scottsdale AZ P00388204694029772 Card 5138 | *Food* | 19.21 | |
| | | | | 571.48 | 87,188.09 |
| 7/23 | 195 *HAYES* | Check *Labor* | | | |
| 7/25 | | Purchase authorized on 07/23 Counseling Affilia Scottsdale AZ S308204662571503 Card 5138 | *MEDICAL* | 100.00 | |
| 7/25 | | Purchase authorized on 07/24 Costco Whse #0427 Scottsdale AZ P00308206048063749 Card 5138 | *Food* | 12.35 | |
| 7/25 | 242 | Check *2701- sweep* | | 117.00 | 86,958.74 |
| 7/26 | | Purchase authorized on 07/24 Chompies Restauran Scottsdale AZ S308205712769980 Card 5138 | *Food* | 6.47 | |
| 7/26 | | Purchase authorized on 07/25 Butters Pancakes & Scottsdale AZ S588206723173158 Card 5138 | *Food* | 11.60 | |
| 7/26 | | Purchase authorized on 07/26 Costco Whse #0427 Scottsdale AZ P00308207694594866 Card 5138 | *Food* | 38.09 | |
| 7/26 | 225 | Check *L 2701 er sister* | | 51.00 | 86,851.58 |
| 7/27 | | ATM Withdrawal authorized on 07/27 Ninethieth St&Mountain Scottsdale AZ 0004878 ATM ID 2632K Card 5138 | *Arlene - mrd* | 100.00 | |
| 7/27 | 240 | Check *2701 sweep* | | 117.00 | 86,634.58 |
| 7/30 | | Purchase authorized on 07/25 Dish Network-One T 800-333-3474 CO S308206840876870 Card 5138 | *8329* | 45.00 | |
| 7/30 | | Purchase authorized on 07/26 Consumer Cellular 800-6864460 OR S308207803943838 Card 5138 | *3phones -* | 136.99 | |
| 7/30 | | Purchase authorized on 07/27 Roses Hallmark PO Scottsdale AZ S468208615325319 Card 5138 | *STAMPS* | 2.50 | |
| 7/30 | | Purchase authorized on 07/27 Sq *Rachel Gilbert Phoenix AZ S388208657697465 Card 5138 | *Arlene* | 46.00 | |
| 7/30 | | Purchase authorized on 07/27 Cali Pizza Kitc IN Scottsdale AZ S588208676352752 Card 5138 | *Food* | 13.84 | |
| 7/30 | | Purchase authorized on 07/28 Costco Gas #0427 Scottsdale AZ P00588209579023492 Card 5138 | *GAS* | 14.49 | |
| 7/30 | | Purchase authorized on 07/28 Butters Pancakes & Scottsdale AZ S468209588729532 Card 5138 | *Food* | 11.60 | |
| 7/30 | | Purchase authorized on 07/28 Costco Whse #0427 Scottsdale AZ P00468209763540843 Card 5138 | *Food* | 43.94 | |
| 7/30 | | ATM Withdrawal authorized on 07/29 Ninethieth St&Mountain Scottsdale AZ 0005061 ATM ID 2632K Card 5138 | *CASH* | 300.00 | |
| 7/30 | | Purchase authorized on 07/30 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000989213292 Card 5138 | *Food* | 17.89 | |
| 7/30 | *gas* | Purchase authorized on 07/30 Costco Gas #0427 Scottsdale AZ P00308211684132538 Card 5138 | | 16.75 | |
| | | | *500* | 678.00 | 85,307.58 |
| 7/30 | 249 *Hatcher* | Check | | | |
| 7/31 | | Connect U, LLC Sender 180731 xxxxx4482 0000Arlene Silver | 1,943.18 *2701* *ACH July* | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/31 | | Purchase authorized on 07/29 Portillos Hot Dogs Scottsdale AZ S308211026580375 Card 5138 | Food | 8.41 | |
| 7/31 | | Purchase authorized on 07/31 Costco Whse #0427 Scottsdale AZ P00388212647686991 Card 5138 | Food | 8.62 | 87,233.73 |
| **Ending balance on 7/31** | | | | | 87,233.73 |
| Totals | | | **$16,577.55** | **$15,721.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 195 | 7/23 | 571.48 | 225 | 7/26 | 51.00 | 234 | 7/9 | 2,000.00 |
| 212 * | 7/10 | 480.91 | 226 | 7/16 | 480.91 | 235 | 7/10 | 200.00 |
| 213 | 7/2 | 149.00 | 229 * | 7/9 | 28.81 | 238 * | 7/11 | 577.30 |
| 221 * | 7/10 | 49.18 | 230 | 7/6 | 8.00 | 240 * | 7/27 | 117.00 |
| 222 | 7/12 | 50.00 | 231 | 7/3 | 80.00 | 241 | 7/16 | 4,463.00 |
| 223 | 7/9 | 185.90 | 232 | 7/3 | 678.00 | 242 | 7/25 | 117.00 |
| 224 | 7/10 | 117.00 | 233 | 7/9 | 425.00 | 249 * | 7/30 | 678.00 |

* *Gap in check sequence*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2018 - 07/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| Minimum daily balance | $1,500.00 | $85,307.58 ☑ |
| Total amount of qualifying direct deposits | $500.00 | $2,764.18 ☑ |
| Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 74 ☑ |
| The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)     ☐
RC/RC



# ✓ IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

ARLENE AND RONALD SILVER
DEBTOR IN POSESSION
CASE NUMBER 2:17-bk-07624-SHG
INCOME STATEMENT PROPERTIES

FOR THE MONTH OF
JULY, 2018

| | GLENDALE | HATCHER | CONDOS | TOTAL |
|---|---|---|---|---|
| RENT INCOME | 15,076 | 2,486 | 2,366 | 19,928 |
| EXPENSES | | | | |
| INTEREST EXPENSE | - | 1,980 | 750 | 2,730 |
| DEPRECIATION | 1,700 | 200 | 1,200 | 3,100 |
| PROPERTY TAX | 1,870 | 310 | 150 | 2,330 |
| INSURANCE | | | 186 | 186 |
| SALES TAX | 432 | 71 | 68 | 571 |
| REFUSE PICKUP | 85 | - | - | 85 |
| PEST CONTROL | 51 | | | 51 |
| UTILITIES | 81 | | | 81 |
| REPAIRS/TURNOVER | 2,351 | | 725 | 3,076 |
| INSPECTION | - | | | |
| REFUND SEC DEPOSIT | - | | | |
| EVICTION COSTS | | | | |
| FINDER'S FEE | - | - | 422 | 422 |
| HOA FEE | - | - | - | - |
| TOTAL EXPENSES | 6,570 | 2,561 | 3,501 | 12,632 |
| NET RENTAL INCOME | 8,506 | (75) | (1,135) | 7,296 |