# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                     )          CASE NO.    2:17-bk-07624-SHG
                                           )
ARLENE & RONALD J SILVER                   )          **INDIVIDUAL DEBTOR ENGAGED IN**
                                           )          **BUSINESS MONTHLY REPORT**
                                           )
                                           )          MONTH OF                        Aug-18
                                           )
                                           )          DATE PETITION FILED:           7/5/2017
                                           )
                           Debtor(s) )                TAX PAYER ID NO. :                1430

Nature of Debtor's Business:            REAL ESTATE RENTAL
Nature of Co-Debtor's Business:         NONE

DATE DISCLOSURE STATEMENT   FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____              _____
ORIGINAL SIGNATURE OF DEBTOR                  ORIGINAL SIGNATURE OF CO-DEBTOR

ARLENE SILVER                                 RONALD J SILVER
PRINTED NAME OF DEBTOR                        PRINTED NAME OF CO-DEBTOR

            DATE                                          DATE
**PREPARER:**
_____              CPA
ORIGINAL SIGNATURE OF PREPARER                          TITLE
                                                       9/13/18
JOEL L RUBEN                                  _____
PRINTED NAME OF PREPARER                                DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**          JOEL L RUBEN

                    PHONE NUMBER:            602-291-1196

                         ADDRESS:           P O Box 62641
                                            PHOENIX, AZ 85082-2641

**FILE REPORT ELECTRONICALLY WITH THE COURT**

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | | Bank Accounts | | | |
|---|---|---|---|---|---|
| | Cash | Checking | Checking | Checking | TOTAL |
| | | | 7285 | 3591 | |

| | | | | | |
|---|---|---|---|---|---|
| Balance at Beginning of Period | | | 87234 | 343 | 87577 |

**RECEIPTS**

| | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | 1176 | 1176 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | 39284 | | 39284 |
| REFUND | | | | 204 | 204 |
| Rental Income | | | 15756 | | 15756 |
| Transfers from Other DIP Accounts | | | | | |
| SOCIAL SECURITY | | | 821 | 2310 | 3131 |
| FROM PROP MGR | | | | | |
| **TOTAL RECEIPTS** | | | 55861 | 3690 | 59551 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | 15233 | 1542 | 16775 * |

| | | | | | |
|---|---|---|---|---|---|
| **Balance at End of Month** | | | 127862 | 2491 | 130353 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 20,545.00 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 151,344.00 |
| Plus: Payroll Deductions (from page 3) | 289.00 |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 172,178.00 |

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month:** Aug-18
**Account #** 4503

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | NONE | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | NONE | | | |
| | | | | | | |
| | | | | | | |
| | | Total Payroll Deductions - report on page 2 | | | | |

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| **Month:** | Aug-18 |
| **Account #** | 7285 |

**Bank Name** WELLS FARGC

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE SCHEDULE ATTACHED | 3770 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 3770 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE SCHEDULE ATTACHED | 11463 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 11463 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 15233 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | N/A | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 3

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| **Month:** | Aug-18 |
| **Account #** | 3591 |

**Bank Name** WELLS FARGO

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | SEE ATTACHED | 1232 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 1232 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | SEE ATTACHED | 310 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 310 |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 1542 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | 8/3/2018 | 517 | | | 414 | 103 |
| | 8/17/2018 | 474 | | | 381 | 93 |
| | 8/31/2018 | 474 | | | 381 | 93 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total Payroll Deductions - report on page 2 | | 289 |

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

Current number of employees: ___NONE___

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

ATTEMPTING TO RENT VACANT COMMERCIAL SPACE

SALE OF ASSETS

**Identify any matters that are delaying the filing of a plan of reorganization:**

NEGOTIATION WITH MORTGAGE HOLDER ON LARGEST ASSET

Page 4

**DBA BUSINESS ENTITY**
REAL ESTATE RENTAL

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll # | Tax # | |
| Balance at Beginning of Period | | | | |
| **RECEIPTS** | | | | |
| Cash Sales | | | | |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | | | | |
| Capitol Improvements | | | | |
| Pre-Petition Debt | ALL INFORMATION INCLUDED IN INDIVIDUAL DIP ACCOUNTS | | | |
| Transfers to Other DIP Accounts | | | | |
| Other  (attach list) | | | | |
| ARIZONA SALES TAX | | | | |
| | | | | |
| **Reorganization Expenses:** | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS** | | | | |
| Balance at End of Month | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | 18762 | 38690 | 265111 |
| Less: Returns & Discounts | | | |
| Net Revenue | 18762 | 38690 | 265111 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 562 | 1133 | 7952 |
| Other Expenses (attach detail) | 18403 | 30464 | 164221 |
| Total Operating Expenses | 18965 | 31597 | 172173 |

| Income Before Non-operating Income and Expense | -203 | 7093 | 92938 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | -203 | 7093 | 92938 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | 1625 | 1625 | 3575 |
| Other (attach list) | | | |
| Total Reorganization Expenses | 1625 | 1625 | 3575 |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | -1828 | 5468 | 89363 |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 3,522 | 52,475 | 87,577 |
| Restricted Cash | | 77,878 | |
| Total Cash | 3,522 | 130,353 | 87,577 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (DUE FROM PROP MGR) | | 1,476 | 1,539 |
| Total Current Assets | 3,522 | 131,829 | 89,116 |
| Property, Plant & Equipment | 3,311,600 | 3,003,600 | 3,173,600 |
| Less: Accumulated Depreciation | | 32,500 | 37,200 |
| Net Property, Plant & Equip. | 3,311,600 | 2,971,100 | 3,136,400 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | 63,482 | 63,482 | 63,482 |
| Other (attach list) | | | |
| TOTAL ASSETS | 3,378,604 | 3,166,411 | 3,288,998 |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | 557 | 557 |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (security deposit) | | 1,943 | 1,943 |
| Total Post-Petition Liabilities | | 2,500 | 2,500 |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | 2,841,008 | 2,544,927 | 2,676,117 |
| Priority Debt | | - | - |
| Unsecured Debt | 47,301 | 47,301 | 47,301 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 2,888,309 | 2,592,228 | 2,723,418 |
| TOTAL LIABILITIES | 2,888,309 | 2,594,728 | 2,725,918 |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | 490,295 | 486,193 | 486,193 |
| Post-Petition Cumulative Profit/Loss | | 85,490 | 76,887 |
| Direct Charges to Equity (explain) | | | |
| Total Equity | 490,295 | 571,683 | 563,080 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 3,378,604 | 3,166,411 | 3,288,998 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | | | |
| Less Amount Considered Uncollectible | 0 | | | |
| Net Accounts Receivable | 0 | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: N/A

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | 3311600 | | 308000 | 3003600 |
| Accumulated Depreciation | 37000 | 8700 | 13200 | 32500 |
| Net Buildings | 3274600 | 8700 | 294800 | 2988500 |
| Equipment | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | NONE | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:
CONDOMINIUM AT 7009 ACOMA DR, SCOTTADALE AZ SOLD ON AUGUST 13, 2018

COURT ORDER DATED AUGUST 8, 2018

# STATUS OF LIABILITIES
## AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | 557 | 557 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (security deposit) | 1,943 | - | | | 1943 |
| | | | | | |
| Total Post-Petition Liabilities | 2,500 | 557 | - | - | 1,943 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| NONE | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 9

**SCHEDULE OF OTHER OPER**

MONTH OF AUGUST 2018

|  | GLENDALE | HATCHER | CONDOS | TOTAL |
|---|---|---|---|---|
| DEPRECIATION | 1,700 | 200 | 600 | 2,500 |
| INTEREST | - | 1,980 | 2,232 | 4,212 |
| PROPERTY TAX | 1,870 | 310 | 699 | 2,879 |
| REFUSE | 85 | | | 85 |
| HOA FEES | - | | 295 | 295 |
| PEST CONTROL | 51 | | | 51 |
| UTILITIES | 45 | | | 45 |
| INSURANCE | 3,198 | 385 | 151 | 3,734 |
| REPAIRS | 4,015 | | 357 | 4,372 |
| LEGAL | 230 | | | 230 |
| | | | | |
| TOTAL EXPENSES | | | | 18,403 |

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| Check | 08/21/2018 | DM | CHOMPIES | RESTAURANT | -3.23 |
| Check | 08/21/2018 | DM | ARIZONA REPUBLIC | NEWSPAPER | -10.15 |
| Check | 08/22/2018 | 228 | MARK BLOMSTEIN | LEGAL | -230.00 ck |
| Check | 08/22/2018 | 259 | LADY BUG PEST | PEST CONTR... | -51.00 ✓ |
| Check | 08/22/2018 | DM | NICKS AT FRANK L... | HOUSEHOLD ... | -7.07 |
| Check | 08/22/2018 | DM | HOMESERVE USA | UTILITIES | -6.99 |
| Check | 08/23/2018 | 251 | PHOENIX POWER ... | REPAIR | -156.00 ck |
| Check | 08/23/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/23/2018 | DM | AJ'S | HOUSEHOLD ... | -15.42 |
| Check | 08/24/2018 | 263 | PROPERTY MANA... | RECEIVABLE ... | -200.00 ck |
| Check | 08/24/2018 | DM | MC DONALDS | RESTAURANT | -3.18 |
| Check | 08/24/2018 | DM | COSTCO | HOUSEHOLD ... | -12.18 |
| Check | 08/24/2018 | DM | COSTCO GAS | AUTO FUEL | -11.69 |
| Check | 08/24/2018 | DM | DISTRICT | RECEIVABLE ... | -360.00 |
| Check | 08/27/2018 | 262 | U S BANKRUPTCY ... | BANKRUPTCY... | -975.12 ck |
| Check | 08/27/2018 | DM | DISH NETWORK | UTILITIES | -85.00 |
| Check | 08/27/2018 | DM | CONSUMER CELL... | TELEPHONE | -141.36 |
| Check | 08/27/2018 | DM | COSTCO | HOUSEHOLD ... | -16.64 |
| Check | 08/27/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -33.46 |
| Check | 08/27/2018 | DM | SHELL GAS | AUTO FUEL | -13.64 |
| Check | 08/28/2018 | DM | SMART AND FINAL | SUPPLIES | -3.64 |
| Check | 08/28/2018 | DM | DISH NETWORK | UTILITIES | -42.00 |
| Check | 08/29/2018 | 266 | ONE GUARD | HOUSING RE... | -80.00 ck |
| Check | 08/29/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/29/2018 | DM | RACHEL GILBERT | BEAUTITION | -40.00 |
| Check | 08/29/2018 | DM | COSTCO | MEDICAL SUP... | -73.46 |
| Check | 08/29/2018 | DM | COSTCO | HOUSEHOLD ... | -14.70 |
| Check | 08/29/2018 | DM | SYNCH PHONE | TELEPHONE | -46.00 |
| Check | 08/30/2018 | DM | CIRCLE K | AUTO FUEL | -20.40 |
| Check | 08/30/2018 | DM | TRADER JOE'S | HOUSEHOLD ... | -12.60 |
| Check | 08/30/2018 | DM | TRADER JOE'S | HOUSEHOLD ... | -2.13 |
| Check | 08/30/2018 | DM | COSTCO | HOUSEHOLD ... | -12.16 |
| Check | 08/31/2018 | DM | WALMART | HOUSEHOLD ... | -28.46 |

|  |  |
|---|---|
| Total WELLS FARGO 7285 | -15,232.94 |
| Total UNRESTRICTED CASH | -15,232.94 |
| **TOTAL** | **-15,232.94** |

CHECKS  11463
ELECTRONIC  3770

# ARLENE & RONALD J SILVER DEBTOR IN POSSESSION
## Check Register Wells Fargo 7285
### Month of August 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **UNRESTRICTED CASH** | | | | | |
| **WELLS FARGO 7285** | | | | | |
| Check | 08/01/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/01/2018 | DM | COSTCO | HOUSEHOLD ... | -33.60 |
| Check | 08/01/2018 | DM | COSTCO | HOUSEHOLD ... | -45.34 |
| Check | 08/01/2018 | 243 | U S BANKRUPTCY ... | BANKRUPTCY... | -650.00 _ck_ |
| Check | 08/02/2018 | 244 | DEAN AND HOMER | INSURANCE | -3,198.32 _⊥_ |
| Check | 08/02/2018 | DM | AJ'S | HOUSEHOLD ... | -4.46 |
| Check | 08/03/2018 | 247 | DEAN AND HOMER | INSURANCE | -384.75 _ck_ |
| Check | 08/03/2018 | 268 | ROY CORREZ | REPAIR | -500.00 _⊥_ |
| Check | 08/03/2018 | DM | DISH NETWORK | UTILITIES | -37.69 |
| Check | 08/03/2018 | DM | COSTCO | HOUSEHOLD ... | -13.70 |
| Check | 08/03/2018 | DM | COSTCO GAS | AUTO FUEL | -19.14 |
| Check | 08/03/2018 | DM | IL BUONO SOLAR | UTILITIES | -137.77 |
| Check | 08/06/2018 | 246 | AAA ALARM | UTILITIES | -76.06 _ck_ |
| Check | 08/06/2018 | 250 | PHOENIX POWER ... | REPAIR | -156.00 _⊥_ |
| Check | 08/06/2018 | DM | CHOMPIES | RESTAURANT | -15.09 |
| Check | 08/06/2018 | DM | ATM | WALKING AR... | -100.00 |
| Check | 08/06/2018 | DM | AJ'S | HOUSEHOLD ... | -8.02 |
| Check | 08/06/2018 | DM | DRAGON DISPOSAL | REFUSE PICK... | -85.00 |
| Check | 08/06/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -5.89 |
| Check | 08/06/2018 | DM | COSTCO | HOUSEHOLD ... | -13.70 |
| Check | 08/06/2018 | DM | WALMART | HOUSEHOLD ... | -25.30 |
| Check | 08/06/2018 | DM | AMERICAN CONTI... | HEALTH INSU... | -134.95 |
| Check | 08/06/2018 | DM | UNITED HEALTH C... | HEALTH INSU... | -427.00 |
| Check | 08/07/2018 | 245 | CITY OF SCOTTSD... | UTILITIES | -51.92 _ck_ |
| Check | 08/07/2018 | 254 | ROY CORREZ | REPAIR | -503.00 _⊥_ |
| Check | 08/07/2018 | DM | COX | CABLE | -83.81 |
| Check | 08/07/2018 | DM | TRADER JOE'S | HOUSEHOLD ... | -7.99 |
| Check | 08/07/2018 | DM | SALT RIVER PROJ... | UTILITIES | -44.00 |
| Check | 08/08/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/08/2018 | DM | CHOMPIES | RESTAURANT | -14.02 |
| Check | 08/08/2018 | DM | RACHEL GILBERT | BEAUTITION | -69.00 |
| Check | 08/08/2018 | DM | COSTCO GAS | AUTO FUEL | -38.97 |
| Check | 08/08/2018 | DM | APS | UTILITIES | -225.30 |
| Check | 08/09/2018 | DM | COSTCO | HOUSEHOLD ... | -6.43 |
| Check | 08/09/2018 | DM | COSTCO | HOUSEHOLD ... | -31.61 |
| Check | 08/09/2018 | DM | TRADER JOE'S | HOUSEHOLD ... | -14.60 |
| Check | 08/09/2018 | DM | AJ'S | HOUSEHOLD ... | -12.30 |
| Check | 08/09/2018 | DM | COSTCO | HOUSEHOLD ... | -3.55 |
| Check | 08/10/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/10/2018 | DM | WELLS FARGO | PROPERTY S... | -15.00 |
| Check | 08/13/2018 | 255 | ROY CORREZ | REPAIRS | -357.00 _ck_ |
| Check | 08/13/2018 | DM | BUTTER'S PANCA... | RESTAURANT | -5.89 |
| Check | 08/13/2018 | DM | COSTCO | HOUSEHOLD ... | -11.15 |
| Check | 08/13/2018 | DM | WALMART | HOUSEHOLD ... | -37.55 |
| Check | 08/13/2018 | DM | RACHEL GILBERT | BEAUTITION | -46.00 |
| Check | 08/13/2018 | DM | WALMART | HOUSEHOLD ... | -6.96 |
| Check | 08/13/2018 | DM | COSTCO | HOUSEHOLD ... | -35.32 |
| Check | 08/13/2018 | DM | AETNA | HEALTH INSU... | -21.50 |
| Check | 08/13/2018 | DM | SOUTHWEST GAS | UTILITIES | -59.60 |
| Check | 08/14/2018 | 227 | ARIZONA DEPT OF... | SALES TAX E... | -561.63 _ck_ |
| Check | 08/14/2018 | 252 | NISSAN MOTOR C... | AUTO LEASE | -480.91 _⊥_ |
| Check | 08/14/2018 | DM | AJ'S | HOUSEHOLD ... | -2.63 |
| Check | 08/15/2018 | DM | COUNSELLING AF... | MEDICAL SUP... | -100.00 |
| Check | 08/15/2018 | DM | WALMART | HOUSEHOLD ... | -35.91 |
| Check | 08/15/2018 | DM | COSTCO | HOUSEHOLD ... | -91.58 |
| Check | 08/17/2018 | 257 | ROY CORREZ | REPAIR | -485.45 _ck_ |
| Check | 08/17/2018 | 260 | ROY CORREZ | REPAIR | -2,215.00 _⊥_ |
| Check | 08/20/2018 | DM | MIRACLE MILE DELI | RESTAURANT | -15.20 |
| Check | 08/20/2018 | DM | WALMART | HOUSEHOLD ... | -19.06 |
| Check | 08/20/2018 | DM | TRADER JOE'S | HOUSEHOLD ... | -16.81 |
| Check | 08/20/2018 | DM | CHLOE'S CORNER | HOUSEHOLD ... | -2.44 |
| Check | 08/20/2018 | DM | COSTCO | HOUSEHOLD ... | -13.59 |
| Check | 08/20/2018 | DM | COSTCO | HOUSEHOLD ... | -19.20 |
| Check | 08/20/2018 | DM | ATM | WALKING AR... | -40.00 |
| Check | 08/20/2018 | DM | FRY'S FOODS | HOUSEHOLD ... | -1.00 |
| Check | 08/21/2018 | 258 | INSURANCE COMP... | INSURANCE | -150.60 _ck_ |

| Type | Date | Num | Name | Split | Paid Amount |
|------|------|-----|------|-------|-------------|
| UNRESTRICTED CASH | | | | | |
| WELLS FARGO 3591 | | | | | |
| Check | 08/01/2018 | DM | WALMART | -SPLIT- | -110.75 |
| Check | 08/01/2018 | DM | UPS | BUSINESS EXP | -41.87 |
| Check | 08/01/2018 | DM | HOME DEPOT | SUPPLIES | -36.86 |
| Check | 08/03/2018 | DM | SUBWAY | RESTAURANT | -3.77 |
| Check | 08/06/2018 | DM | BELTONE HEARING | MEDICAL SUP... | -116.70 |
| Check | 08/06/2018 | DM | BICYCLES OF SCO... | SUPPLIES | -22.03 |
| Check | 08/09/2018 | DM | FRY'S FOODS | -SPLIT- | -111.17 |
| Check | 08/13/2018 | DM | HOME DEPOT | SUPPLIES | -21.56 |
| Check | 08/15/2018 | DM | FRY'S FOODS | -SPLIT- | -68.12 |
| Check | 08/16/2018 | DM | SUBWAY | RESTAURANT | -7.08 |
| Check | 08/16/2018 | DM | WALLMART | HOUSEHOLD ... | -36.50 |
| Check | 08/20/2018 | DM | HOME DEPOT | SUPPLIES | -86.33 |
| Check | 08/21/2018 | DM | FRY'S FOODS | -SPLIT- | -72.93 |
| Check | 08/23/2018 | DM | SUBWAY | RESTAURANT | -8.84 |
| Check | 08/24/2018 | DM | FRY'S FOODS | -SPLIT- | -65.35 |
| Check | 08/24/2018 | DM | HOME DEPOT | SUPPLIES | -6.53 |
| Check | 08/27/2018 | DM | UPS | BUSINESS EXP | -312.61 |
| Check | 08/28/2018 | 157 | RACHEL BLUM | GIFT | -50.00 |
| Check | 08/28/2018 | 158 | RYAN BLUM | GIFT | -50.00 |
| Check | 08/28/2018 | 159 | STACY BLUM | RENT EXPEN... | -210.00 |
| Check | 08/29/2018 | DM | FRY'S FOODS | -SPLIT- | -64.25 |
| Check | 08/30/2018 | DM | SUPERSHUTTLE | TRANSPORTA... | -27.00 |
| Check | 08/31/2018 | DM | AARP | BUSINESS EXP | -12.00 |
| Total WELLS FARGO 3591 | | | | | -1,542.25 |
| Total UNRESTRICTED CASH | | | | | -1,542.25 |
| TOTAL | | | | | -1,542.25 |

CHECK      310
ELECTRONIC   1232



RONALD J SILVER
DEBTOR IN POSSESSION
CH 11 CASE #17-07624 (AZ)
42 AUGUSTA DR
DEERFIELD IL 60015-5067

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (746)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ✓ |
|---|---|---|---|
| Online Bill Pay | ✓ | Auto Transfer/Payment | |
| Online Statements | | Overdraft Protection | |
| Mobile Banking | | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | |

# IMPORTANT ACCOUNT INFORMATION

In the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the question "How do we process (post) transactions to your account?", we are replacing the paragraph beginning with "Your available balance will be reduced by pending withdrawals" to include a new fee waiver, as follows:

Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the bank may assess overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will typically remain pending until we receive it for payment from your account, but we must release the pending transaction hold after three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from your account, but we must pay them when we receive them for payment.

In some circumstances, previously-authorized transactions may be paid into overdraft if other transactions or fees have reduced your balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these



transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $343.47 |
| Deposits/Additions | 3,689.64 |
| Withdrawals/Subtractions | - 1,542.25 |
| **Ending balance on 8/31** | **$2,490.86** |

Account number: **6959313591**

RONALD J SILVER
DEBTOR IN POSSESSION
CH 11 CASE #17-07624 (AZ)

*Wisconsin/Illinois account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 071101307

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Purchase with Cash Back $ 100.00 authorized on 08/01 Wal-Mart Super Center Scottsdale (N AZ P00000000174569043 Card 7373 | | 110.75 | |
| 8/1 | | Purchase authorized on 08/01 The UPS Store #4990 87 Scottsdale AZ P0000000487759512 Card 7373 | | 41.87 | 190.85 |
| 8/2 | | Purchase authorized on 08/02 The Home Depot #0420 Scottsdale AZ P00388214695974304 Card 7373 | | 36.86 | 153.99 |
| 8/3 | | Card Provisional Credit 20801188579 | 116.66 *HEARING AID* | | |
| 8/3 | | Home Depot U.S.A Reg Salary 180803 xxxxx9745 Silver,Ronald J | 414.47 | | |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080318 xxxxx5538A SSA Ronald J Silver | 1,155.00 | | |
| 8/3 | | Purchase authorized on 08/01 Subway 0313 Scottsdale AR S388214020450893 Card 7373 | | 3.77 | 1,836.35 |
| 8/6 | | Purchase authorized on 08/02 Beltone Hearing & Morton Grove IL S388214522935169 Card 7373 | | 116.70 | 1,719.65 |
| 8/8 | | Purchase authorized on 08/08 Bicycles of Scottsdale Scottsdale AZ P00000000677739893 Card 7373 | | 22.03 | 1,697.62 |
| 8/9 | | Purchase with Cash Back $ 60.00 authorized on 08/09 Frys-Food 10450 N. 90T Scottsdale AZ P00000000835879380 Card 7373 | | 111.17 | 1,586.45 |
| 8/13 | | Purchase authorized on 08/12 The Home Depot #0420 Scottsdale AZ P00308224582115104 Card 7373 | | 21.56 | 1,564.89 |
| 8/15 | | Purchase with Cash Back $ 60.00 authorized on 08/15 Frys-Food 10450 N. 90T Scottsdale AZ P00000000076141388 Card 7373 | | 68.12 | 1,496.77 |
| 8/16 | | Purchase authorized on 08/14 Subway 0313 Scottsdale AR S388226797246649 Card 7373 | | 7.08 | |
| 8/16 | | Purchase authorized on 08/15 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000387041815 Card 7373 | | 36.50 | 1,453.19 |
| 8/17 | | Home Depot U.S.A Reg Salary 180817 xxxxx9745 Silver,Ronald J | 381.09 | | 1,834.28 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/20 | | Purchase authorized on 08/20 The Home Depot #0420 Scottsdale AZ P00388232731864686 Card 7373 | | 86.33 | 1,747.95 |
| 8/21 | | Purchase with Cash Back $ 60.00 authorized on 08/21 Frys-Food 10450 N. 90T Scottsdale AZ P0000000882529630 Card 7373 | | 72.93 | |
| 8/21 | | Purchase Return authorized on 08/20 The Home Depot #0472 Scottsdale AZ P00308233057779819 Card 7373 | 86.33 | | 1,761.35 |
| 8/23 | | Purchase authorized on 08/21 Subway 0313 Scottsdale AR S588233768833100 Card 7373 | | 8.84 | 1,752.51 |
| 8/24 | | Purchase with Cash Back $ 60.00 authorized on 08/24 Frys-Food 10450 N. 90T Scottsdale AZ P0000000377330835 Card 7373 | | 65.35 | |
| 8/24 | | Purchase authorized on 08/24 The Home Depot #0420 Scottsdale AZ P00388236821594905 Card 7373 | | 6.53 | 1,680.63 |
| 8/27 | | Purchase authorized on 08/27 The UPS Store #4990 87 Scottsdale AZ P0000000033892166 Card 7373 | | 312.61 | 1,368.02 |
| 8/28 | 157 | Check | | 50.00 | |
| 8/28 | 158 | Check | | 50.00 | |
| 8/28 | 159 | Check | | 210.00 | 1,058.02 |
| 8/29 | | Purchase with Cash Back $ 60.00 authorized on 08/29 Frys-Food 10450 N. 90T Scottsdale AZ P0000000571032439 Card 7373 | | 64.25 | 993.77 |
| 8/30 | | Purchase authorized on 08/28 Supershuttle Execu 800-258-3826 AZ S588240667186531 Card 7373 | | 27.00 | 966.77 |
| 8/31 | | Home Depot U.S.A Reg Salary 180831 xxxxx9745 Silver,Ronald J | 381.09 | | |
| 8/31 | | SSA Treas 310 Xxsoc Sec 083118 xxxxx5538A SSA Ronald J Silver | 1,155.00 | | |
| 8/31 | | Recurring Payment authorized on 08/30 AARP *Membership 888-687-2277 CA S468242492873865 Card 7373 | | 12.00 | 2,490.86 |
| Ending balance on 8/31 | | | | | 2,490.86 |
| Totals | | | $3,689.64 | $1,542.25 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 157 | 8/28 | 50.00 | 158 | 8/28 | 50.00 | 159 | 8/28 | 210.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (Easy Pay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2018 - 08/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $270.65 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $3,486.65 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 20 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

## Monthly service fee discount(s) *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐

RC/RC


ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)
8329 E CHARTER OAK RD
SCOTTSDALE AZ 85260-5230

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

# IMPORTANT ACCOUNT INFORMATION

In the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the question "How do we
process (post) transactions to your account?", we are replacing the paragraph beginning with "Your available balance will be reduced
by pending withdrawals" to include a new fee waiver, as follows:

Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay
when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the bank may assess
overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will
typically remain pending until we receive it for payment from your account, but we must release the pending transaction hold after
three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from
your account, but we must pay them when we receive them for payment.

In some circumstances, previously-authorized transactions may be paid into overdraft if other transactions or fees have reduced your
balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances,
we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these



transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $87,233.73 |
| Deposits/Additions | 55,861.15 |
| Withdrawals/Subtractions | - 15,232.94 |
| Ending balance on 8/31 | $127,861.94 |

Account number:  6725367285

ARLENE SILVER
DEBTOR IN POSSESSION
CH 11 CASE # 17-07624 (AZ)

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  122105278

## Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Deposit Made In A Branch/Store | 13,813.37 | | |
| 8/1 | | Purchase authorized on 07/30 Counseling Affilia Scottsdale AZ S588211639615007 Card 5138 | | 100.00 | |
| 8/1 | | Purchase authorized on 08/01 Costco Whse #0427 Scottsdale AZ P00588213690458432 Card 5138 | | 33.60 | |
| 8/1 | | Purchase authorized on 08/01 Costco Whse #0427 Scottsdale AZ P00308213712449242 Card 5138 | | 45.34 | |
| 8/1 | 243 | Check  *TRUST GAL* | | 650.00 | 100,218.16 |
| 8/2 | | Purchase authorized on 08/02 Aj's #118 Scottsdale AZ P00468214631800406 Card 5138 | | 4.46 | |
| 8/2 | 244 | Check  *harriet DEAN & HOLLER PMT*  *2701 INS.* | | 3,198.32 | 97,015.38 |
| 8/3 | | Purchase authorized on 08/01 Dish Network-One T 800-333-3474 CO S588214059431417 Card 5138 | | 37.69 | |
| 8/3 | | Purchase authorized on 08/03 Costco Whse #0427 Scottsdale AZ P00588215790466243 Card 5138 | | 13.70 | |
| 8/3 | | Purchase authorized on 08/03 Costco Gas #0427 Scottsdale AZ P00468215858857889 Card 5138 | | 19.14 | |
| 8/3 | | IL Buono Solar I Echeckpay Txid00004974528 Arlene Silver  *ELECTRIC House* | | 137.77 | |
| 8/3 | 247 | Check  *DYH*  *HATCHE 155* | | 384.75 | |
| 8/3 | 268 | Check  *Roy C* | | 500.00 | 95,922.33 |
| 8/6 | | Purchase authorized on 08/03 Chompies Restauran Scottsdale AZ S308215726814795 Card 5138 | | 15.09 | |
| 8/6 | | ATM Withdrawal authorized on 08/04 Ninethieth St&Mountain Scottsdale AZ 0005923 ATM ID 2632K Card 5138  *CASH* | | 100.00 | |
| 8/6 | | Purchase authorized on 08/04 Aj's #063 Scottsdale AZ P00468216638395945 Card 5138 | | 8.02 | |



**Transaction history** *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/6 | | Recurring Payment authorized on 08/05 Dragon Disposal 480-513-4065 AZ S588217342716808 Card 5138 | *2701* | 85.00 | |
| 8/6 | | Purchase authorized on 08/05 Butters Pancakes & Scottsdale AZ S38821757612482l Card 5138 | | 5.89 | |
| 8/6 | | Purchase authorized on 08/05 Costco Whse #0427 Scottsdale AZ P00308217673974068 Card 5138 | | 13.70 | |
| 8/6 | | Purchase authorized on 08/05 Wal-Mart #2766 Scottsdale AZ P0000000481569352 Card 5138 | | 25.30 | |
| 8/6 | 246 | Deposited OR Cashed Check   *AAA MANN    House* | | 76.06 | |
| 8/6 | | American Contine Ins Pymt 180802 Aci2155156 Arlene Silver   *Mg p-     AETNA* | | 134.95 | |
| 8/6 | | Unitedhealthcare Premium 0197632271 Silver R   *Si A* | | 427.00 | |
| 8/6 | 250 | Check   *P+ Power Smeg.     2701* | | 156.00 | 94,875.32 |
| 8/7 | | Purchase authorized on 08/05 Cox Phoenix Comm S 800-234-3993 AZ S388218160618668 Card 5138 | | 83.81 | |
| 8/7 | | Purchase authorized on 08/07 Trader Joe's # 087 Scottsdale AZ P00588219662630323 Card 5138 | | 7.99 | |
| 8/7 | | Srp Surepay 180803 xxxxx0002 Suntex Ltr & Troph Inc   *2701* | | 44.00 | |
| 8/7 | ^245 | Cityofscottsdale Checkpymt 00245 000000000000   *83rd Hy,0* | | 51.92 | |
| 8/7 | 254 | Check   *Roy   2701  R4M* | | 503.00 | 94,184.60 |
| 8/8 | | Purchase authorized on 08/06 Counseling Affilia Scottsdale AZ S588218618107403 Card 5138 | | 100.00 | |
| 8/8 | | Purchase authorized on 08/06 Chompies Restauran Scottsdale AZ S588218632184334 Card 5138 | | 14.02 | |
| 8/8 | | Purchase authorized on 08/07 Sq *Rachel Gilbert Phoenix AZ S38821958525l911 Card 5138   *HAid* | | 69.00 | |
| 8/8 | | Purchase authorized on 08/08 Costco Gas #0427 Scottsdale AZ P00308220558391400 Card 5138 | | 38.97 | |
| 8/8 | | APS Electric Pmt Payment 180806 4592451000 Silver,Ronald J   *House* | | 225.30 | 93,737.31 |
| 8/9 | | Purchase authorized on 08/08 Costco Whse #0427 Scottsdale AZ P00468221070917296 Card 5138 | | 6.43 | |
| 8/9 | | Purchase authorized on 08/08 Costco Whse #0427 Scottsdale AZ P00588221085265456 Card 5138 | | 31.61 | |
| 8/9 | | Purchase authorized on 08/09 Trader Joe's # 087 Scottsdale AZ P00338221635945743 Card 5138 | | 14.60 | |
| 8/9 | | Purchase authorized on 08/09 Aj's #118 Scottsdale AZ P00308221658419363 Card 5138 | | 12.30 | |
| 8/9 | | Purchase authorized on 08/09 Costco Whse #0427 Scottsdale AZ P00588221708468668 Card 5138 | | 3.55 | 93,668.82 |
| 8/10 | | Purchase authorized on 08/08 Counseling Affilia Scottsdale AZ S308220697781463 Card 5138 | | 100.00 | 93,568.82 |
| 8/13 | | WT Fed#00933 Western Alliance B /Org=Landmark Title Assurance Agency Srf# 20182250334600 Trn#180813141939 Rfb#   *(smoofy* | 39,283.60 | | |
| 8/13 | | Wire Trans Svc Charge - Sequence: 180813141939 Srf# 20182250334600 Trn#180813141939 Rfb#   *(sm0) fv* | | 15.00 | |
| 8/13 | | Purchase authorized on 08/11 Butters Pancakes & Scottsdale AZ S308223579253779 Card 5138 | | 5.89 | |
| 8/13 | | Purchase authorized on 08/11 Costco Whse #0427 Scottsdale AZ P00468223595555024 Card 5138 | | 11.15 | |
| 8/13 | | Purchase authorized on 08/11 Wal-Mart Super Center Scottsdale (N AZ P00000000875167377 Card 5138 | | 37.55 | |
| 8/13 | | Purchase authorized on 08/11 Sq *Rachel Gilbert Phoenix AZ S468223751064391 Card 5138   *HAyr* | | 46.00 | |
| 8/13 | | Purchase authorized on 08/12 Wal-Mart Super Center Scottsdale (N AZ P00000000831384535 Card 5138 | | 6.96 | |
| 8/13 | | Purchase authorized on 08/12 Costco Whse #0427 Scottsdale AZ P00308224639982798 Card 5138 | | 35.32 | |
| 8/13 | 255 | Check   *Roy   (o,/00 #A2093* | | 357.00 | |
| 8/13 | | Aetna877-2564476 Cippremium 081318 Mebn7D9S Arlene Silver   *")"* | | 21.50 | |
| 8/13 | | Southwest Gas App 180809 4212748833021 Silver Ronaldj   *House* | | 59.60 | 132,256.45 |
| 8/14 | | Purchase authorized on 08/14 Aj's #118 Scottsdale AZ P00588226665541286 Card 5138 | | 2.63 | |



**WELLS FARGO**

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/14 | 227 | Check *(handwritten: Smelat)* | | 561.63 | |
| 8/14 | 252 | Check *(handwritten: Car)* | | 480.91 | 131,211.28 |
| 8/15 | | SSA Treas 310 Xxsoc Sec 081518 xxxxx1430A SSA Arlene Silver | 821.00 | | |
| 8/15 | | Purchase authorized on 08/13 Counseling Affilia Scottsdale AZ S308225624225182 Card 5138 | | 100.00 | |
| 8/15 | | Purchase authorized on 08/15 Wal-Mart #2766 Scottsdale AZ P00000000877628775 Card 5138 | | 35.91 | 131,896.37 |
| 8/16 | | Purchase authorized on 08/16 Costco Whse #0427 Scottsdale AZ P00308228670360888 Card 5138 | | 91.58 | 131,804.79 |
| 8/17 | | Connect U, LLC Sender 180817 xxxxx8052 0000Arlene Silver | 1,943.18 | | |
| 8/17 | 257 | Check *(handwritten: Roy 2701)* | | 485.45 | |
| 8/17 | 260 | Check *(handwritten: Roy 2701)* | | 2,215.00 | 131,047.52 |
| 8/20 | | Purchase authorized on 08/17 Miracle Mile Deli Phoenix AZ S468229688873768 Card 5138 | | 15.20 | |
| 8/20 | | Purchase authorized on 08/18 Wal-Mart #2766 Scottsdale AZ P00000000174318421 Card 5138 | | 19.06 | |
| 8/20 | | Purchase authorized on 08/18 Trader Joe's # 087 Scottsdale AZ P00588230607451760 Card 5138 | | 16.81 | |
| 8/20 | | Purchase authorized on 08/18 Chloe's Corner Scottsdale AZ S388230621424724 Card 5138 *(handwritten: Fond)* | | 2.44 | |
| 8/20 | | Purchase authorized on 08/18 Costco Whse #0427 Scottsdale AZ P00588230654394917 Card 5138 | | 13.59 | |
| 8/20 | | Purchase authorized on 08/18 Costco Whse #0427 Scottsdale AZ P00308230665893975 Card 5138 | | 19.20 | |
| 8/20 | | ATM Withdrawal authorized on 08/19 Pima & Shea (Smith's) Scottsdale AZ 0009143 ATM ID 2203x Card 5138 | | 40.00 | |
| 8/20 | | Purchase authorized on 08/19 Frys-Food-Drg #1 10450 N. Scottsdale AZ P00468231583622303 Card 5138 | | 1.00 | 130,920.22 |
| 8/21 | | Purchase authorized on 08/19 Chompies Restauran Scottsdale AZ S308231601793546 Card 5138 | | 3.23 | |
| 8/21 | | Purchase authorized on 08/20 Gas AZ Rep Sub 602-444-8000 AZ S588232277636073 Card 5138 | | 10.15 | |
| 8/21 | 258 | Check *(handwritten: As Condo)* | | 150.60 | 130,756.24 |
| 8/22 | | Purchase authorized on 08/20 Nicks at Frank Llo Scottsdale AZ S496233022421770 Card 5138 | | 7.07 | |
| 8/22 | | Recurring Payment authorized on 08/21 Homeserve USA 888-666-8075 CT S308233345998863 Card 5138 *(handwritten: Utilities 8349)* | | 6.99 | |
| 8/22 | 228 | Check *(handwritten: Mark Blumstein Loan 2701)* | | 230.00 | |
| 8/22 | 259 | Check *(handwritten: Roy Bin Ext)* | | 51.00 | 130,461.18 |
| 8/23 | | Purchase authorized on 08/21 Counseling Affilia Scottsdale AZ S558233620710895 Card 5138 | | 100.00 | |
| 8/23 | | Purchase authorized on 08/23 Aj's #118 Scottsdale AZ P00338236012102543 Card 5138 | | 15.42 | |
| 8/23 | 251 | Check *(handwritten: Pr meet)* | | 156.00 | 130,189.76 |
| 8/24 | | Purchase authorized on 08/22 McDonald's F11075 Scottsdale AZ S588234700051972 Card 5138 | | 3.18 | |
| 8/24 | | Purchase authorized on 08/24 Costco Whse #0427 Scottsdale AZ P00338236672727069 Card 5138 | | 12.18 | |
| 8/24 | | Purchase authorized on 08/24 Costco Gas #0427 Scottsdale AZ P00308236681076227 Card 5138 | | 11.69 | |
| 8/24 | | District at Scot Web Pmts 082418 Nhrwk4 Arlene Silver *(handwritten: deposit or Ns (New))* | | 360.00 | |
| 8/24 | 263 | Check *(handwritten: Prop Mgr.)* | | 200.00 | 129,602.71 |
| 8/27 | | Purchase authorized on 08/22 Dish Network-One T 800-333-3474 CO S388235098897991 Card 5138 | | 85.00 | |
| 8/27 | | Purchase authorized on 08/25 Consumer Cellular 800-6864460 OR S588237490052055 Card 5138 | | 141.36 | |
| 8/27 | | Purchase authorized on 08/25 Costco Whse #0427 Scottsdale AZ P00588237607252819 Card 5138 | | 16.64 | |
| 8/27 | | Purchase authorized on 08/25 Butters Pancakes & Scottsdale AZ S468237703280514 Card 5138 | | 33.46 | |
| 8/27 | | Purchase authorized on 08/26 Shell Service Station Scottsdale AZ P00308239024115805 Card 5138 | | 13.64 | |



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/27 | 262 | Check _Tausted  Nan PmsT_ | | 975.12 | 128,337.49 |
| 8/28 | | Purchase authorized on 08/28 Smart and Final 721 Phoenix AZ P00588240657165129 Card 5138 | | 3.64 | 128,333.85 |
| 8/29 | | Purchase authorized on 08/27 Dish Network-One T 800-333-3474 CO S388239388958167 Card 5138 | | 42.00 | |
| 8/29 | | Purchase authorized on 08/27 Counseling Affilia Scottsdale AZ S488239659476999 Card 5138 | | 100.00 | |
| 8/29 | | Purchase authorized on 08/28 Sq *Rachel Gilbert Phoenix AZ S308240682972875 Card 5138 | | 40.00 | |
| 8/29 | | Purchase authorized on 08/29 Costco Whse #0427 Scottsdale AZ P00588241661151932 Card 5138 | | 73.46 | |
| 8/29 | | Purchase authorized on 08/29 Costco Whse #0427 Scottsdale AZ P00308241681507375 Card 5138 | | 14.70 | |
| 8/29 | | Syncb Phone Payment 180829 Scottsilver 6019183490493962 | | 46.00 | |
| 8/29 | 266 | Check _Ole  Snaro  83~5  Nan  Varante_ | | 80.00 | 127,937.69 |
| 8/30 | | Purchase authorized on 08/29 Circle K 00127 4440 N Scottsdale AZ P0000000589716861 Card 5138 _715_ | | 20.40 | |
| 8/30 | | Purchase authorized on 08/30 Trader Joe's # 087 Scottsdale AZ P00468242568184732 Card 5138 | | 12.60 | |
| 8/30 | | Purchase authorized on 08/30 Trader Joe's # 087 Scottsdale AZ P00588242575675587 Card 5138 | | 2.13 | |
| 8/30 | | Purchase authorized on 08/30 Costco Whse #0427 Scottsdale AZ P00308242596416530 Card 5138 | | 12.16 | 127,890.40 |
| 8/31 | | Purchase authorized on 08/31 WM Superc Wal-Mart Sup Scottsdale (N AZ P00000000277784350 Card 5138 | | 28.46 | 127,861.94 |
| Ending balance on 8/31 | | | | | 127,861.94 |
| Totals | | | $55,861.15 | $15,232.94 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 227 | 8/14 | 561.63 | 250 * | 8/6 | 156.00 | 259 | 8/22 | 51.00 |
| 228 | 8/22 | 230.00 | 251 | 8/23 | 156.00 | 260 | 8/17 | 2,215.00 |
| 243 * | 8/1 | 650.00 | 252 | 8/14 | 480.91 | 262 * | 8/27 | 975.12 |
| 244 | 8/2 | 3,198.32 | 254 * | 8/7 | 503.00 | 263 | 8/24 | 200.00 |
| 245 | 8/7 | 51.92 | 255 | 8/13 | 357.00 | 266 * | 8/29 | 80.00 |
| 246 | 8/6 | 76.06 | 257 * | 8/17 | 485.45 | 268 * | 8/3 | 500.00 |
| 247 | 8/3 | 384.75 | 258 | 8/21 | 150.60 | | | |

* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2018 - 08/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** Have any ONE of the following account requirements | Minimum required | This fee period |

ARLENE AND RONALD SILVER
DEBTOR IN POSESSION
CASE NUMBER 2:17-bk-07624-SHG
INCOME STATEMENT PROPERTIES

| | FOR THE MONTH OF AUGUST, 2018 | | | | FOR THE PERIOD JULY 1, 2018 THROUGH AUGUST 31, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | GLENDALE | HATCHER | CONDOS | TOTAL | GLENDALE | HATCHER | CONDOS | TOTAL |
| RENT INCOME | 15,076 | 2,486 | 1,200 | 18,762 | 30,152 | 4,971 | 3,567 | 38,690 |
| EXPENSES | | | | | | | | |
| INTEREST EXPENSE | - | 1,980 | 2,232 | 4,212 | - | 3,960 | 2,982 | 6,942 |
| DEPRECIATION | 1,700 | 200 | 600 | 2,500 | 3,400 | 400 | 1,800 | 5,600 |
| PROPERTY TAX | 1,870 | 310 | 699 | 2,879 | 3,740 | 620 | 849 | 5,209 |
| INSURANCE | 3,198 | 385 | 151 | 3,734 | 3,198 | 385 | 337 | 3,920 |
| SALES TAX | 451 | 74 | 37 | 562 | 701 | 146 | 286 | 1,133 |
| REFUSE PICKUP | 85 | - | | 85 | 170 | | | 170 |
| PEST CONTROL | 51 | | | 51 | 102 | | | 102 |
| UTILITIES | 45 | | | 45 | 125 | | | 125 |
| REPAIRS/TURNOVER | 4,015 | | 357 | 4,372 | 6,366 | | 1,082 | 7,448 |
| INSPECTION | - | | | - | - | | | - |
| REFUND SEC DEPOSIT | | - | | - | | | | - |
| LEGAL FEES | 230 | | | 230 | 230 | | | 230 |
| FINDER'S FEE | | | 295 | 295 | | | 718 | 718 |
| HOA FEE | - | - | | - | - | | | - |
| TOTAL EXPENSES | 11,645 | 2,949 | 4,371 | 18,965 | 18,032 | 5,511 | 8,054 | 31,597 |
| NET RENTAL INCOME | 3,431 | (463) | (3,171) | (203) | 12,120 | (540) | (4,487) | 7,093 |