# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ARLENE & RONALD J SILVER |
| **Case Number:** | 2:17-BK-07624-SHG   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 25, 2018 02:00 PM   3RD FLOOR #301 |
| **Bankruptcy Judge:** | SCOTT H. GAN |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

## Matter:

HEARING ON APPROVAL OF SECOND AMENDED DISCLOSURE STATEMENT FILED BY KYLE A. KINNEY OF LAW OFFICES OF KYLE A. KINNEY, PLLC ON BEHALF OF ARLENE SILVER, RONALD J SILVER.

R / M #:   142 / 0

## Appearances:

KYLE A. KINNEY, ATTORNEY FOR ARLENE SILVER, RONALD J SILVER
JOSEPH JOHN TIRELLO, ATTORNEY FOR LEHMAN

## Proceedings:

The Court expresses its concerns about the noticing procedure in the case and its compliance with 2002(b). The Disclosure Statement requires twenty-eight days notice for time to object. The objection period was set as the 18th of October which was too short by a week. There was also never a request to have a claims bar date set. Local form 3003-2 is the form to set a claims bar date and time for hearing on approval of disclosure statement if counsel didn't previously set a claims bar date.

COURT:  MR. KINNEY IS REQUIRED TO RENOTICE THE HEARING ON DISCLOSURE STATEMENT AND SET THE CLAIMS BAR DATE.

The hearing is adjourned.