# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RONALD AND ARLENE SILVER, husband and wife,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:17-bk-07624-SHG<br><br>**ORDER RE APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107 AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEVE COOK AS ASSOCIATE REAL ESTATE BROKER FOR DEBTORS** |

This matter having come before this Court on Debtors' Application For Order pursuant to 11 U.S.C. §§ 327(A) And 1107 Authorizing The Employment And Retention Of Steve Cook As Associate Real Estate Broker For Debtors (Docket Entry No. 133), and the deadline to file objections having passed with no objections having been received, and good cause appearing,

**IT IS HEREBY ORDERED,** approving the employment of Steve Cook as Associate Real Estate Broker for lease and assisting Debtors with the actual lease of the Glendale End Cap Space at 2701 West Glendale Avenue, Phoenix, Arizona.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which

any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

SIGNED AND DATED AS SET FORTH ABOVE