Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480]269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors;*
RONALD AND ARLENE SILVER

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RONALD AND ARLENE SILVER, husband and wife,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 2:17-bk-07624-SHG**<br><br>**NOTICE OF LODGING ORDER SETTING CLAIMS BAR DATE** |

NOTICE IS HEREBY GIVEN that the Debtors have lodged an Order setting a claims bar date in the form attached hereto.

DATED this 6th day of November 2018.

**Law Offices of Kyle A. Kinney, PLLC:**

By:*/s/ Kyle A. Kinney*
    Kyle A. Kinney (027189)
    1717 N. 77th Street, Suite 6
    Scottsdale, AZ 85257
    *kyle@kinneylaw.net*
    *Attorney for Debtors*

This is to certify that the foregoing was
e-filed on this 6th day of November 2018, in the
United States Bankruptcy Court,
COPY of the foregoing served via electronic
Notification that same date on:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

RENEE SANDLER SHAMBLIN
Office of the U. S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706

Kim Lepore
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
*Attorneys for Nissan*

ALDRIDGE PITE, LLP
ecfazb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Attorneys for Ocwen Loan Servicing*

Lori L. Winkelman
Amelia B. Valenzuela
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
lori.winkelman@quarles.com
amelia.valenzuela@quarles.com
*Attorneys for Capital One, NA as servicer forGreenpoint Mortgage Funding, Inc.*

Joseph J. Tirello, Jr., Esq.
**ZIEVE, BRODNAX & STEELE, LLP**
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012
E-mail: Jtirello@zbslaw.com
*Attorneys for U.S. Bank National Association, as Trustee for Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3*

GERMAINE LAW OFFICE, PLC
Sanford Germaine, Esq.
4040 E. Camelback Road, Suite 110
Phoenix, AZ 85018
*Attorney for Lee & Associates*

By:*/s/*  Paula D. Hillock

-2-

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RONALD AND ARLENE SILVER, husband and wife,

Debtor(s).

Chapter 11 Proceedings

Case No. **2:17-bk-07624-SHG**

**ORDER SETTING AND NOTICE OF: DEADLINE FOR FILING PROOF OF CLAIM**

**TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

Upon consideration of Ronald and Arlene Silver's (the "Debtor" and/or "Debtors") request that the Court set a deadline for creditors to assert claims against the Debtor or the estate, the Court finding that a claims bar date will speed the administration of the Debtor's bankruptcy case, and other good cause appearing;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. **PROOF OF CLAIM BAR DATE:** The Court has set **January 16, 2019, as the deadline for non-governmental creditors to file proof of claims** if they desire to share in any distribution in this bankruptcy case. The deadline for governmental units to file proof of claims, other than for claims resulting from a tax return filed under 11 U.S.C. §1308, is the later of the above noted bar date or 180 days after the order for relief. The deadline for governmental units to file proof of claims resulting from a tax return filed under 11 U.S.C. §1308, is the later of the above noted bar date, 180 days after the order for relief or 60 days after the filing of the tax return.

Order Setting Claims Bar Date Page 1

**2. HOW TO PREPARE AND FILE A PROOF OF CLAIM:** Information regarding how to file a proof of claim, and file a proof of claim form (Bankruptcy Form B 410), can be found on the Court's website at http://www.azb.uscourts.gov/proof-claim-form-and-instructions. To be timely filed, the proof of claim **must be received by the Clerk of Court**, (230 N. First Ave., Suite 101, Phoenix, Arizona 85003), on or before the deadline set by the Court.

**3. CREDITORS NEEDING TO FILE CLAIMS:** The Debtor has filed with the Court its schedules of assets and liabilities ("Schedules"). The Schedules contain lists of creditors, the Debtor's statement as to the type and amount of each of their claims, and whether the Debtor believes each claim is disputed, contingent or unliquidated.

    **A. Unscheduled Creditors:** Any creditor whose claim is not listed in the Schedules **must file a proof of claim** to share in any distribution in this case.

    **B. Scheduled Creditors listed as disputed, contingent or unliquidated:** Any creditor whose claim is listed in the Schedules as disputed, contingent or unliquidated **must file a proof of claim** or its claim will be disallowed.

    **C. Other Scheduled Creditors:** Any creditor holding a claim that is listed in the Schedules that is <u>not</u> listed as disputed, contingent or unliquidated, but in an amount with which the creditor disagrees **must file a proof of claim** to share in any distribution in this case. Failure to file a proof of claim will be deemed the creditor's consent to the Debtor's statement as to the type and amount of the claim.

**4. SERVICE OF THIS ORDER:** The Debtor shall (i) serve a copy of this Order **on all creditors and interested parties** not later than seven (7) days after entry and (ii) file an affidavit of service within seven (7) days of such service.

                                                                  **DATED AND SIGNED ABOVE.**